'08 - CV - 02631



12/1/2008

\*\*\*\*\*\*\*\*\*\*\*\*NOTARIAL *PROTEST* NOTICE KNOWLEDGE\*\*\*\*\*\*\*\*\*\*\*\*

Attn: **Clerk's Office,** *Fiduciaries-Clerk of Court, Stenographer / Court Reporter, Judge, Bailiff;*
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street Denver, Colorado 80294-3589

Greetings to **Clerk of Court** for the United States District Court For
The District of Colorado;
**"FILE THE ATTACHMENTS AS A FEDERAL CIVIL SUIT"**
This Notice is in reference to the attached File knowledge to be made on behalf of a USP
Florence ADX Prison Inmate(17911-054) Malachi York El:©™, *misnomer*
***DWIGHT*** YORK.
Enclosed are documents to be Filed as ***PRO SE***, and or **Federal Civil Suit,**
**CLASS-ACTION-CRIMINAL COMPLAINT(***COMMERCIAL***),** PURSUANT TO 8
USC §1481, 27 USC § 72.11, 27 CFR 72.11, 46 USC § 781,UCC 1-207, 308, Federal
Rule 12 CFR § 226.10, etc., In accordance with the TENDERED PAYMENT:
$350.00 THREE HUNDRED FIFTY USD SECURITY (*TIP STAFF)*TO THE **COURT**
(*BAILIFF, STENOGRPHER, JUDGE, CLERK OF COURT*)FOR PROCESSING OF EVIDENCE
CRIMINAL COMPLAINT DOCUMENTS:

\*IF YOU'VE ANY QUESTIONS OR CONCERNS REGARDING THIS
FILING, PLEASE CONTACT US AT THE BELOW LISTINGS;

**NOTARIAL CONTACTS**

404.808.1383

404.808.1908

678.471.5198

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 3 2008

GREGORY C. LANGHAM
CLERK

1

 

# :TABLE OF CONTENTS:

1. SUMMARY STATEMENT WITH "*DEPOSITION*" QUOTES, EVIDENCE, ETC.

2. ACCEPTED FOR VALUE TRUE BILL / INDICTMENT / OFFER............

3. WRIT OF HABEAS CORPUS FOR INDIGENOUS PEOPLES................

4. WHAT IS THE ESTIMATED VALUE OF THE CASE, DEF.,LAWS..........

5. COMMERCIAL MAXIMS OF LAW................................................

6. THE JAY TREATY, 1840 TREATY OF GHENT,TREATY OF PEACE.....

7 . AFFIDAVIT OF ACCEPTANCE OF THE CLAIM,AND................:......

8. KNOWLEDGE "LET THE COURTS TAKE JUDICIAL NOTICE & JURISDICTION
   NOTICE, PURSUANT TO 8 § 1481, AFFIDAVIT FOR THE FACTS VERIFICATION:

9. FINAL JUDGEMENT.....................................................................

10. UCC FINANCIAL REPORTS,INCLUDED REGISTRATION DOC.........

8. CERTIFICATE ID...............................................................

6. LIEN/LEVY KNOWLEDGE.................................................

7. FILED IRS US FIDUCIARY ASSIGNMENT FORM(S) 56,.................

8. COPY OF NOTES TENDERED, INCLUDING OTHER INSTRUMENTS..

9. IRS FORM 1099OID.............................................................

 

10. PREVIOUSLY TENDERED BID BOND, PERFORMANCE BOND, PAYMENT,etc…

11. 1099OID FOR UCC ASSIGNMENT, NOTARIAL TRIBUNAL / GRAND JURY……..

12. ACCEPTED FINANCIAL DISCLOSURE REPORTS OF PREVIOUS *JUDGES*…….

13. WRIT OF REPLEVIN-CERIFICATE OF DISHONOR………………………….………

14. NOTICE OF RECOUPMENT OF SECURITIES, PURSUANT TO UCC 3-305, 3-306..

15. JURISDICTIONAL STATEMENT,LETTER ROGATORY, RECEIPT KNOWLEDGE..

16. SURETY SIGNATURE LIST ……………………………………………………….…..

17. CLASS ACTION CRIMINAL COMPLAINT, WITNESS LIST……………………….....

18. KNOWLEDG, LET THE COURTS TAKE JUDICIAL NOTICE PURSUANT 8 USC§1481

19. NOTARY AFFIDAVIT FOR VERIFICATION OF THE FACTS…………..……………..

20. FINAL JUDGEMENT DECLARATION……………………………………………….

21. IRS FORM 1040V FOR A RECORD SUM …………………………………………….

22. CLOSING STATEMENT……………………………………..……………………..





**12/1/2008**                                     **SUMMARY STATEMENT**



# United States District Court for the District of Colorado Federal Circuit

**1:07-cv-01297-EWM-KLM**, *1:06-cv-00807-ZLW, 5:07-cv-90001-CAR-GMF, 02-00027-CR-CAR-5-1,*
**5:02-CR-27-CAR**;

Malachi York El:©™ / *DWIGHT YORK* "et al",
Petitioner,
v.
USA, FEDERAL BUREAU OF PRISONS, and AGENTS/HEIRS
Respondent.

# PURSUANT TO: 8 USC § 1481:

**Intent:**

    This Summary Statement is being submitted on behalf of Malachi York El:©™ /
DWIGHT YORK©™ "et al" addressing **jurisdiction**,
and the rightful authority thereof in the associated casefile numbers, including
kidnap/wrongful detainment;

    Malachi York El:©™ was falsely incarcerated on **May 8th 2008** when the United States
Government did not have jurisdiction over him.  Malachi York El:©™ **DP#: 003828-04 is a
Diplomat and citizen of Liberia, as well as a Chief of the Yamassee Native American Moors.**
November 1999 Malachi York El:©™ became a Liberian Citizen, and at that point losing his
United States citizenship under Title 8 Subsection 1481; In 1993 the Yamassee Native American
Moors were established as an Indigenous Nation with in the United Nations UN # 215/1993;
Being recognized as a sovereign nation and Chief Maku (One of the names listed on the
indictment), Chief of the Yamassee Native American Moors  he was acknowledged as a Native
American when he was imprisoned due to his Arm band Signifying an **"I"** for **Indian** within Jones
County Prison when he was first incarcerated.  When he was arrested he also had on his person his
Moorish Nationality card, and as a Moor he is protected by the treaties established in the early
1700's, 1800's, and 1900's with the United States Government.  All of this was acknowledged by
the US attorney Marcy E. Cook when she stated the following on the record, Page 1 on the
Document Labeled **JOINT MOTION TO VACATE AND RESET PRELIMINARY
PRETRIAL CONFERENCE** , on the 7th day: **March, 2008, which states as follows**; " *Plaintiff
Malachi Z. York, Consul General Diplomat D/P #003828-04 of the Republic of Liberia, West
Africa Citizenship, misnomer Dwight D. York (Inmate #17911-054) [hereinafter "Plaintiff"],
through his undersigned counsel, and Defendant the Federal Bureau of Prisons ("BOP"), through
his undersigned counsel, hereby jointly move to vacate the Preliminary Pretrial Conference set for
April 22, 2008 and reset it for the week of August 25, 2008....*"*see exhibit attachment*".  The case
was also accepted for value in 2003 on the record in Middle District of Georgia to discharge the
indictment under the Code of Federal Regulations **27 CFR 72.11** which defines the charges against

4

Malachi York El:©™ as commercial crimes.   Payment had also been tendered to discharge the debt and liens against Malachi York El:©™ and the payment was received by Assistant United States district attorney Marcy E. Cook on February 25th 2008, (see attached green return receipt)



in which the notes that were tendered on his behalf are protected under Treaty (see Treaty of 1965) and Maritime Law.  He again **accepted the charges for value** against him for value during an illegal deposition held against his will in the Florence ADX facility.
**Reference: Page 4 of the Deposition Transcript, # 4:6:**

6      BY MS. COOK:

7      Q  Good morning, Mr. York.
8      A  Good morning.
9      Q  My name is Marcy Cook, and I represent the
10    Bureau of Prisons in this lawsuit.  With me is Chris
11    Synsvoll, who is also an attorney for the Bureau of
12    Prisons.
13          Do you understand that you're here today to
14    give formal testimony concerning the second amended
15    complaint that you filed in York versus BOP?
16          A   Yes.  But I would like to go on the record

17    that I accept this at value.  I accept this situation
18    for its value.
19          Q   Okay.  Do you understand that you're under
20    oath, and you've sworn to tell the truth?
21          A   I understand that.
22          Q   Have you ever given deposition testimony
23    before?
24          A   I beg your pardon?
25          Q   Have you ever given deposition testimony

**In Consul General Malachi York El's opposition to the deposition, it was also clearly stated that;**
**Reference:Page 4 of the Deposition Transcript, #7:5-22:**

5          Q   Are you presently under the influence of any
6      substance that would prevent you from telling the truth
7      today?

8      A   No.

9      Q   Okay. Is there anything that would prevent

10   you from providing truthful and accurate testimony

11   today?

12     A   The presence of my Liberian lawyer,

13   Mr. Francis Garlawolu, who represents me as a diplomat

14   for the Republic of Liberia, and a Liberian citizenship

15   acquired on November 26, 1999, and diplomatic status

16   acquired on December 15th, 1999.

17         And I don't—I notice my name is not – my

18   acquired name is Malachi Z. York, not Dwight D. York,

19   not Dwight H. York.  These are misnomers.  And I

20   acquired—prior to that, my name was Isaa Al Haadi Al

21   Mahdi, I-S-S-A, space, A-L, H-A-A-D-I, A-L, M-A-H-D-I.

22   I just wanted to have that for the record.

23     Q   Okay.  But can you provide truthful and

24   accurate testimony with your attorney, Leta Holden, here

25   today?


   **Also, when Consul General Malachi York El was questioned in reference**
   **To him having any preparation for the deposition, he stated verbatim as follows;**
   **Reference:Page 5 of the Deposition Transcript, #8:14**

14   A   I had no idea I was having a deposition.

15   Q   Okay.  So you didn't do anything to prepare?

16   A   No.  I had no idea.

17   Q   Okay. You didn't look at any documents?

18   A   I was caught off guard.

19   Q   Okay. Did you talk to anyone about this

20   deposition today?

21   A   No. I'm in G block.  You don't talk to no

22   one.  You don't see anyone.

23   Q   Okay. Now, we're here today because you

24   filed a complaint in federal court regarding a number of

25   issues dealing with the Bureau of Prisons, correct?

**24 hours prior to the deposition a <u>declaration</u>-Affidavit Of Intervention was filed to stop the depostion until his Liberian Attorney Francis L Garlawolu was present.  He also stated this on the record during the deposition.**

**AFFIDAVIT OF INTERVENTION**

29/08/2008 —<u>NOTICE OF SERVICE</u>

*ACCT#: 1:07-cv-01297-EWN-KLM,
1:08-cv-0087-ZLW, 5:07-cv-9008-
CAR-GRJ, 23-00207-CR-CAR-9-1,
*5:02-CR-27-CAR ;

**NOTICE OF OBJECTION BY THIS DECLARATION**

:PRIVATE/PUBLIC NOTICE OF ARBITRATION BY ESTOPPEL JUDGEMENT:
PURSUANT TO: Title 42 USC § 1986, Title 46 USC § 781, 27 CFR 72.11,
UCC 1-207,UCC 1-308, UCC 3-605:

NOTICE TO PRINCIPAL IS NOTICE TO AGENT(S)
NOTICE TO AGENT(S) IS NOTICE TO PRINCIPAL
NOTICE ON PRINCIPAL IS NOTICE ON AGENT
NOTICE ON AGENT IS NOTICE ON PRINCIPAL

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 28 2008

GREGORY C. LANGHAM
CLERK

*NOTE: FOR THE RECORD, ON THE RECORD, A VIOLATION AGAINST THIS _____
DECLARATION AND THE PREVIOUS NOTARIAL TRIBUNAL JUDGEMENT, DEPOSES
ALL IMMUNITY ACQUIRED BY EACH VIOLATOR AND OR PUBLIC OFFICIAL(S) OF
THE US DISTRICT COURT OF COLORADO:

"NUNC PRO TUNC"

Comes now is I, Malachi-Z.-:York El:©™ Secured Party, Grantor, Guarantor, Living Principal,
Living soul, Owner in fact of the TRADE-NAMES, MALACHI Z. YORK EL©™, DWIGHT
YORK©™ "et al", and or any and all variations of names associated thereof;
(see UCCs and Copyright Notice Copyclaim, referencing Copyrights Infringement.)

For the Record, on the Record, I Malachi-Z.-:York El:©™ due hereby Reserve my rights
to Depose, for the lack of jurisdiction of the court appointed fiduciaries, and because of the
denial land refusal of the counsel of my choice, which is a clear and distinct violation of the
Constitution for the United States of America.

NOTARIAL KNOWLEDGE

Authorized Representative: _____

Notary _____ My Comm. Expires 2/12/2012

Notary _____ My Comm. Expires 02/12/2012

Notary _____
BARRY M. HAMILTON
Notary Public, Fulton County, Georgia
My Commission Expires _____

The United States Government does not have jurisdiction over **Consul General Malachi York
El: ©™** and the following detailed documentation will further show the court proof of this.

*(See Sureties List)*see *African map of the 1800's* http://cgi.ebay.com/Antique-1800s-COLOR-MAP-AFRICA-AND-PALESTINE_W0QQitemZ170281835519QQcendZViewitemQQimgsZ2Q0811259IMSfp=TL0811251145010:10485#ebayphotohosting

*The main intent of this Summary Statement is to provide the Court
and its unbiased appointed fiduciary with secured knowledge of the facts in this matter,
referencing the Consul General Malachi York El:©™, *improperly termed As
DWIGHT YORK,* a Liberian Citizen, since the year **1999,** as well as a recognized

Chief of the Yamassee Native American Moors (*Muurs*) recorded, since
the year **1993** of the Creek, Chauctau Nation **UN No. 215/1993**;
The factual content knowledge herein is provided to address and satisfy questions and or
Concerns of the Court regarding the current status of the **Consul General Malachi York El: ©™**,
**Chief Thunderbird Black Eagle** of the Yamassee Native American Moors;
With this knowledge, would in turn call to the average layman's mind a series of
questions, needed to be defined for further clarity. For example. In observance of
the term **citizen** in retrospect to citizenship, when used in it's proper context in addressing
matters concerning **Malachi York El:**©™, the term **citizen** is defined from Bouvier's Law
Dictionary of 1856 as such;

## Citizen:

3. All natives are not citizens of the United States; the descendants of the aborigines, and those
of African origin, are not entitled to the rights of citizens. Anterior to the adoption of the
constitution of the United States, each state had the right to make citizens of such persons as it
pleased. That constitution does not authorize any but white persons to become citizens of the
United States; and it must therefore be presumed that no one is a citizen who is not white. 1 Litt.
R. 334; 10 Conn. R. 340; 1 Meigs, R. 331.
http://www.constitution.org/bouv/bouvier_c.htm
Further, the term citizen when defined from dictionary law.com relates as such;

## citizen

n. person who by place of birth, nationality of one or both parents, or by going through the
naturalization process has sworn loyalty to a nation. The United States has traditionally taken
the position that an American citizen is subject to losing his/her citizenship if he/she commits acts
showing loyalty to another country, including serving in armed forces potentially unfriendly to the
United States, or voting in a foreign country. However, if the foreign nation recognizes dual citizenship
(Canada, Israel, and Ireland are common examples) the U.S. will overlook this duality of nationalities.
http://dictionary.law.com/default2.asp?selected=194&bold=||||

Whereas, when analyzed thoroughly, if one chose to, one could argue procedure regarding
jurisdiction. According to the online NOLO site
http://www.nolo.com/definition.cfm/Term/A6C2874F-3EAA-43AE-93D4F1A2F10071A8/alpha/J/
on jurisdiction, it is defined as;

**Q. What's also an Interesting Point in this current matter, relating to the Deposition, in reference with Consul General Malachi York El:©™?**

**A. As witnesses,We the People, on behalf of the Notarial Tribunal / Notarial Grand Jury,the Yamassee Consulate (Bassa Tribe), and the EL,MALACHI Z. YORK,CESTUI QUE TRUST, in favor of the Consul General Malachi York El** Due hereby present the facts to the Court, wherein, a request for the official copy of the Deposition was requested by inquiring witnesses, and they were told in written for received by the BOP, via mail, that neither Bailiff, or Clerk, referencing the Prison occurance Deposition Aug. 29, 2008;

U.S Department of Justice
Federal Bureau of Prisons
Administrative Maximum
Florence, Co 81226

*[handwritten:] We are not the court. There is no Bailiff or clerk of court at Box you need to send this directly to the courts.*

DATE: *[handwritten:] 10-10-08*

TO:        Family, Friends, Other

SUBJECT:   Funds for Federal Bureau of Prisons' Inmates

You have mailed funds to an inmate incarcerated with the Federal Bureau of Prisons. The institution housing this inmate can not accept these funds. Therefore, these funds are being returned to you. The Federal Bureau of Prisons requires that all funds being mailed to inmates be sent to the Federal Bureau of Prisons' national Lock Box. If you wish to send funds to inmates incarcerated in the Federal Bureau of Prisons please send them to the following address:

Federal Bureau of Prisons
*Insert Inmate Name*
*Insert Register Number*
Post Office Box 474701
Des Moines, Iowa 50947-0001

*[handwritten:] If monies are for inmate to This address*

In order to ensure that your funds are processed without delay to the inmate's Trust Fund account, you must adhere to the following directions:

The inmate's committed name (no nicknames) and register number must be printed on all money orders; U.S. Treasury, state, and local government checks; any foreign negotiable instruments payable in U.S. currency; and envelopes.

DO NOT enclose cash, personal checks, letters, pictures or any other items in the envelope. Enclose only the allowable negotiable instrument. The national LockBox can not forward any items enclosed with the negotiable instrument to the inmate. Items, personal in nature, must be mailed directly to the Federal Bureau of Prisons' institution where the inmate is housed.

Your name and return address must appear on the upper left hand corner of the envelope to ensure that your funds can be returned to you in the event that they can not be posted to the inmate's account.

9



CONFIRMATION# EH 11939027 US
IS TENDER AND ASSIGNMENT:

Clerk of Court, and Court Stenographer

ecured with a Tender of payment, in the form of a
ED UNITED STATES DOLLAR AND 00/100 CENTS-
er to the *Payee*-Court Stenographer, thru the Clerk of Court,
house-Port Bailiffs an assignee with this assignment to
or access recorded court documents of the 29th day of the
year: 2008 for the Docket Court Case File# 07-cv-01297,
l General Malachi York Ele ::©™ D\P# 003828-04 of
ia (Inmate#17911-054), by the secured payment enclosed
Order to this letter assignment as payment for a copy of the
oned Court Case-File# 07-cv-01297 docs.
s or comments regarding payment knowledge,
at the below listed numbers and location:

amilton,2nd:©™

Witness/Consul General Jaame Amun Re:El©™
678.471.5198
Notary:

Notary:

Notary:

Witness:

c/o PO BOX 181398
Denver, Colorado Near [80218]



11

*Also see* **The Federalsit Paper No. 81**
**JURISDICTION.**

The authority of a court to hear and decide a <u>case</u>. To make a legally valid decision in a case, a court must have both "subject matter jurisdiction" (power to hear the type of case in question, which is granted by the state legislatures and Congress) and "personal jurisdiction" (power to make a decision affecting the <u>parties</u> involved in the lawsuit, which a court gets as a result of the parties' actions). For example, <u>state court's</u> subject matter jurisdiction includes the <u>civil</u> and <u>criminal laws</u> that the state legislature has passed, but does not include the right to hear <u>patent</u> disputes or immigration violations, which Congress has decided may only be heard in <u>federal courts</u>. And no court can entertain a case unless the parties agree to be there or live in the state (or federal district) where the court sits, or have enough contacts with the state or district that it's fair to make them answer to that court. (Doing business in a state, owning property there or driving on its highways will usually be enough to allow the court to hear the case.) The term jurisdiction is also commonly used to define the amount of money a court has the power to award. For example, <u>small claims courts</u> have jurisdiction only to hear cases up to a relatively low monetary amount--depending on the state, typically in the range of $2,000-$10,000. If a court doesn't have personal jurisdiction over all the parties and the subject matter involved, it "lacks jurisdiction," which means it doesn't have the power to render a decision.

The interesting point of this current matter is, if anyone layman or non-layman observes the listed attached Sureties, pursuant to 27 CFR 72.11 or payment tendered to the court, one of which you'll find is that all of the associated Sureties are all located throughout various jurisdictions of the globe, such as; Granada, Bahamas, London, Canada, Jamaica, Trinidad, Barbados, including the US, which in turn would make it impossible and unlawful for the US to assert jurisdiction, according to Treaty knowledge hereby; Also, there has already been an Administrative Notarial Grand Jury / Notarial Administrative Tribunal  ruling over this matter that has not been addressed to date, as well a damage claim: $9,999,999.99 unaddressed by the Court, as well as Tendered Payment, including the unaddressed Sureties in the full assessed Bond Amount:$350,000,000.00 which has also not been addressed to date, leading to suspicious activity of the court, theft of Private Securities, whereby according to procedure law of **due process**, the Court is in default referencing all the abovementioned accounts:

In the observance of all these subtotaled matters, questions and concerns are called to mind regarding Law.

Interestingly enough, when we observe the focus of our attention in defining the validity of the term Law, according to Bouvier's Law Dictionary, 1856 Edition, the term law is defined as;

**LAW.**

In its most general and comprehensive sense, law signifies a rule of action; and this term is applied indiscriminately to all kinds of action; whether animate or inanimate, rational or

irrational. 1 Bl. Com. 38. In its more confined sense, law denotes the rule, not of actions in general, but of human action or conduct. In the civil code of Louisiana, art. 1, it is defined to be "a solemn expression of the legislative will." Vide Toull. Dr. Civ. Fr. tit. prel. s. 1, n. 4; 1 Bouv. Inst. n. 1-3.

2. Law is generally divided into four principle classes, namely; Natural law, the law of nations, public law, and private or civil law. When considered in relation to its origin, it is statute law or common law. When examined as to its different systems it is divided into civil law, common law, canon law. When applied to objects, it is civil, criminal, or penal. It is also divided into natural law and positive law. Into written law, lex scripta; and unwritten law, lex non scripta. Into law merchant, martial law, municipal law, and foreign law. When considered as to their duration, laws are immutable and arbitrary or positive; when as their effect, they are prospective and retrospective. These will be separately considered.

In our acknowledgement of the term Law, as it is defined above, we can also call to mind that the Petitioner Malachi Z. York El is currently on the record as a **Foreign** Entity to the United States by way of his filed **IRS form W8-BEN** (*for accounting purposes*), filed within the US District Court of Colorado (We've supporting records thereof), US District Court For The Middle District of Georgia, The Eleventh Circuit Court of Appeals In Georgia, the Bureau Of Prisons, Warden Ron Wiley, the Treasury Departments in Washington, D.C. 20220, San Juan Puerto Rico 00902, as well as Atlanta-Georgia, Denver Colorado, Austin Texas, and Freemont County Colorado Sheriffs Department, located In the attached document files termed the Writ of FiFa. Unfortunately, the Writ of FiFa and its supporting docs for this matter is currently unfiled, being held within the Clerk's Office.
**Further, Before we can thoroughly dissect all the facts in this matter through an abstract dis-covery, it is most appropriate to first educate the Court from the petitioner's points of Interest for the record on the record, such as;**

Under the Code of Federal Regulations 27 CFR 72.11 it gives the meaning of what commercial crimes are:
*Commercial crimes. Any of the following types of crimes (Federal or State): Offenses against the revenue laws; burglary; counterfeiting; forgery; kidnapping; larceny;robbery; illegal sale or possession of deadly weapons; prostitution (including soliciting,procuring, pandering, white slaving, keeping house of ill fame, and like offenses);extortion; swindling and confidence games; and attempting to commit, conspiring to commit, or compounding any of the foregoing crimes. Addiction to narcotic drugs and use of marihuana will be treated as if such were commercial crime.*
*http://ecfr.gpoaccess.gov/cgi/t/text/textidx?c=ecfr&tpl=/ecfrbrowse/Title27/27cfr72_main_02.tpl*
The crimes Malachi Z York/Dwight York #17911-054 has been charged with fall under this definition *(See the attached indictment).*
Payment has been tendered to discharge the case back in 2008 pursuant to UCC 1-207, UCC1-308, UCC3-603, & UCC3-605. The government has defaulted and failed to update there book entries pursuant to:
☐ **Title 11 USC Ch. 5 SUBCHAPTER 11 § 524, § 727, and § 944;**

☐ 12 CFR § 226.10;
☐ **TRUTH AND LENDING REGULATION Z & G**

☐ **GAAS (GENERAL ACCEPTED AUDITING STANDARDS);**
☐ **GAAP (GENERAL ACCEPTED ACCOUNTING PRINCIPLES);**
☐ **1965 No.5596 EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT
BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING
TO THE GUARANTEE OF PRIVATE INVESTMENTS
(MONROVIA, 6 AND 12 September 1960);** *(Him Being a Liberian Citizen)*
http://untreaty.un.org/unts/1_60000/15/32/00029600.pdf
☐ **SECTION 6. 17-20-115, Colorado Revised Statutes;**
☐ **EMANCIPATION PROCLAMATION**

We are requiring that the Federal Bureau of Prisons and the United States Department
of Justice to honor the transaction by discharging the case and releasing the inmate
Malachi York El:©™/**DWIGHT YORK©™ "et al"**.
 Also you should be addressing Investigator **Tom Cody**
(*****719.924.0001**/ tom.cody58@yahoo.com *password - **discharge**) for the United States Department of Justice
that is currently investigating the **defaulted commercial transaction**, and thus far **has
been given knowledge and has not acted.** We the People, the **United Nuwaubian
Nation of Moors  of the World**(Organic), **Yamassee Native American Moors, the
Notarial Tribunal / Notarial Grand Jury,** and the EL,**MALACHI Z. YORK,CESTUI QUE
TRUST** have included the **Indictment / True Bill**, "**Accepted For Value**", including
**Tendered Payment Knowledge** referencing the **commercial** side of this case, **Pursuant
to Federal Rule 27 CFR 72.11, 27 USC § 72.11, 12 CFR § 226.10, UCC 3-605, UCC 3-
603, and House Joint Resolution 192, June 5, 1933 @ 4:30pm**. *See*
*http://www.uncjin.org/Laws/extradit/liberia.pdf*
**\*\*Note:** Although Payment was tendered (2X)Twice on behalf The Petitioner-Malachi York El, He(MYE) is Innocent for the record:
**Also, See O.C.G.A. TITLE 27: EVIDENCE / SIGNATURES/UCC3-402(b);**



Criminal Action Number _____ 2002CR229-10

IN THE SU... ...OR COURT OF PUTNAM COUNTY

THE STATE OF GEORGIA

v.

DWIGHT YORK
A/K/A MALACHI Z YORK
A/K/A ISA MUHAMMAD
A/K/A B... ...
A/K/A ISA AL HAADI AL MAHDI
A/K/A ISA ABD'ALLAH MUHAMMAD

KATHY JOHNSON

...LAMPKIN A/K/A NEDJULA...
ABADIJAH MERRITT, A/K/A DJULA MERRITT JCC...-308,

and ISITYR GODE

RELATED MORTGAGES, PURSUANT TO:
ARTICLE 9, ARTICLE 2, ARTICLE 3, ARTIC...
AND ARTICLE... GOE THE...

SHERIFF HOWARD R. SILLS; Prosecutor: JUSTICE DEPT
"Preferred Stock" US, Thru Treasury Dept
RR059445061US, Thru Treasury Dept
ATTN: Henry M. Paulson Jr
District Attorney
CUSIP-AUTOTRIS A...160272,
THROUGH US DISTRICT COURT "et al":
ACCOUNT# 5:02-G...CAR, "et al":
PROPERTY ADDRESS: USP FL...
PO BOX 8500
FLORENCE, CO 8122...
ACCOUNT NUMBER: 1:07-c...
FOR FULL SET... ...USD
PAYMENT AMOUNT: $3...
TO US District Court...
901 19th St
Denver, Colorado 8029...

INDICTMENT ...SPECIAL PRESENTMENT

Authorized Agent: _____

15



IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION
(Redacted Version)

UNITED STATES OF AMERICA )   SUPERSEDING INDICTMENT
)
vs. )   CR_____
)
)   VIOLATIONS:
)
DWIGHT D. YORK, A/K/A )
DR. MALACHI Z. YORK A/K/A )   18 U.S.C. § 1962(d)-RICO Conspiracy
ISA MUHAMMAD, A/K/A )   18 U.S.C. § 1962(c)-RICO Acts
ISA AL HAADI AL MAHDI AND )   18 U.S.C. § 371-MANN Act Conspiracy
A/K/A "BABA" )   18 U.S.C. § 2423(a) MANN Act- Minor Transport
)   18 U.S.C. § 2423(b)-MANN Act Travel
)   18 U.S.C. § 3283-MANN Act Limitations Statute
)   18 U.S.C. § 2-Aiding and Abetting
)   31 U.S.C. § 5324(a)(3)-Structuring Cash
)   18 U.S.C. § 1963-RICO Forfeiture
)   18 U.S.C. § 2253(a)(3)-MANN Act Forfeiture
)   18 U.S.C. § 2253(o)-MANN Act Forfeiture

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Commit Racketeering Violations)

From in or about January 1988, and continuing through May 8, 2002, in the Middle
District of Georgia and elsewhere within the jurisdiction of this Court, the Defendant
DWIGHT D. YORK, A/K/A DR. MALACHI Z. YORK, a/k/a
ISA MUHAMMAD, a/k/a ISA AL HAADI AL MAHDI, and a/k/a "BABA"
(hereinafter referred to as "DWIGHT YORK"),
being a person employed by and associated with an enterprise as described in Paragraph A below,
which was engaged in, and the activities of which affected interstate commerce, did knowingly
and willfully combine, conspire, confederate and agree, and have their understanding with
unindicted co-conspirators and others, known and unknown to the Grand Jury, to violate Title 18,
United States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in

16

A.   Cannot be located upon the exercise of due diligence;

B.   Has been transferred, sold to, or deposited with a third person;

C.   Has been placed beyond the jurisdiction of the Court;

D.   Has been substantially diminished in value; or

E.   Has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property of DWIGHT YORK, or assets of equal value, up to the value of the above forfeitable property.

All pursuant to the provision of Title 18, United States Code, Section 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

Presented By:

_____
MAXWELL WOOD
UNITED STATES ATTORNEY

_____
RICHARD S. MOULTRIE JR.
ASSISTANT UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

_____
STEPHANIE D. THACKER
TRIAL ATTORNEY

*[Overlaid diagonal watermark text:]*

ACCEPT FOR VALUE

Officer, Holder of the Treasury:

EL, MALACHI Z YORK CESTUI QUE TRUST, Accepts for value and Consideration all associated Debts hereby, Endorsements, or

RELATED MORTGAGES, PURSUANT TO: UCC1-207, UCC1-308, ARTICLE 1, ARTICLE 2, ARTICLE 3, ARTICLE 8, ARTICLE 9, ARTICLE 4 OF THE UCC

AND "Registered-Stock", Registered Account# RR053061US, Thru Treasury Dept
RR053061US

ATTN: Henry M. Paulson Jr.

CUSIP-AUTOTRIS#064360272,

THROUGH US DISTRICT COURT "et al"

ACCOUNT# 5:02-CR-27-CAR, "et al":

PROPERTY ADDRESS: USP FLORENCE ADMAX
PO BOX 8500
FLORENCE, CO 81226

ACCOUNT NUMBER: 1:07-cv-01297-EWM-KLM "et al"

FOR FULL SET-OFF

PAYMENT AMOUNT: $350Mil. USD

TO US District Court
901 19th St
Denver Colorado 80294

Authorized Representative: _____   Cash. Date: _____

17



ACCEPT FOR VALUE

Officer Holder of the Treasury:

EL, MALACHI Z YORK, CESTUI QUE TRUST, Accepts for Value and Consideration

all associated Debts hereby Endorsements, for

RELATED MORTGAGE, PURSUANT TO U.C.C1-207, UCC1-308,

ARTICLE 9, ARTICLE 8

AND ARTICLE 3 OF THE UCC

"Preferred Stock", Registered Account#

RR059445061US, Thru Treasury Dept

ATTN: Henry M. Paulson Jr.

CUSIP-AUTOTRIS#064360272,

THROUGH US DISTRICT COURT "et al"

ACCOUNT# 5:02-CR-27-CAR,"et al":

PROPERTY ADDRESS:USP FLORENCE ADMAX

PO BOX 8500

FLORENCE,CO 81226

ACCOUNT NUMBER:1:07-cv-01297-EWM-KLM"et al"

FOR FULL SET-OFF

PAYMENT AMOUNT:$350Mil.USD

TO US District Court

901 19th St

Denver Colorado 80294

Authorized Representative

18

**IN THE US DI STRICT COURT OF SUMMIT COUNTY**
**IN THE DI STRICT OF COLORADO**

IN THE MATTER OF THE UNLAWFUL    )
DETAINMENT OF,                   )
                                 )
DWIGHT YORK / MALACHI Z. YORK©™  )
AND OR ASSOCIATED APPELLATIONS   )
Noble: Malachi York El:©™        )

Alleged Case No.5:02-CR-27-CAR, "et al"
AND ALL FOLLOWING ACCOUNT #s:

**Ky/Co/Ga UCC File Numbers: 2007-2268538-33(KY), 20082078133 C (CO), and**
**044-2007-004525 (GA),etc.;**
**Writ of Habeas Corpus for Indigenous Peoples**
**PURSUANT TO: TITLE 28 USC § 2255:**

**To the Sheriff of said County, GREETINGS:**

I, Malachi Z. York: El, Petitioner, Indigenous Individual, alleged accused/
aggrieved party, and unlawfully detained; and pursuant to state law command that the Summit County
Sheriff, forthwith notify the County prosecutor to hold and to attend an examining court that they show the cause
of taking and restraining the said Petitioner with evidence of Subject Matter Jurisdiction, JAMA v. U.S.., 22 F.
Supp., 2d 353, 357 and F.R.C.P. 12(b)(1) over said Petitioner, or have case dismissed per F.R.C.P 12(b)(6).

Anyone arrested or detained on a criminal charge shall be brought promptly before a judge or other
officer authorized by the law to exercise judicial power and shall be entitled to trial within a reasonable
time or to release. It shall not be the general rule that persons awaiting trial shall be detained in
custody, but release may be subject to guarantees to appear for trial, at any other stage of the judicial
proceedings, and, should occasion arise, for execution of the judgement.  It is the ruling of the U.S.-
Supreme Court that; "If any Tribunal (Court) finds absence of Proof of Jurisdiction over person and
subject matter, that case must be overturned if necessary." Louisville RR v. Motley, 211 US 149, 29
S. Ct. 42, per F.R.C.P. 12(b)(1), 12(h)(3), and 12(b)(6).

**DEMAND IS HEREBY MADE FOR THE US DI STRICT COURT, DI STRICT OF COLRADO TO ISSUE THE**
**FOLLOWING ORDERS AND SUBPOENAS DUCAS TACEM IN BEHALF OF THE PETITIONER, ORDERING**
**TO THE EXAMINING COURT HEARING, THE FOLLOWING ITEMS;**

1.  Everyone has the right to liberty and security of person.  No one shall be subjected to arbitrary
arrest or detention.  No one shall be deprived of his liberty except on such grounds and in
accordance with such procedures as are established by law.  All citations or complaints charging or
accusing the Petitioner with some offense or crime with supporting affidavits and indictments
establishing Subject Matter Jurisdiction over Petitioner;

2.  Anyone who is arrested shall be informed, at the time of arrest, of the reasons for his arrest and
shall be promptly informed of any charges against him. All information or indictments, signed or
unsigned, by any prosecutor which charged or accuse the Petitioner of some offense or crime with
proof of an enacting clause for all named offenses with Title 42 U.S.C.§ 1983,
Title 28  U.S.C.§ 636, Civil Claim 60 b, and Title 46 U.S.C.§ 781;

Anyone who is deprived of his liberty by arrest or detention shall be entitled to take proceedings before a
court, in order that court may decide without delay on the lawfulness of his detention and order his release if
the detention is not lawful, because of non-disclosure of the requirements of the prosecutor to establish subject
matter jurisdiction, other than an unsubstantiated statement;

19

All warrants and summons that form the basis for the restraint and commitment of the Petitioner, with evidence of subject matter jurisdiction over said Petitioner, including the laws and enacting clauses for the offense of All Allegations, assumptions, presumptions, and opinionated charges ;

All affidavits in support of any judicial contempt accusations, and commitment papers ordering the Petitioner committed to jail;
Copies of all Constitutional Laws, which the executive, or judicial employee or officer relied upon to accuse the Petitioner, and thereby detain the Petitioner, and restrain him from his liberty.  The law requires PROOF OF JURISDICTION to appear on the record of the administrative agency and all administrative requirement of F.R.C.P 12(b)(1), 12(h)(3) and 12(b)(6);

**DEMAND IS HEREBY MADE FOR THE COURT TO ISSUE THE FOLLOWING SUBPOENAS OR ORDERS ON BEHALF OF THE PETITIONER, ORDERING TO THE EXAMINING COURT A HEARING OF THE FOLLOWING PERSONS:**

The alleged harmed party, or other executive officers, who charged Petitioner with an offense that resulted in the Petitioners detainment, to provide the name, and an enacting clause, for all alleged offenses, and substantiated statements of accusation;

The contract which Petitioner violated, with Subject Matter Jurisdiction over Petitioner, that resulted in the detainment of Petitioner, other than a sign statement of the Petitioner with non-disclosure;

The judicial officer who signed any executive or judicial arrest warrant that resulted in the detainment of the Petitioner with affidavits and indictments and any other supporting documents to establish subject matter jurisdiction over Petitioner, to support probable cause for said warrant;

The judge or Magistrate who presided over any proceedings of probable cause, or any other judicial proceedings or court forum, prior to the commitment of Petitioner, to show a cause of action with subject matter jurisdiction as per F.R.C.P 12(b)(1), or order dismissal of the case per F.R.C.P 12(b)(6);

The judicial officer or other person who signed the commitment papers ordering the Petitioner detained, MUST bring forward evidence of subject matter jurisdiction;

Be it further ordered by the court that before any hearing is held that may deprive Petitioner of Life, Liberty, or Property, the Petitioner be afforded all the tools to defend, enacting clauses of all laws in which Petitioner violated, and evidence of subject matter jurisdiction over Petitioner, as the prosecutor has to prosecute according to the mandates of Constitutional Laws;

To act otherwise would be to deny due process of law under "color of law."  Be it further ordered that the pleadings of the Petitioner be held to a lesser standards than an attorney, **Haines v. Herner, 92 S. Ct. 594.** Be it further ordered that Petitioner be afforded his right to counsel of his choice as it set forth in the Constitution, said counsel be **"anyone of his choice".**

<div align="center">

_____Malachi York El:®:©™_____
**Petitioner or Petitioner's Next Friend**

</div>

<u>AFFIRMATION AND VERIFICATION</u>

STATE OF COLORADO
SUMMIT COUNTY

I :Malachi York El: :®:©™ (TTE), your Affiant, being first duly sworn according to law, having first hand knowledge of the facts herein, and being competent to testify, do affirm that the Petition to which this affirmation is attached is truly stated by your affiant to his best knowledge and belief:

__12/1/2008__                    ___Malachi York El:®:©™___
Date                              Affiant or Affiant's Next Friend


**NOTICE**

Using a notary on this document does not constitute any adhesion, nor does it alter an Indigenous Peoples status in any manner:  The purpose of the notary is verification and identification only and not for entrance into foreign jurisdiction:

**NOTARY ACKNOWLEDGEMENT**

On this __1st__ day of December 2008 before me, the undersigned Notary Public in and for the STATE OF GEORGIA, appeared: Secured Party-Trustee, self identified as an Indigenous Peoples and proved to me on the basis of satisfactory evidence, to be the person whose signature appear on the within instrument and acknowledged to me that he executed it with intent of purpose:

As witness, my hand and official seal

NOTARY PUBLIC BARRY M. HAMILTON

MY COMMISSION EXPIRES 12/27/2009

**CERTIFICATE OF DELIVERY**

DELIVERED TO THE_____ COURT DEPUTY-/_____;
Recieved by the Sheriff: Day_____  Time_____

SIGNED:_____

# What Is The Estimated Value of This Case?

**What does the term mean Accepted For Value?**

To accept for value and consideration according to the **Uniform Commercial Code** (UCC 2-204, 2-206(1,2,3) B2) which is international law, means, in this matter *(5:02-CR-27-CAR, 1:07-cv-01297-EWM-KLM, 1:06-cv-00807-ZLW, 5:07-90001-CARGMF,02-00027-CR-CAR-5-1)* all charges relating to the commercial transactions are
immediately accounted for and the bid bond, performance bond, and payment bond associated to the case and contract numbers should be immediately credited to the government contract number and or account number specified upon mention for the correction of all commercial book entries. Pursuant to 27 CFR 72.11 and GAAP (General Accepted Accounting Principles)
The Bid Bond, Performance Bond, & Payment Bond are GSA forms and are all federal bonds that can be searched on the 7th Circuit Federal Site. These bonds are used for the statue debt incurred. Every individual and or natural person has a Bid Bond, Performance Bond, & Payment Bond associated to their vessel while in court. Statue debt is commercial, pursuant to **27 CFR 72.11, Federal Rule 12 CFR § 226.10**. The Birth Certificate backs the bond, the Birth Certificate issued by the State is then registered with the U.S. Department of Commerce -- the Executive Office - specifically through their own sub-agency, the U.S. Census Bureau, which is responsible to register vital statistics from all the states. When a birth certificate is registered with the U.S. Department of Commerce, it means that the ALLCAPS legal person named thereon has become a surety, or guarantor, a condition and obligation. Once a state has registered a birth document with U.S. Department of Commerce, the Department notifies the Treasury Department, which takes out a loan from the Federal Reserve. The Treasury uses the loan to purchase a bond (the Fed holds a "purchase money security interest" in the bond) from the Department of Commerce, which invests the sale proceeds in the stock or bond market *(see IRS IMF: Individual Master File under FOIA). AN EXAMPLE OF SOMEONE'S BIRTH CERTIFICATE BEING TRADED=*
http://smallbusiness.dnb.com/webapp/wcs/stores/servlet/ProductSelection?dunsNumber=0&busN ame=GRIMES%2C%20BEVERLY%20ANNE&storeId=10001&catalogId=70001&productId=0&ad dress=258%20HARMON%20ST&city=DETROIT&state=MI&zip=482021330&country=US

**What is the Definition of a slave? (*see Emancipation Proclamation*)**

₁**slave**

Pronunciation:
\□ sl□ v\
Function:
*noun*

Etymology:
Middle English *sclave,* from Anglo-French or Medieval Latin; Anglo-

French *esclave,* from Medieval Latin *sclavus,* from *Sclavus* Slavic; from the frequent enslavement of Slavs in central Europe during the early Middle Ages
Date:
14th century
1 : a person held in servitude as the chattel of another 2 : one that is completely subservient to a dominating influence 3 : a device (as the printer of a computer)that is directly responsive to another 4 : DRUDGE , TOILER

— **slave** *adjective*
www.**merriam-webster**.com/dictionary/**slave** - Cached

**What is a Person?**

TITLE 15 > CHAPTER 1 > § 7
Prev | Next

## § 7. *"Person" or "persons" defined*

How Current is This?

The word "person", or "persons", wherever used in sections 1 to 7 of this title shall be deemed to include corporations and associations existing under or authorized by the laws of either the United States, the laws of any of the Territories, the laws of any State, or the laws of any foreign country.
Application to the Case in 2003
☐ This initial case had been ACCEPTED FOR VALUE AND CONSIDERATION recorded January 25th 2003 under the UCC financial statement report in the State of Georgia in Dekalb County.

☐ He also stated on the record during the trial in 2003 that he ACCEPTED THE CHARGES FOR VALUE

Violations in the case in 2003
☐ Judge Ashley C Royal and Judge Hugh Lawson violated there oaths of office according to the National Bankruptcy Act Chap. 27, 28, & 53 by not discharging the debt that was accepted for value and crediting the account through the comptroller in Georgia.

☐ Sheriff Howard Richard Sills violated his oath of office by failure to dock discharge acceptance in the FIFA Docket;

☐ Governor Sunny Purdue also acted in negligence by not acknowledging discharge acceptance nor the laws broken by the public officers who violated there oaths of office by not upholding the constitution

*According to the Constitution of the State of Georgia* **Paragraph II. Law enforcement.** *The Governor shall take care that the laws are faithfully executed and shall be the conservator of the peace throughout the state.* Application to the current case in 2008

☐ These charges were again Accepted for Value and Consideration during the August 29th court appearance hearing at USP Florence ADX which is a private corporation owned by the Corrections Corporations of America *Trust* (PZN) *see court transcripts*

**NOTE:** USP FLORENCE ADX HAS OPENLY ADMITTED TO NOT BEING A COURT, NOT HAVING A BAILIFF, NOR A CLERK, *See Attachments*

Violations in this case in **2008**

☐ The warden, judge, and public officials are in violation of there oaths of office also, according to the National Bankruptcy Act Chap. 27, 28, & 53 by not discharging the debt that was again accepted for value and crediting the account through the comptroller in Denver, CO.

☐ The warden, judge, and all public officials who were made fiduciaries in this case are also in violation of Federal Rule 12 CFR § 226.10 Prompt crediting of payments, when issued security instruments in addition to the Performance Bond, Bid Bond, & Payment Bond.

☐ The warden, judge, and all public officials who were made fiduciaries in this case are also in violation of the Fair Debt Collections Practice Act as well as Truth in Lending Regulation Z and Regulation G;

☐ The warden, judge, and all public officials who were made fiduciaries are in violation of commercial law maxims that have governed this planet for 4000-6000 years in all commericial matters;

☐ Also according to Public Policy pursuant to House Joint Resolution 192 of June 5th 1933 Emergency Banking Relief Act of March 9th 1933, Public Law 73-10, 89-719,73 Congress, Public Law #1 March 9th 1933(Title 1 section 1, 48 Stat) specifying what money is and Article 1 Section 10 of the US Constitution says "No State shall make any Thing, but gold and silver coin a tender in payment of debts." **IT HAS NEVER BEEN REPEALED,** the Coinage Act of 1792 defined the "Dollar" as a measurment of gold and silver---25.5 grains and 412.5 grains respectively, thereby setting the ratio of value at 16-1. In addition 12 USC 152 says "The terms 'lawful money' and the term 'lawful money of the United States' shall be construed to mean gold and silver coin of the United States" This is a

federal law still on the books.

**What is a Secured Party?**
The person or organization holding a security interest or lien against collateral as security for a debt.

**What is a Secured Transaction?**
Transaction based on a security agreement that concerns a security interest, whereby personal or real property is pledged as collateral for performance or for a debt.

**Also, See O.C.G.A. TITLE 27: EVIDENCE / SIGNATURES**
Trade Name Copyright Protections
Copyright Act of 1968
Universal Copyright Convention (U.C.C.) - An international copyright
treaty that provides minimum levels of copyright protection.
*http://www.lawsonline.com/*

*Holy Bible Proverbs CH. 22 V.1 A good name is to be chosen rather than great riches…..*

Malachi York/Dwight York has been a secured party prior to any alleged convictions and is the owner in fact of all the associated Trade Names *(see UCC filings)* 442003002189, 0442007044525 *FILED IN DEKALB-COUNTY, GA,* and FULTON-COUNTY, GA. # 2007-2268538-33 *FILED IN THE STATE OF KENTUCKY,* 2677041 *Filed in Common Wealth of Massachusettes,* 2008F015978 *Filed in the state of Colorado, ETC..*

☐ There is a licensing fee associated with the use of all associated Trade Names unlawfully and with out expressed and written consent in the amount $500,000 per use unwaived;

☐ All Associated Trade Names have been utilized in excess of 300 times per year by Federal, State, and Local officials without expressed and written consent which would carry a monetary value of $150,000,000 (reference all Federal, State, and local documents bearing each and every appellation) *Ref. Holy Bible KJV Book of Judges Ch. 13 V. 18 and Commercial Law Maxims attached*

**What is a Cestui Que Trust?**
The beneficiary of a trust, the person who is the beneficial/equitable owner of the property held in trust for which the trustee holds legal title
*www.pensacola-waterfront.com/dictionary/C.html*

**Method of Payment Tendered**
Promissory Note
Certified Funds
Registered Private/State Bond
Bid Bond
Performance Bond

Payment Bond

**Surety** -- A bond or other security that protects a person, corporation, or other legal entity in case of another's default in the payment of a given obligation, improper performance of a given contract, malfeasance of office, etc. The one who undertakes to be the surety is primarily liable in case of the default.

The Surety List in the Apostilled documents are backing the financial transaction

Definition of a Certificate: security: a formal declaration that documents a fact of relevance to finance and investment; the holder has a right to receive interest or dividends; "he held several valuable securities"

Each Surety's Birth Certificate is a bond backing, validating, and insuring the Instruments;

### Validation of Transactions

# Powers of a Notary Public

Under the amended Notary Public Law, notaries public are empowered to administer oaths and affirmations, certify copies and take depositions, affidavits, verifications, upon oath or affirmation and acknowledgments. Any person who is convicted of having willfully and knowingly made or taken a false oath, affirmation, deposition, affidavit, certification or acknowledgment before any notary public shall be guilty of perjury and subject to criminal penalties.

http://www.dos.state.pa.us/notaries/cwp/view.asp?a=1240&q=445098

Notary Public defined by Bouviers Law Dictionary of 1856

**NOTARY or NOTARY PUBLIC.**

3. By act of congress, Sept. 16, 1850, Minot's Statutes at Large. U. S. 458, it is enacted, That, in all cases in which, under the laws of the United States, oaths, or affirmations, or acknowledgments may now be taken or made before any **justice or justices** of the peace of any state or territory, such oaths, affirmations, or acknowledgments may be hereafter also taken or made by or before any notary public duly appointed in any state or territory, aud, when certified under, the hand and official seal of such notary, **shall have the name force and effect as if taken or made by or before such justice or justices of the peace.** And all laws and parts of laws for punishing perjury, or subornation of perjury, committed in any such oaths or affirmations, **when taken or made before any such justice of the peace, shall apply to any such offence committed in any oaths or affirmations which may be taken under this act before a notary public,** or commissioner, as hereinafter named: Provided always, That on any trial for either of these offences, the seal and signature of the notary shall not be deemed sufficient in themselves to establish the official character of such notary, but the same shall be shown by other and proper evidence.

4. Notaries, are of very ancient origin they were well known among the Romans, and exist in every state of Europe, and particularly on the continent.

5. Their acts have long been respected by the custom of merchants and by the courts of all nations. 6 Toull. n. 211, note. Vide, generally, Chit. Bills, Index, h. t.; Chit. Pr. Index,, h. t.; Burn's Eccl. Law, h. t.; Bro. Off. of a Not. passim; 2 Har. & John. 396; 7 Verm. 22; 8 Wheat. 326; 6 S. & R. 484; 1 Mis. R. 434.http://www.constitution.org/bouv/bouvier_n.htm

**JUSTICES.** Judges. Officers appointed by a competent authority to administer justice. They are so called, because, in ancient times the Latin word for judge was justicia. This term is in common parlance used to designate justices of the peace. http://www.constitution.org/bouv/bouvier_j.htm

Their duties are generally prescribed by such laws. The most usual of which are, l. To attest deeds, agreements and other instruments, in order to give them authenticity. 2. To protest notes, bills of exchange, and the like. 3. To certify copies of agreements and other instruments. An officer appointed by the executive, or other appointing power, under the laws of different states.

☐ Public Officials failure to respond to default notices witnessed by 19 notaries from February 25th 2008 to current according to Due **Process** of law pursuant to 42 USC § 1986 & 1983;

☐ These 19 notaries certified the copies of the security instruments in accordance with Bouviers Law Dictionary of 1856 validating the tendered value. (see list of notaries)

27



# THE COMMERCIAL MAXIMS
# OF LAW:

FOR MANY PEOPLE IT MIGHT COME AS A SURPRISE (IN MANY CASES A PLEASANT ONE) IF THEY WERE INFORMED THAT ESSENTIALLY ALL OF THE LAW OF THE WORLD IS FOUNDED ON, DERIVED FROM, AND IS A FUNCTION OF TEN SIMPLE, ESSENTIAL, AND FUNDAMENTAL COMMERCIAL MAXIMS—SEVEN (7) BASIC ONES PLUS THREE (3) COROLLARIES. THESE FOUNDATIONAL PRINCIPLES/AXIOMS UNDERLIE ALL OF MAN'S LAW. NOTWITHSTANDING THE VASTNESS AND COMPLEXITY OF THE LAW TODAY, IT IS SAFE TO SAY THAT ALL OF THE WORLD'S LAW IS FUNDAMENTALLY A FUNCTION OF THE TEN COMMERCIAL MAXIMS. ALTHOUGH THE DAZZLING COMPLEXITY AND EVER-CHANGING FORMS, PARAMETERS, AND LABELS OBFUSCATE THIS FACT, THE ESSENCE OF THE MATTER REMAINS INTACT.

THE COMMERCIAL MAXIMS CONSTITUTE THE BASIC RULES INVOLVED IN PREVENTING AND RESOLVING DISPUTES, INCLUDING RELATING IN LIFE AND COMMERCIAL AFFAIRS AS IF DISPUTES MIGHT ARISE AND WRITTEN PROOF OF ONE'S POSITION, IN TIME AND CONTENT, MUST BE SECURELY ESTABLISHED. ALTHOUGH COMMERCE IS USUALLY THOUGHT OF AS "BUYING, SELLING, AND TRADING," ALL OF MAN'S INTERACTIONS WITH HIS FELLOW MAN ARE CONSIDERED AS BEING "COMMERCE." COMMERCE ENCOMPASSES ALL RELATIONSHIPS BETWEEN PEOPLE. BLACK'S LAW DICTIONARY, FIFTH EDITION, FOR INSTANCE, DEFINES "COMMERCE" AS FOLLOWS:

COMMERCE. "THE EXCHANGE OF GOODS, PRODUCTIONS, OR PROPERTY OF ANY KIND; THE BUYING, SELLING, AND EXCHANGING OF ARTICLES.... INTERCOURSE BY WAY OF TRADE AND TRAFFIC BETWEEN DIFFERENT PEOPLES OR STATES...INCLUDING NOT ONLY THE PURCHASE, SALE, AND EXCHANGE OF COMMODITIES, BUT ALSO THE INSTRUMENTALITIES AND AGENCIES BY WHICH IT IS PROMOTED AND THE MEANS AND APPLIANCES BY WHICH IT IS CARRIED ON, AND TRANSPORTATION OF PERSONS AS WELL AS OF GOODS, BOTH BY LAND AND SEA.... ALSO INTERCHANGE OF IDEAS, SENTIMENTS, ETC., AS BETWEEN MAN AND MAN." PAGE 244.

THE COMMERCIAL MAXIMS CODIFY THE FUNDAMENTAL PRINCIPLES/MAXIMS OF LAW AND COMMERCE UPON WHICH MAN'S LAW AND GOVERNMENTS HAVE OPERATED ON THIS PLANET FOR AT LEAST THE PAST 4-6 THOUSAND YEARS. THEY CONSTITUTE, AS IT WERE, THE RULES OF THE GAME. PART OF THE GRIEF OF MANKIND TODAY IS THAT THE VAST, OVERWHELMING PERCENTAGE OF THE POPULACE DOES NOT KNOW THE BASIC RULES OF THE GAME THEY ARE PLAYING AND ARE HENCE INCAPABLE OF PLAYING IT. IF ONE WHO DOES NOT KNOW THE RULES OF A GAME IS PLAYING THAT GAME WITH OTHERS WHO ARE MASTERS OF THE RULES, THE OUTCOME IS A FOREGONE CONCLUSION: THE ONE WHO KNOWS THE RULES WINS THE GAME WHILE THE ONE WHO DOES NOT KNOW THE RULES NECESSARILY LOSES. SUCH IS THE STATE OF THE WORLD.

ELUCIDATING THE UNDERLYING, FUNDAMENTAL RULES SO THAT ONE UNDERSTANDS WHAT IS GOING ON HELPS GREATLY IN "LEVELING THE PLAYING FIELD." THESE RULES, THEREFORE, ARE SET FORTH BELOW WITH THE UNDERSTANDING THAT THEY OPERATE WITHIN THE CONTEXT AND SETTING OF THE UNIVERSAL UNDERLYING PRINCIPLES. THE COMMERCIAL MAXIMS ARE THE MOST BASIC, ENDURING, AND MINIMALIST CODIFICATION OF UNIVERSAL, REAL LAW EXTANT ON EARTH. THEY ARE VERY SIMPLE, LARGELY SELF-EVIDENT, AND BASED ON COMMON SENSE. THE JEWS, FOR INSTANCE, HAVE STUDIED, ANALYZED, PRACTICED, AND REFINED COMMERCIAL LAW, FOUNDED ON THESE MAXIMS, FOR THOUSANDS OF YEARS. THIS CONTINUOUS, RELENTLESS, SINGLE-MINDED ABSORPTION IN THE LAW OVER MILLENNIA HAS "WORKED THE BUGS OUT." EVERY ANGLE, FACET, RAMIFICATION, APPLICATION, AND NUANCE OF PRACTICE OF COMMERCIAL LAW HAS BEEN SEASONED OVER TIME, AND IS DEEPLY AND THOROUGHLY KNOWN BY THOSE WHO "OWN, RUN, AND RULE THE WORLD."

INDEED, THE "ELITE" ARE PRECISELY WHERE THEY ARE BECAUSE THEY DO KNOW THIS FUNDAMENTAL LAW, BECAUSE IT IS REAL, THAT IT MUST WORK, ALWAYS WORKS, AND IT IS IMPOSSIBLE FOR IT NOT TO WORK, SINCE IT IS GROUNDED IN NATURAL LAW. THOSE WHO DO NOT KNOW AND USE THE LAW BY WHICH EVERYTHING FUNCTIONS NECESSARILY AND ALWAYS LOSE. THIS ESOTERIC TRUTH

MUST BE OBSCURED AND CONCEALED FROM THE "MASSES" BY EVERY MEANS POSSIBLE. OTHERWISE, THOSE WHO WOULD RULE MANKIND WOULD HAVE NO WAY OF OBTAINING THEIR POSITIONS OF POWER, PRIVILEGE, AND PLUNDER (ALL OF WHICH ARE FRAUDS). BY KNOWING AND USING THE LAW THEMSELVES AND KEEPING THE KNOWLEDGE OF SUCH LAW FROM THE MASSES, THE PEOPLE ARE DELIBERATELY RENDERED DEFENSELESS, CONFUSED, EMASCULATED, DEPENDENT, HELPLESS

"SHEEPLE," CONSIDERED AS EXISTING FOR THE PURPOSE OF BEING EXPLOITED, HERDED, SHEERED, GELDED, AND SLAUGHTERED AT WILL.

THE POWERS THAT BE THUS ACHIEVE AND OPERATE THEIR MONOPOLY ON "LAW" (THE VERY THOUGHT IS ABSURD, LIKE STATING ONE HAS A MONOPOLY ON LIGHT OR LIFE), BY PROPAGANDIZING THE LIE THAT LAW IS SO COMPLEX, ESOTERIC, OBTUSE, VAST, AND CONFUSING THAT ONLY THEY AND THEIR HATCHET MEN CALLED "ATTORNEYS" AND "JUDGES" CAN ADMINISTER IT. THE LAW IS "MYSTIFIED," MADE INTO SOME KIND OF QUASI-RELIGIOUS CULT, OPERATED BY A HIGH PRIESTHOOD THAT ALONE HAS THE KNOWLEDGE AND AUTHORITY FOR OPERATING THE RESULTING "LEGAL SYSTEM" THAT RULES THE LIFE OF MAN. LAW MUST BE TRANSFORMED INTO A "CLOSED UNION SHOP" SUCH AS THE BAR ASSOCIATION, INTO WHOSE HANDS THE PEOPLE MUST ENTRUST THEIR "LIVES, FORTUNES, AND SACRED HONOR" WITHOUT AVAILABILITY OF ALTERNATIVE SOURCES OF REMEDY AND REDRESS OF GRIEVANCES. WHERE CAN ONE GO FOR RELIEF WHEN THE FOX GUARDS THE HENHOUSE?

IF THE SO-CALLED "RULERS OF THE WORLD" DID NOT WITHHOLD FROM GENERAL UNDERSTANDING THE KNOWLEDGE THAT THE FOUNDATIONAL PRINCIPLES OF REAL LAW ARE FEW IN NUMBER AND EASILY MASTERED BY EVERYONE, AND THAT ALL OF THE DOCUMENTS AND INSTRUMENTS USED IN ALL LAW AND COMMERCE ARE LIKEWISE FEW IN NUMBER AND COMPREHENSIBLE TO LAYMEN, SUCH CON MEN WOULD HAVE TO ABANDON THEIR ARISTOCRATIC "TITLES OF NOBILITY" AND FIND REAL JOBS BASED ON GENUINE PRODUCTIVITY, CONTRIBUTION, AND "WIN-WIN" INTERACTIONS WITH THEIR FELLOW MAN. IT IS EMPOWERING AND EXHILARATING TO UNDERSTAND THAT THE EVER-CHANGING, MONSTROUS VASTNESS OF "LAW" CAN BE DISTILLED INTO A HANDFUL OF UNIVERSAL PRINCIPLES THAT CAN BE CONTAINED ON A 3" X 5" CARD, AND THAT ALL OF THE LEGAL DOCUMENTS AND INSTRUMENTS FUNCTIONING TODAY CAN BE MASTERED BY NEARLY ANYONE.

ATTORNEYS AND JUDGES DELIBERATELY CONCEAL THE FACT THAT THE ONLY SIGNIFICANCE INHERING IN COURT CASES AND STATUTES CONSISTS OF THE SIMPLE AND UNIVERSAL PRINCIPLES OF COMMERCIAL LAW CODIFIED BY THE MAXIMS. ALL LEGAL DOCUMENTS, PROCEEDINGS, AND PROCESSES ARE OBSCURED BY RE-NAMING AND MISLABELING SAID DOCUMENTS AND PROCESSES IN ACCORDANCE WITH WHATEVER DEGREES OF MULTIPLICITY AND COMPLEXITY ARE NEEDED FOR PRESERVING ITS INACCESSIBLE ALOOFNESS. LAW IS MADE DIFFUSE, ENORMOUSLY COMPLEX, AND ALLEGEDLY FAR BEYOND THE KEN OF REGULAR FOLKS. WITH KNOWLEDGE OF THE TRUTH UNDERLYING ALL OF THAT MISDIRECTION AND DECEPTION, I.E. SEEING THROUGH THE WIZARD'S LIGHT SHOW, YOU CAN UNDERSTAND WHAT IS HAPPENING AND PLACE YOURSELF IN A POSITION OF MASTERY OF THE SITUATION INSTEAD OF BEING RELEGATED TO THE STATUS OF A CONFUSED, HELPLESS VICTIM FOREVER IN THE DARK AND AT THE MERCY OF THOSE WHO EXPLOIT YOUR IGNORANCE OF THE RULES AND PROCESSES BY WHICH LAW (I.E. ORGANIZED, DEADLY FORCE) OPERATES. IN SHORT, "KNOW THE TRUTH AND THE TRUTH SHALL MAKE YOU FREE."

AS MENTIONED ABOVE, THE WORD "COMMERCE" ENCOMPASSES ALL INTERACTIONS AND INTERCHANGES BETWEEN PEOPLE, INCLUDING EXCHANGES OF SUCH "NON-COMMERCIAL" THINGS AS "IDEAS, SENTIMENTS, ETC." THE FUNDAMENTAL PRINCIPLES AND PRECEPTS OF UNIVERSAL COMMERCIAL LAW THAT HAVE FOR MILLENNIA FORMED THE UNDERPINNINGS OF CIVILIZED LAW ON THIS PLANET ARE BOTH BIBLICAL AND NON-BIBLICAL, I.E. THEIR TRUTH AND VALIDITY IS A FUNCTION OF THEMSELVES AND THE LONG-ACCEPTED USAGE AND PRACTICE BY MANY CULTURES AND PEOPLES, IN DIVERSE FORMS, THROUGHOUT THE WORLD FOR THOUSANDS OF YEARS. THESE FUNDAMENTAL MAXIMS OF COMMERCE, WHICH UNDERLIE ALL COMMERCIAL DOCUMENTS, INSTRUMENTS, AND PROCESSES, ARE ENUMERATED HEREWITH(WITH BIBLICAL REFERENCES IN PARENTHESIS):

1.  **A WORKMAN IS WORTHY OF HIS HIRE**
(EXODUS 20:15; LEV. 19:13; MATT. 10:10; LUKE 10:7; II TIM. 2:6. LEGAL MAXIM: "IT IS AGAINST EQUITY FOR FREEMEN NOT TO HAVE THE FREE DISPOSAL OF THEIR OWN PROPERTY.")

2.  **ALL ARE EQUAL UNDER THE LAW**
     (GOD'S LAW--ETHICAL AND NATURAL LAW). (EXODUS 21:23-25; LEV. 24:17-21; DEUT. 1:17, 19:21; MATT.,
     22:36-40; LUKE 10:17; COL. 3:25. LEGAL MAXIMS: "NO ONE IS ABOVE THE LAW."; "COMMERCE, BY THE
     LAW OF NATIONS, OUGHT TO BE

     COMMON, AND NOT TO BE CONVERTED INTO A MONOPOLY AND THE PRIVATE GAIN OF A FEW.").

3.  **IN COMMERCE TRUTH IS SOVEREIGN**
    (EXODUS 20:16; PS. 117:2; MATT. 6:33, JOHN 8:32; II COR. 13:8. LEGAL MAXIM: "TO LIE IS TO GO AGAINST
       THE MIND." ORIENTAL PROVERB: "OF ALL THAT IS GOOD, SUBLIMITY IS SUPREME.").

4.  **TRUTH IS EXPRESSED BY MEANS OF AN AFFIDAVIT**
    (LEV. 5:4-5; LEV. 6:3-5; LEV 19:11-13; NUM. 30:2; MATT. 5:33; JAMES 5:12).

5.  **AN UNREBUTTED AFFIDAVIT STANDS AS THE TRUTH IN COMMERCE**
    (1 PET. 1:25; HEB. 6:13-15. LEGAL MAXIM: "HE WHO DOES NOT DENY, ADMITS.").

6.  **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGMENT IN COMMERCE**
     (HEB. 6:16-17. ANY PROCEEDING IN A COURT, TRIBUNAL, OR ARBITRATION FORUM CONSISTS OF A
     CONTEST, OR "DUEL," OF COMMERCIAL

     AFFIDAVITS WHEREIN THE POINTS REMAINING UNREBUTTED IN THE END STAND AS THE TRUTH AND
       THE MATTERS TO WHICH THE JUDGMENT OF THE LAW IS APPLIED.).

7.  **A MATTER MUST BE EXPRESSED TO BE RESOLVED**
    (HEB. 4:16; PHIL. 4:6; EPH. 6:19-21. LEGAL MAXIM: "HE WHO FAILS TO ASSERT HIS RIGHTS HAS NONE.").

8.  **HE WHO LEAVES THE FIELD OF BATTLE FIRST LOSES BY DEFAULT**
    (BOOK OF JOB; MATT. 10:22. LEGAL MAXIM: "HE WHO DOES NOT REPEL A WRONG WHEN HE CAN,
       OCCASIONS IT.").

9.  **SACRIFICE IS THE MEASURE OF CREDIBILITY**
     (ONE WHO IS NOT DAMAGED, PUT AT RISK, OR WILLING TO SWEAR AN OATH THAT HE CONSENTS TO
     CLAIM AGAINST HIS COMMERCIAL LIABILITY IN THE EVENT THAT ANY OF HIS STATEMENTS OR
     ACTIONS IS GROUNDLESS OR UNLAWFUL, HAS NO BASIS TO ASSERT CLAIMS OR CHARGES AND
     FORFEITS ALL CREDIBILITY AND RIGHT TO CLAIM AUTHORITY.) (ACTS 7, LIFE/DEATH OF STEPHEN,
     MAXIM: "HE WHO BEARS THE BURDEN OUGHT ALSO TO DERIVE THE BENEFIT.").

10. **A LIEN OR CLAIM CAN BE SATISFIED ONLY THROUGH REBUTTAL BY COUNTERAFFIDAVIT POINT-
     FOR-POINT, RESOLUTION BY JURY, OR PAYMENT**
     (GEN. 2-3; MATT. 4; REVELATION. LEGAL MAXIM: "IF THE PLAINTIFF DOES NOT PROVE HIS
     CASE, THE DEFENDANT IS ABSOLVED.").

## THE JAY TREATY

Treaty of Amity Commerce and Navigation Concluded November 19, 1794; ratification advised by the senate with amendment June 24, 1795; ratified by the President; ratifications exchanged October 28, 1795; proclaimed February 29, 1796.

### ARTICLE X.

Neither the debts due from individuals of the one nation to individuals of the other, nor shares, nor monies, which they may have in the public funds, or in the public or private banks, shall ever in any event of war or national differences be sequestered or confiscated, it being unjust and impolitic that debts and engagements contracted and made by individuals having confidence in each other and in their respective Governments, should ever be destroyed or impaired by national authority on account of national differences and discontents.

## 1814 TREATY OF GHENT
## TO END THE WAR OF 1812

### ARTICLE III

All prisoners of war taken on either side, as well by land as by sea, shall be restored as soon as practicable after the ratifications of this Treaty, as hereinafter mentioned, on their paying debts which they may have contracted during their captivity. The two contracting parties respectively engage to discharge, in specie, the advances which may have been made...

31

Treaty Series, No. 244—1
8 Statutes at Large, 100–8

## 14

## MOROCCO : JUNE 28 AND JULY 15, 1786

*Treaty of Peace and Friendship, with additional article; also Ship-Signals Agreement. The treaty was sealed at Morocco with the seal of the Emperor of Morocco June 23, 1786 (25 Shaban, A. H. 1200), and delivered to Thomas Barclay, American Agent, June 28, 1786 (1 Ramadan, A. H. 1200). Original in Arabic. The additional article was signed and sealed at Morocco on behalf of Morocco July 15, 1786 (18 Ramadan, A. H. 1200). Original in Arabic. The Ship-Signals Agreement was signed at Morocco July 6, 1786 (9 Ramadan, A. H. 1200). Original in English.*

*Certified English translations of the treaty and of the additional article were incorporated in a document signed and sealed by the Ministers Plenipotentiary of the United States, Thomas Jefferson at Paris January 1, 1787, and John Adams at London January 25, 1787.*

*Treaty and additional article ratified by the United States July 18, 1787. As to the ratification generally, see the notes. Treaty and additional article proclaimed July 18, 1787.*

*Ship-Signals Agreement not specifically included in the ratification and not proclaimed; but copies ordered by Congress July 23, 1787, to be sent to the Executives of the States (Secret Journals of Congress, IV, 369; but see the notes as to this reference).*

*The following twenty-six pages of Arabic text are a reproduction of the pages of the original treaty; but they are arranged in left-to-right order of pagination. Then is printed the text of the document embodying the certified translations of the treaty and additional article, and thereafter the text of the Ship-Signals Agreement. Following those texts is a comment, written in 1930, on the English translation of 1786.*

185

212                        Document 14

[Continued Translation of the Treaty and of the Additional Article, with Approval by Pedrosa and Adams]

To all Persons to whom these Presents shall come or be made known—
Whereas the United States of America in Congress assembled by
their Commission bearing date the twelfth day of May One thousand
Seven hundred and Eighty four thought proper to constitute John
Adams, Benjamin Franklin and Thomas Jefferson their Ministers
Plenipotentiary, giving to them or a Majority of them full Powers to
confer, treat & Negotiate with the Ambassador, Minister or Commis-
sioner of His Majesty the Emperor of Morocco concerning a Treaty of
Amity and Commerce, to make & receive propositions for such Treaty
and to conclude and sign the same, transmitting it to the United
States in Congress assembled for their final Ratification, And by one
other Commission bearing date the Eleventh day of March One thou-
sand Seven hundred & Eighty five did further empower the said Min-
isters Plenipotentiary or a majority of them, by writing under their
hands and Seals to appoint such Agent in the said Business as they
might think proper with Authority under the directions and Instruc-
tions of the said Ministers to commence & prosecute the said Negotia-
tions & Conferences for the said Treaty provided that the said Treaty
should be signed by the said Ministers: And Whereas, We the said
John Adams & Thomas Jefferson two of the said Ministers Plenipoten-
tiary (the said Benjamin Franklin being absent) by writing under the
Hand and Seal of the said John Adams at London October the fifth,
One thousand Seven hundred and Eighty five, & of the said Thomas
Jefferson at Paris October the Eleventh of the same Year, did appoint
Thomas Barclay, Agent in the Business aforesaid, giving him the
Powers therein, which by the said second Commission we were author-
ized to give, and the said Thomas Barclay in pursuance thereof, hath
arranged Articles for a Treaty of Amity and Commerce between the
United States of America and His Majesty the Emperor of Morocco,
which Articles written in the Arabic Language, confirmed by His said
Majesty the Emperor of Morocco & seal'd with His Royal Seal, being
translated into the Language of the said United States of America,
together with the Attestations thereto annexed are in the following
Words, To Wit.

In the name of Almighty God.
This is a Treaty of Peace and Friendship established between us
and the United States of America, which is confirmed, and which we
have ordered to be written in this Book and sealed with our Royal Seal
at our Court of Morocco on the twenty fifth day of the blessed Month
of Shaban, in the Year One thousand  two hundred, trusting in God it
will remain permanent.

20082084691  C
# 18.00
SECRETARY OF STATE
08-25-2008  14:41:04

*Morocco : 1786*                                                213

.1.

We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at your Court, with whose Approbation it has been made and who is duly authorised on their Part, to treat with us concerning all the Matters contained therein.

.2.

If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.

.3.

If either of the Parties shall be at War with any Nation whatever and take a Prize belonging to that Nation, and there shall be found on board Subjects or Effects belonging to either of the Parties, the Subjects shall be set at Liberty and the Effects returned to the Owners. And if any Goods belonging to any Nation, with whom either of the Parties shall be at War, shall be loaded on Vessels belonging to the other Party, they shall pass free and unmolested without any attempt being made to take or detain them.

.4.

A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.

.5.

If either of the Parties shall be at War, and shall meet a Vessel at Sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, and if any Gun shall be fired and injury done without Reason, the offending Party shall make good all damages.

.6.

If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty,

they shall be immediately released, as they will then be considered as
under His Majesty's Protection.

### 7.

If any Vessel of either Party shall put into a Port of the other and
have occasion for Provisions or other Supplies, they shall be furnished
without any interruption or molestation.

### 8.

If any Vessel of the United States shall meet with a Disaster at Sea
and put into one of our Ports to repair, she shall be at Liberty to land
and reload her cargo, without paying any Duty whatever.

### 9.

If any Vessel of the United States shall be cast on Shore on any Part
of our Coasts, she shall remain at the disposition of the Owners and no
one shall attempt going near her without their Approbation, as she is
then considered particularly under our Protection; and if any Vessel
of the United States shall be forced to put into our Ports, by Stress of
weather or otherwise, she shall not be compelled to land her Cargo,
but shall remain in tranquillity untill the Commander shall think
proper to proceed on his Voyage.

### 10.

If any Vessel of either of the Parties shall have an engagement with
a Vessel belonging to any of the Christian Powers within gunshot of
the Ports of the other, the Vessel so engaged shall be defended and
protected as much as possible untill she is in safety; And if any Ameri-
can Vessel shall be cast on shore on the Coast of Wadnoon[1] or any
Coast thereabout, the People belonging to her shall be protected, and
assisted untill by the help of God, they shall be sent to their Country.

### 11.

If we shall be at War with any Christian Power and any of our
Vessels sail from the Ports of the United States, no Vessel belonging to
its enemy shall follow untill twenty four hours after the Departure
of our Vessels; and the same Regulation shall be observed towards
the American Vessels sailing from our Ports,—be their enemies Moors
or Christians.

---

[1] Or *Oaadnoon*, on the Atlantic coast, about latitude 29° N.

214           *Document 14*

they shall be immediately released, as they will then be considered as under His Majesty's Protection.

**.7.**

If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation.

**.8.**

If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.

**.9.**

If any Vessel of the United States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put into our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquillity untill the Commander shall think proper to proceed on his Voyage.

**.10.**

If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon [1] or any Coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country.

**.11.**

If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports,—be their enemies Moors or Christians.

---

[1] Or Guadnoon, on the Atlantic coast, about latitude 25° N.

*Morocco : 1786* 215.

.12.

If any Ship of War belonging to the United States shall put into any of our Ports, she shall not be examined on any Pretence whatever, even though she should have fugitive Slaves on Board, nor shall the Governor or Commander of the Place compel them to be brought on Shore on any pretext, nor require any payment for them.

.13.

If a Ship of War of either Party shall put into a Port of the other and salute, it shall be returned from the Fort, with an equal Number of Guns, not with more or less.

.14.

The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea-Ports whenever they please without interruption.

.15.

Merchants of both Countries shall employ only such Interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less.

.16.

In case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican Dollars for each Person wanting; And it is agreed that all Prisoners shall be exchanged in twelve Months from the Time of their being taken, and that this exchange may be effected by a Merchant or any other Person authorized by either of the Parties.

.17.

Merchants shall not be compelled to buy or Sell any kind of Goods but such as they shall think proper; and may buy and sell all sorts of Merchandise but such as are prohibited to the other Christian Nations.

216        *Document 16*

.18.

All goods shall be weighed and examined before they are sent on board, and to avoid all detention of Vessels, no examination shall afterwards be made, unless it shall first be proved, that contraband Goods have been sent on board, in which Case the Persons who took the contraband Goods on board shall be punished according to the Usage and Custom of the Country and no other Person whatever shall be injured, nor shall the Ship or Cargo incur any Penalty or damage whatever.

.19.

No vessel shall be detained in Port on any pretence whatever, nor be obliged to take on board any Article without the consent of the Commander, who shall be at full Liberty to agree for the Freight of any Goods he takes on board.

.20.

If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.

.21.

If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.

.22.

If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, until the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof.

.23.

The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be

20082084691  C
$  18.00
SECRETARY OF STATE
08-25-2008  14:41:04

218                      *Document 14*

"belonging either to Moorish or Christian-Powers with whom the
"United States may be at War, shall be permitted to follow or engage
"her, as we now deem the Citizens of America our good Friends.

And in obedience to His Majesty's Commands I certify this Declaration by putting my hand and Seal to it, on the Eighteenth day of Ramadan in the Year One thousand two hundred.

(Signed)
        The Servant of the King my Master whom God preserve
                    TAHER BEN ABDELHACK[1] FENNISH

I Do Certify that the above is a True Copy of this Translation Made at Morocco by Isaac Cardoza Nunez, Interpreter, of a Declaration Made and Signed by Sidi Hage Tahar Fennish in addition to the Treaty between the Emperor of Morocco and the United States of America which Declaration the said Tahar Fennish Made by the Express Dirpctions of His Majesty.

                                    THO' BARCLAY

Note, The Ramadan of the Year of the Hagira 1200 Commenced on the 26th June in the Year of our Lord 1786.

Now know Ye that We the said John Adams & Thomas Jefferson Ministers Plenipotentiary aforesaid do approve & conclude the said Treaty and every Article and Clause therein contained, reserving the same nevertheless to the United States in Congress assembled for their final Ratification.

In testimony whereof we have signed the same with our Names and Seals, at the places of our respective residence and at the dates expressed under our signatures respectively.

                                    JOHN ADAMS.  [Seal]

London January 25, 1787.

                                    TH: JEFFERSON  [Seal]

*Paris January 1, 1787.*

[1]The spelling in the original document is uncertain, but *Abdlhack* is correct, al-Hack or el-Hacq being one of the names of God.

*Morocco : 1786*                                                 217

respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.

24.

If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, nor appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.

25.

This Treaty shall continue in full Force, with the help of God for Fifty Years.

We have delivered this Book into the Hands of the before-mentioned Thomas Barclay on the first day of the blessed Month of Ramadan, in the Year One thousand two hundred.

I certify that the annex'd is a true Copy of the Translation made by Isaac Cardoza Nunez, Interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

                                                 Tho⁵ Barclay

Translation of the additional Article

Grace to the only God

I the underwritten the Servant of God, Taher Ben Abdelhack Fennish do certify that His Imperial Majesty my Master (whom God preserve) having concluded a Treaty of Peace and Commerce with the United States of America has ordered me the better to compleat it and in addition of the tenth Article of the Treaty to declare "That, "if any Vessel belonging to the United States shall be in any of the "Ports of His Majesty's Dominions, or within Gunshot of his Forts, "she shall be protected as much as possible and no Vessel whatever

[Ship-Signals Agreement]

The following Signals are agreed upon between Commodore Rais Farocha, on the Part of His Majesty the Emperor of Morocco, and the Honorable Thomas Barclay Esquire Agent for the United States of America on their Part, to the End that the Vessels of both Parties may be known to each other at Sea.

For Vessels of two or of three Masts,

In the Day, a blue Pendant is to be hoisted on the End of the Main Yard, and in the Night a Lantern is to be hoisted on the same Place.

For Vessels of one Mast only,

In the Day, a blue Pendant is to be hoisted at the Mast-Head, and in the Night a Lantern is to be hoisted on the Ensign Staff.

Done at Morocco the Ninth day of the Month of Ramadan in the Year One thousand two hundred.

<div align="right">THO' BARCLAY</div>

من عطيم الفخار زلحاج بالله
عن اذان الرايس فرج

## COMMENT OF DR. C. SNOUCK HURGRONJE

In the above two lines of Arabic script (very badly written) there are two gross errors: In the first line instead of عزين, "great," which is evidently meant, there is written عطين, which means "destitute of." In the second line the word اذان, "authorization," "permission" has a letter too many, by which it becomes اذاان, meaning "call to prayer." The two necessary corrections being made, the words run as follows: "From the Great in Position, the High in God [i. e., the Emperor]. By authorization: Rais [i. e., captain] Faraj."

220 *Document 14*

## THE ENGLISH TRANSLATION OF 1786

The Arabic original of this treaty and the English translation thereof of 1786 have been examined by Dr. C. Snouck Hurgronje, of Leiden, whose comments and notes, and translation of various articles, are as follows:

[The Seal]

The inner circle of the seal contains the name "Muhammad, son of Abdallah, son of Isma'il, God is his protector and his Lord." The border of the seal contains the verse taken from the well-known poem in praise of the Prophet, called the Burdah, which verse occurs in several other seals of these North African documents: "He who takes the Apostle of God for his helper, if the lions encounter him in their jungles, they will withdraw."

[The Text]

Praise be to God! This is the written document of the articles of peace which we have established with the Americans [Marikano] and which we have confirmed in this book and sealed with our seal, in order that they may remain permanent, if God please. Written in Murakush [Marrakesh] the twenty-fifth of the blessed month of Shaban of the year two hundred and thousand.

I have given this literal translation of the introduction merely as a specimen, although it presents no essential difference from the translation of 1786. I have not thought it necessary to note all the merely formal differences occurring in the translation of the articles where they do not in the least affect the meaning.

The first article is that these articles mentioned in this book, being twenty-five articles, have been agreed upon by both parties. That took place in the presence of their agent, the Honorable Thomas Barclay, who came here from the side of the American States [Estados al-Marikano] and whom they had sent to supervise their affairs and their treaty of peace with us.

The second article is that if there shall be war with any nation whatever, no ship of either of the parties shall sail out and take the colors of the enemy, going to help the enemy, neither from our side nor from that of the Americans.

The third article is that if war has been made with any nation whatever, and a ship has been captured from people belonging to that nation, and there shall be found on board a Moslem or a Christian with goods belonging to them, they shall be at liberty with their goods. Even if they were carrying goods belonging to a nation with whom we are at war [such goods] shall not be taken from their hands nor shall they be compelled to unload them, for the sake of the peace prevailing between us and them.

The twelfth article is that if a warship shall put into any of our ports, she shall not be examined but shall remain left to herself; and if there should be a fugitive prisoner on board her, he shall not be brought ashore by compulsion, nor shall the governor of the dominion where the ship stops demand from the commander of the ship the price of that prisoner.

The thirteenth article is without any important difference from the translation of 1786.

The fourteenth article is that the commerce of the merchants shall be on the same footing as that of the Spaniards, and they shall be honored and go in the towns and seaports where they like, without anybody bothering them, and they shall be like the most favored nation with us for the time being.

The fifteenth article is that the merchants shall pursue their business, and if they wish to employ assistants or interpreters, they shall be free to do so. No cargo shall be transported from one ship into another, and no ship shall be detained in the port; and if they wish to employ people to assist them in matters concerning the cargo or otherwise, they shall not have to pay more than other nations used to pay before them.

The sixteenth article has been well rendered in all essentials in the translation of 1786, but the words "are not to be made slaves" are not in the original, and the "Mexican dollar" is represented in Arabic by "reyal" only.

The seventeenth article is that the merchants shall not be compelled to buy merchandise, but such as they like to buy by their free consent. The same rule is to be applied to sale, except in cases concerning which there have prevailed customs with other Christian nations before them, who carried them [the goods?], in which cases there will be no difficulty. [The meaning of the latter stipulation is not clearly expressed in the Arabic text.]

The eighteenth article is that goods to be loaded shall be weighed and examined before they are brought on board, in order that the ship may not be detained because they have ascertained that there is contraband on board. Now if this be the case, then only he who brought the contraband shall be punished, according to the usage applied to others before him, but the ship and its cargo and what belongs to it shall be free from guilt. [Possibly the Arabic text intended to say what is said in the translation of 1786, but in that case the attempt has entirely failed. Thus there is no expression corresponding to "unless" of that translation.]

The nineteenth article requires no correction.

The twentieth article is that if a person of our [can only mean here the American] nation or under our flag is guilty of misdemeanor, the

The fourth article. There shall be a signal (instead of "signal or pass" the original has only one word, "alámat, meaning "signal," "sign," "token") between us by which we may know each other at sea. Whenever one of us meets a warship, he shall not examine it, but the declaration of the commander shall suffice him concerning her (the warship) with other ships.

The fifth article. "If either of the parties shall be at war"—the original has only "if there shall be war."

The sixth article is that if Moslems shall capture people of our (meaning here the American) nation or their goods and bring them to our (here meaning of the Moroccans) Lord (may God give him victory!), he will set them at liberty. Likewise, if Moslems from other than our dominions shall capture them and bring them into any of our ports, they shall be set at liberty, because they are under our protection and on terms of peace with us.

The seventh article:—instead of "interruption" the original has a word meaning "difficulty".

The eighth article is that if any vessel meets with a disaster and runs ashore and unloads her cargo in order to repair, she shall be at liberty to reload her cargo whenever she likes without paying duty or anything.

The ninth article is that if any vessel shall be cast on shore on any part of our coasts, she will be left to herself that she may consider what suits her best, be it to sail out from [by] another place or to transfer her cargo, or whatever else may be convenient to her. Nobody shall approach her, as she is under our protection. Likewise, if a vessel enters a port or wind forces her to put into a port, she shall not be compelled to unload her cargo; on the contrary, she shall remain under our protection until she sails out by her own free will.

The tenth article is that if any of the parties shall have an engagement with any Christian nation, and the engagement takes place near a town of one of the parties, we shall help each other against that nation until she be defeated or have gone away; or if a vessel shall be cast ashore in Quadcum or in another place, the Christians being aboard shall be under [our] protection until they reach their country, if God please.

The eleventh article is that if we are at war with any Christian nation, and we shall be in a port and our ship intends to sail out of the port, and a ship of the enemy intends to pursue her, the latter shall not sail out in pursuit of her until twenty-four hours have elapsed; and likewise, ships of the Americans, If they are in a port during a war and they intend to sail out, no ship shall pursue her until twenty-four hours have elapsed, be they ships of the Mohammedans or of the Christians.

20082084691  C
$   18.00
SECRETARY OF STATE
08-25-2008  14:41:04

artides of the Treaty of Peace which you have sent us, and we are with you on terms of complete truce and peace. We have now written what you wished us to write to Tunis and Tripoli, and all that you have asked from us shall be fulfilled, if God please. Greetings! Written in the middle in [the month Dhu] al-Qa'dah [far'Kadah] of the year two and two hundred and thousand 1202.

Doctor Snouck Hurgronje makes also the following comment on the letter:

Placing the seal at the head of the letter denotes great superiority in rank of the writer in comparison with that of the person to whom the letter is addressed.
"The Great One of ——." It is the title by which infidel rulers are addressed in letters from the Prophet. The greeting forms the "Peace be on those who follow the right guidance," is the classical one to be addressed to unbelievers, implying that they are not worth greeting.

### None Researching Promulgation

There appears no official record of any separate proclamation of this treaty. The United States instrument of ratification, however, embodying the treaty and additional article in English, was published at the time (*e. g.*, the Daily Advertiser, New York, July 21, 1787). The Department of State file now contains a facsimile of this newspaper print.

Accordingly, the instrument of ratification seems to have served as a proclamation and to have been regarded as such upon publication. As published it follows the form in the Journals, referred to above, and recites that the treaty was "written in the Arabic language" and "translated into the language of the said United States of America"; it contains no mention of the Ship-Signals Agreement.

As stated above, copies of the Ship-Signals Agreement were, on July 23, 1787, ordered by Congress to be sent to the Executives of the States. (Secret Journals of Congress, IV, 366, where the paper is called No. 5 instead of No. 7; see Diplomatic Correspondence, 1783–1789, II, 6043)·. From that period to the present, however, the Ship-Signals Agreement seems never to have been printed, either in the diplomatic correspondence or elsewhere.

### The Later Confirmation

A treaty with Morocco was then regarded as to some degree personal on the part of the ruling Emperor, at least to the extent of requiring confirmation or recognition by a successor. Accordingly, soon after the death of the then Emperor, in April, 1790, negotiations to that end were initiated (see American State Papers, Foreign Relations, I, 104, 122, 285–90); but conflicts regarding the succession to the throne of Morocco continued for some years; after these were ended, a letter was written by the succeeding Emperor, dated at Rabat August 19, 1795 (2 Safar, A. H. 1210), recognizing the treaty with his father. For the papers in the matter, including a translation of the confirming letter, see ibid., 525–27.

116405°—21—vol. 2—15

IN THE CIRCUIT COURT OF THE DISTRICT OF THE COLORADO

FOR SUMMIT COUNTY


US DISTRICT COURT, DISTRICT OF COLORADO)

A COLORADO Corporation,                            )

                                                   )

             Plaintiff,                        )No. 5:02-CR-27-CAR, AND ETC#s

                                                   )

Vs.                                               )

                                                 ) AFFIDAVIT OF ORIGINAL ISSUE,

DWIGHT YORK/Malachi Z. York          )NOTICE TO THE US DISTRICT COURT OF

                                                 )ACCEPTANCE OF THE

                                                 ) CLAIM AND NOTICE OF THE

                                                 ) CIRCUIT COURTS ABANDONMENT

                                                 ) OF CLAIM

Defendant,                                        )

                       )

---

State of Colorado    )

                       )   ss.

County of Summit   )

# AFFIRMED AFFIDAVIT OF FACT

**I,** *DWIGHT YORK, MALACHI Z. YORK EL,* the Undersigned Affiant, hereinafter "Affiant," does hereby solemnly affirm, declare, and state as follows:

1. Affiant is competent to state the matters set forth herewith.
2. Affiant has personal first hand knowledge of the facts stated herein.
3. All the facts stated herein are true, correct, and complete in accordance with Affiant's best firsthand knowledge and understanding, and if called upon to testify as a witness Affiant shall so state.

# Statement of Facts

4. Affiant is the agent for DWIGHT YORK, and MALACHI Z. YORK EL "et al".

5. MALACHI Z. YORK EL is the "Original issuer" of the credit on the debt instrument commonly known and identified as Claim or Case No. 5:02-CR-27-CAR in THE CIRCUIT COURT OF THE DISTRICT OF THE COLORADO FOR THE COUNTY OF THE SUMMIT.

6. THE CIRCUIT COURT OF THE DISTRICT OF THE COLORADO FOR THE COUNTY OF SUMMIT is a corporation doing business under tax identification number 06-4360272 also known as THE CIRCUIT COURT OF THE DISTRICT OF

47

COLORADO FOR THE COUNTY OF SUMMIT located at 901 19TH STREET, Denver City, CO. 80294.

7. The Original issue price of the Bond Amount: **$50,000,000.00** – Fifty Million USD, then **$300,000,000.00** Three Hundred Million USD (*See attached Sureties / Jurisdictions*) for Claim or Case No. 5:02-CR-27-CAR "et al", and or following Account# was accepted on February 27th 2008 by THE CIRCUIT COURT OF THE DISTRICT OF THE COLORADO FOR THE COUNTY OF THE SUMMIT (RB803414873US), ATTORNEY GENERAL JOHN SUTHERS (EH 273416366 US), US ATTORNEY GENERAL, and is filed on Internal Revenue Service form **1099OID**(EH 273416557US), and see IRS form **W8-BEN**. (*Attached hereto as if stated herein Defendants* "see Exhibits ").

8. Creditor MALACHI Z YORK EL TRUST accepted the Claim or Case No.   5:02-27-CAR, ETC. "*See Exhibits*" for the assessed value of the taxes owed.

9. There being no controversy in THE CIRCUIT COURT OF THE DISTRICT OF THE COLORADO FOR THE COUNTY OF SUMMIT on Claim or Case No. 5:02-27-CAR, ETC this court does not have subject matter jurisdiction and must vacate any order(s) or judgment(s) made.

10. THE CIRCUIT COURT FOR THE DISTRICT OF COLORADO FOR THE COUNTY OF SUMMIT has abandoned the claim (*See Attached Exhibits*).

11. THE CIRCUIT COURT FOR THE DISTRICT OF COLORADO FOR THE COUNTY OF SUMMIT is in receipt of the proper Internal Revenue Forms 1099OID and 1099A (Attached hereto as if stated herein Defendants "Exhibit A & B") for the abandonment of the Tax in this claim or case No.5:02-CR-27-CAR.

12. THE CIRCUIT COURT FOR THE DISTRICT OF THE COLORADO FOR THE
COUNTY OF THE SUMMIT a corporation doing business under tax identification
number UNKOWN also known as THE CIRCUIT COURT FOR THE DISTRICT OF
THE COLORADO FOR THE COUNTY OF THE SUMMIT located at 901 19TH
STREET DENVER, CO 80294 Street, Denver City, CO 80294 is in violation of United
States Code Title 26 for Tax Fraud.


Dated this 1st day of December, 2008.


By: Malachi York El:®:©™ UCC 3-402(b)
    :AUTHORIZED REPRESENTATIVE

JURAT

County of SUMMIT )

) ss

State of COLORADO )

The above named Affiant, appeared before me properly identified, a Notary, subscribed, sworn and under oath this _____ day of _____, 2008.

_____ WITNESS my hand and official seal,
Notary Public





Title 4 U.S.C. § 1-4, Title 28 U.S.C. §1333, §1337,
Title 50 U.S.C. Appendix Sections: 7(c), 7 (e), 9 and 12,
Fed. Rules of Civ. Procedure Rules: 8,13 & 24
1917 Trading with the Enemy Act

## **KNOWLEDGE**
## LET THE COURT(S) TAKE JUDICIAL NOTICE
## PURSUANT TO:TITLE 8 § 1481:

"Principle III of the United Nations: Declaration of the Rights of The Child, "Every Child, shall at birth, have the right to a Name and a Nationality" ;
: U.S. SUPREME COURT-ACTS OF STATE (Cited on Pg. 2 NT/NCT No. 01-A);
UNITED STATES OF AMERICA CONSTITUTION-Article three(3), section two (2), Amendment five (6) (Liberty clause) and
Amendment nine (9) (Reservation of Rights of the People);
RESOLUTION NO. SEVENTY-FIVE (75). Dated April 17, 1933-(MOORISH AMERICAN SOCIETY OF PHILADELPHIA AND USE OF THEIR NAMES);

NOTICE TO AGENT(S) IS NOTICE TO PRINCIPAL:
NOTICE TO PRINCIPAL IS NOTICE TO AGENT(S):
NOTICE ON AGENT(S) IS NOTICE ON PRINCIPAL:
NOTICE ON PRINCIPAL IS NOTICE ON AGENT(S):

## For the record, on the record:

**I Malachi Z. York am not a citizen of the
United States Corporation;**

**I Malachi Z. York am a Native American Moor
(*Muur*) by Nationality and birthright, and I
Malachi Z. York am a Liberian Diplomatic Agent;**

**I Malachi Z. York the flesh and blood living soul
am not a corporation;**

:Secured Party, Authorized Representative, Guarantor, Grantor, Executor, Beneficiary, Trustee:

:Authorized Trustee's Autograph:

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner
## for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.   ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . | W-8ECI or W-8EXP |

Note: These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.

| | |
|---|---|
| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . | W-8IMY |

Note: See instructions for additional exceptions.

### Part I  Identification of Beneficial Owner (See instructions.)

| 1  Name of individual or organization that is the beneficial owner | 2  Country of incorporation or organization |
|---|---|
| **Malachi Z. York  / EL,MALACHI Z YORK,CESTUI QUE TRUST** | **continental u.s.a.** |

3  Type of beneficial owner:
☐ Individual   ☑ Corporation   ☐ Disregarded entity   ☑ Partnership   ☐ Simple trust
☑ Grantor trust   ☐ Complex trust   ☑ Estate   ☐ Government   ☐ International organization
☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.

**3535 Peachtree Rd. Suite#520**

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| **Atlanta, Georgia** | **continental united states** |

5  Mailing address (if different from above)

**PO BOX 522**

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| **Decatur, Georgia [30031]** | **continental united states** |

| 6  U.S. taxpayer identification number, if required (see instructions) | 7  Foreign tax identifying number, if any (optional) |
|---|---|
| **06-4360270**          ☐ SSN or ITIN   ☑ EIN | |

8  Reference number(s) (see instructions)

### Part II  Claim of Tax Treaty Benefits (if applicable)

9  I certify that (check all that apply):

a ☐ The beneficial owner is a resident of . . . . . . . . . . . . . . . . . . . . . . . . .within the meaning of the income tax treaty between the United States and that country.

b ☑ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d ☑ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article . . . . . . . . . . . .of the treaty identified on line 9a above to claim a . . . . . . . . . . . . .% rate of withholding on (specify type of income): . . . . . . . . . . . . . . . . . . . . . . . .
Explain the reasons the beneficial owner meets the terms of the treaty article: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Part III  Notional Principal Contracts

11  ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV  Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

| **Sign Here** ▶ | | |
|---|---|---|
| Signature of beneficial owner (or individual authorized to sign for beneficial owner) | Date (MM-DD-YYYY) | Capacity in which acting |

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 25047Z   Form **W-8BEN** (Rev. 2-2006)

*Printed on Recycled Paper*

Form **1040-ES (NR)**
Department of the Treasury
Internal Revenue Service

**2008** Estimated Tax Payment Voucher **3**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Return this voucher with your check or money order payable to the **"United States Treasury."** Write your identifying number and **"2008 Form 1040-ES (NR)"** on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year—Due Sept. 15, 2008**

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---------|-------|
|         |       |

Your identifying number (SSN or ITIN) (employer identification number for an estate or trust)

**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**

Print or type

Your first name and initial

**MALACHI  Z.**

Your last name

**YORK  EL**

Address (number, street, and apt. no.)

**3535 Peachtree Road Suite#520**

City, state, and ZIP code. If a foreign address, enter city, province or state, and country. Include postal code.

**Atlanta, Georgia state [30326]**

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 6.

---

Tear off here

Form **1040-ES (NR)**
Department of the Treasury
Internal Revenue Service

**2008** Estimated Tax Payment Voucher **2**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Return this voucher with your check or money order payable to the **"United States Treasury."** Write your identifying number and **"2008 Form 1040-ES (NR)"** on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year—Due June 16, 2008**

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---------|-------|
|         |       |

Your identifying number (SSN or ITIN) (employer identification number for an estate or trust)

**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**

Print or type

Your first name and initial

**MALACHI  Z.**

Your last name

**YORK  EL**

Address (number, street, and apt. no.)

**3535 Peachtree Road Suite#520**

City, state, and ZIP code. If a foreign address, enter city, province or state, and country. Include postal code.

**Atlanta, Georgia state [30326]**

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 6.

---

Tear off here

Form **1040-ES (NR)**
Department of the Treasury
Internal Revenue Service

**2008** Estimated Tax Payment Voucher **1**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Return this voucher with your check or money order payable to the **"United States Treasury."** Write your identifying number and **"2008 Form 1040-ES (NR)"** on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year—Due April 15, 2008**

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---------|-------|
|         |       |

Your identifying number (SSN or ITIN) (employer identification number for an estate or trust)

**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**

Print or type

Your first name and initial

**MALACHI  Z.**

Your last name

**YORK  EL**

Address (number, street, and apt. no.)

**3535 Peachtree Road Suite#520**

City, state, and ZIP code. If a foreign address, enter city, province or state, and country. Include postal code.

**Atlanta, Georgia state [30326]**

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 6.

## *AFFIDAVIT FOR VERIFICATION OF THE FACTS*

TRACKING#s: EH 273416322 US(To the IRS), EH 273416353 US(To the Dept.:Treas.PR), EB 627576858 US(To the Dept.:Treas.PR), EH 273416336 US(To ATTORNEY GENERAL as Payee), EH 023384025 US(To Clerk of Court), EH 11999595 US(To Clerk of Court), EH 124942797 US(To Clerk of Court), EH 273416398 US(To US Treas.), EB 952728496 US(To US Treas.), EB 627576756 US(To the IRS), EB 6275768 US(To the IRS), EH 067526725 US(To the IRS), EH 124942823 US(To the BOP), EB 952728479 US(To the BOP), EH 119996007 US(To the BOP), EH 273416 US(To US SEC), EH 124939254 US(S.P. GA. Gov), etc.:

On the _30_ , day of _November_ , **2008** A.D., a living Sovereign Man known as : **Secured Party, Trustee, as holder in due course,** swore out an Administrative Notice of Affidavit, denying the existence of all corporations that as notarized by myself and attached hereto. The notary record shows that no rebuttal of this affidavit was delivered back to me within the time allowed, and therefore, confession of judgment of the merits is warranted.

Further Affiant Saith Naught.

L.S. ⟨signature⟩ _3m ucc 3-402(b)_

{Seal} **Secured Party**

state of : Georgia                    )
ss county of: Fulton                  )

I _____ AMIR JAMES _____ , a notary public
State Of _Georgia_ County, _Clarke_ , certify
That _Secured Party,_ personally appeared before me this day, and being duly sworn, stated that he/she knows the handwriting of
_Secured Party_ , and that the signature of _Secured Party_
as a subscribing witness to the foregoing instrument is the signature of
_Secured Party_ .
Witness my hand and official seal, this the _30_ th day of _November_ , **2008**.
**(Official Seal)**

_____
**Notary Public**

My commission expires _February 12, 2012_

54



  

Title 4 U.S.C. § 1-4, Title 28 U.S.C. §1333, §1337;
Title 50 U.S.C. Appendix Sections: 7(c), 7 (e), 9 and 12
Fed. Rules of Civ. Procedure Rules: 8,13 & 24;
1917 Trading with the Enemy Act;

# FINAL JUDGEMENT DECLARATION:

BY THE NOTARY TRIBUNAL, EL,MALACHI Z YORK,CESTUI QUE TRUST,
AND We the People: <u>PURSUANT TO 27 CFR 72.11, COMMERCIAL MAXIMS OF
LAW, BILL OF RIGHTS, GAAP- GENERAL ACCEPTED ACCOUNTING-
PRACTICES, TITLE 42 USC § 1986, TITLE 42 USC § 1983, TREATY OF
PEACE AND FRIENDSHIP, and UCC 3-402(b):</u>

*(See all Autographs Thumb Prints received by MARCY E. COOK, Esq. RB 803 414 873 US)*

**CASE FILE#s 1:07-cv-01297-EWM-KLM**, 1:06-cv-00807-ZLW, 5:07-cv-90001-CAR-GMF,
02-00027-CR-CAR-5-1, AND **5:02-CR-27-CAR**:
USPS MAIL TRACKING# EB 875779330 US

c/o US DISTRICT OF COLORADO Court
Clerk's Office  Alfred A. Arraj United States CourtHouse Rm A105
901 19th Street
Denver, Colorado
80294-3589

## :POINTS OF INTEREST

1. : RECORDED PROOF FOR THE <u>LACK OF JURISDICTION</u>:
   ( *SEE IRS TAX FORMS,W8-BEN,1040ES(NR), Secured Listed Sureties and Jurisdictions Associated*);

2. : ENCLOSED PAID IN FULL ACCOUNT KNOWLEDGE ( SEE TAX FORMS + Sureties);

3. : FINAL DECREE AND DECLARATION OF THE NOTARY TRIBUNAL
   ADMINISTRATIVE-JUDGEMENT:
   (*SEE ATTACHED DOCUMENTED COPY, INCLUDING ALL ASSOCIATED NOTARIES FOR THE STATE OF GEORGIA*)

4. : PROOF AND CLAIM OF QUANTUM-DAMAGES / MISAPPROPRIATIONS
   BY US DISTRICT COURT AGENTS:

NOTICED PARTIES TO THIS MATTER:
c/o US DISTRICT COURT, DISTRICT OF COLORADO: EB 875779330 US, RB 803 414 873 US;
c/o COMMON WEALTH OF PUERTO RICO: EB 875779312 US, RR 059 445 490 US;
c/o INFORMATION AND EVIDENCE UNIT, THE HAGUE: EB 875779326 US, EB 540268540 US;
c/o US TREASURY DEPT. :RR 059 445 061 US;
c/o IRS SERVICE CENTER;
c/o UNITEDSTATES SECURITIES AND EXCHANGE COMMISSION: EB 875779309;

444 2003002189

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
In Care of:
Dwight York
196 Alps Road #2-381
Athens Georgia 30606
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME

**DWIGHT YORK**

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| YORK | DWIGHT | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 196 ALPS ROAD #2-381 | ATHENS | GA | 30606 | US |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME

3. SECURED PARTY'S NAME

| | | | | |
|---|---|---|---|---|
| York | Dwight | | | |
| 196 Alps Road | Athens | Ga | 30606 | usa |

All of debtor's assets, land and personal property, and all of debtor's interest in said assets, land, and personal property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, described fully in Security Agreement _____ A dated the Twenty Fifth Day of the First Month in the year of My Creator Two Thousand and three, in favor of assignee, new secured party of record, Dwight York©™. Inquiring parties may consult directly with debtor for ascertaining, in detail, the financial relationship and contractual obligations associated with this commercial transaction, identified in security Agreement referenced above. Adjustment of this is in accord with UCC§§ 1-103, 1-104, and House Joint Resolution 192 of June 5, 1933. Secured Party accepts debtor's signature in accord with UCC §§ 1-201 (39), 3-401

DWIGHT YORK ©™          Dwight York ©™ UCC 1-207

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED



CTY.& YEAR   UCC#

442003002189

FILED
DEKALB CO. GA.

Nov 14  3 30 PM '03

CLERK OF SUPERIOR COURT
DEKALB COUNTY, GA.

UCC FINANCING STATEMENT ADDENDUM

DWIGHT YORK

YORK   DWIGHT

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
:Dwight:York©®™
Nonresident/Non-Domestic
First Class, Delivery
c/o:3535 Peachtree Road Suite#520
Atlanta, Georgia state near [30326]
```

**2007-2268538-33.01**
Kentucky Secretary of State
File Date:   8/7/2007 4:30:00 PM
Status      Active
Fee:        $20.00

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| EL, MALACHI Z YORK , CESTUI QUE TRUST | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3535 PEACHTREE ROAD | ATLANTA | GA | 30326 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 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 | DBA | USA | 1 | □ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| YORK, DWIGHT, CESTUI QUE TRUST | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3535 PEACHTREE ROAD | ATLANTA | GA | 30326 | USA |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 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 | DBA | USA | | □ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| York | Dwight | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3535 Peachtree Road Suite#520 | Atlanta | Georgia | [30326] | U.S.A. |

4. This FINANCING STATEMENT covers the following collateral:

This is Actual and Constructive Notice that all of Debtor's interest now held or hereafter acquired is hereby accepted as collateral for securing contractual obligation(s) in favor of the Secured Party as detailed in a true, correct, complete, notarized Security Agreement in the possession of the Secured Party.
NOTICE: IN accordance with various USC Sections.RE: Property --This is the entry of the Debtor in the Commercial Registry as a transmitting utility and the following property is hereby registered in the same public notice of a commercial transaction. Certificate of Birth documents #80?? and Employer Identification No. ___ JCC Contract Trust Account.#   070                              All property is accepted for value and is exempt from
Levy. Adjusting of this ming is from Public Policy PUR-152, ... 73-10, UCC 10-104: All proceeds, products, accounts, fixtures and the orders there from are released to the Debtor.
YORK, DWIGHT, ORGANIZATION/TRADE NAME/TRADE MARK-DEBTOR.
YORK, Z MALACHI, ORGANIZATION/TRADE NAME/TRADE MARK-DEBTOR.
"SEE ATTACHED NOTICE OF SECURITY PRIVATE AGREEMENT" and PRIVATE BOND No. E19933229

5. ALTERNATIVE DESIGNATION [if applicable]: □ LESSEE/LESSOR  □ CONSIGNEE/CONSIGNOR  □ BAILEE/BAILOR  □ SELLER/BUYER  □ AG. LIEN  □ NON-UCC FILING

6. OPTIONAL FILER REFERENCE DATA



**UCC FINANCING STATEMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

EL, MALACHI Z YORK, CESTUI QUE TRUST

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

10. MISCELLANEOUS:

"NOTICE TO PUBLIC"
SEE THE
"CERTIFICATE OR RECORD OF LIVE BIRTH" IN
THE ATTACHED COMMERCIAL PRIVATE SECURITY
HOLD HARMLESS INDEMNITY BOND AGREEMENT
NO. DY-25061953-HHIA, MZY-25061953-HHIA.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

20082094691 C
$  18.00
SECRETARY OF STATE
08-25-2008  14:41:04

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

YORK, DWIGHT, CESTUI QUE TRUST

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

3535 PEACHTREE RD SUITE #520 | ATLANTA | GA | 30326 | USA

11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any

N/A | | DBA | USA | ☐ NONE

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

:York | :Dwight/Malachi

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

3535 Peachtree Road Suite #520 | Atlanta | Georgia | [30083] | U.S.A.

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing | 16. Additional collateral description:

14. Description of real estate:

"SEE ATTACHMENTS"                    "SEE ATTACHMENTS"

15. Name and address of a RECORDED OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate
18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

Secured Party

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

    EL,MALACHI Z. YORK,CESTUI QUE TRUST
    Nonresident/Non-Domestic
    First Class, Delivery
    c/o PO BOX 522
    Decatur, Georgia state[30031]

Deed Book 46894 Pg  525
Filed and Recorded Jun-23-2006 02:45pm
2006-0156084
Res. Estate Transfer Tax $2.00
Catherlene Robinson
Clerk of Superior Court
Fulton County, Georgia

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
YORK,DWIGHT D.,CESTUI QUE TRUST

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 1c. MAILING ADDRESS<br>PO BOX 522 | CITY<br>DECATUR | STATE GA | POSTAL CODE 30031 | COUNTRY USA |

| 1d. TAX ID #  SSN OR EIN<br>58-63-30272 | ADD'L INFO RE<br>ORGANIZATION<br>DEBTOR | 1e. TYPE OF ORGANIZATION<br>DBA-TRUST | 1f. JURISDICTION OF ORGANIZATION<br>Continental united states | 1g. ORGANIZATIONAL ID #, if any<br>RN326450007US, RN5264340SUS | [] NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME
EL,MALACHI Z. YORK,CESTUI QUE TRUST

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 2c. MAILING ADDRESS<br>PO BOX 522 | CITY<br>DECATUR | STATE GA | POSTAL CODE 30031 | COUNTRY USA |

| 2d. TAX ID #  SSN OR EIN | ADD'L INFO RE<br>ORGANIZATION<br>DEBTOR | 2e. TYPE OF ORGANIZATION<br>DBA-TRUST | 2f. JURISDICTION OF ORGANIZATION<br>Continental united states | 2g. ORGANIZATIONAL ID #, if any<br>RN326450007US, RN5264340SUS | [] NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
EL,MALACHI Z. YORK,CESTUI QUE TRUST(Authorized Representative, Trustee)

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 3c. MAILING ADDRESS<br>PO BOX 522 | CITY<br>Decatur | STATE | POSTAL CODE [30031] | COUNTRY U.S.A. |

4. This FINANCING STATEMENT covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE OF A SECURED TRUST FILE LISTING
SECURITY, INCLUDING ALL TRUST MATERIAL, IN ACCORDANCE WITH ATTACHMENTS.

FOR SECURITY PURPOSES: Secured by the Secured Party, Authorized Agent(s), and all Parties

5. ALTERNATIVE DESIGNATION [if applicable]: [] LESSEE/LESSOR   [] CONSIGNEE/CONSIGNOR   [] BAILEE/BAILOR   [] SELLER/BUYER   [] AG. LIEN   [] NON-UCC FILING

RA9 UCC Acknowledgement                                    Page 1 of 3

**File Number:**            . . . . . .  . .

**Filing date: 9/7/2007 4:30:00 PM**

**Lapse date: None**

## ACTIONS

| Action | File Date | Status |
|---|---|---|
| Amendment CollateralAdd Sec. Party of record: EL,MALACHI Z. YORK,CESTUI QUE TRUST(AUTHORIZED REPRESENTATIVE/TRUSTEE) | 8/19/2008 9:29:19 AM | Active - Filed Online |
| Amendment CollateralAssign Sec. Party of record: Dwight D York | 1/11/2008 7:56:54 AM | Active - Filed Online |
| Continuation | 10/29/2007 4:30:00 PM | Rejected |
| Continuation | 10/5/2007 4:30:00 PM | Rejected |
| Initial financing Statement | 9/7/2007 4:30:00 PM | Active |

## NAMES

| Debtor/Secured Party/Filer | Date Added | Address |
|---|---|---|
| Filer-EL, MALACHI Z YORK, CESTUI QUE TRUST | 1/11/2008 7:56:54 AM | 3535 PEACHTREE RD SUITE#520 ATLANTA GA, 30326 USA |
| Secured party-U.S. COURT OF APPEALS FOR THE 11TH CIRCUIT (HEAD-CLERK'S OFFICE) | 1/11/2008 7:56:54 AM | 56 FORSYTH ST NW ATLANTA GA, 30303 USA |
| Debtor-EL, MALACHI Z YORK, CESTUI QUE TRUST | 9/7/2007 4:30:00 PM | 3535 PEACHTREE ROAD ATLANTA GA, 30326 |
| Debtor-YORK, DWIGHT, CESTUI QUE TRUST | 9/7/2007 4:30:00 PM | 3535 PEACHTREE ROAD ATLANTA GA, 30326 |
| Secured party-Dwight York | 9/7/2007 4:30:00 PM | 3535 Peachtree Road Suite#520 Atlanta Georgia, [30326] |
| Debtor-YORK, DWIGHT, CESTUI QUE TRUST | 9/7/2007 4:30:00 PM | 3535 PEACHTREE RD SUITE #520 |

http://apps.sos.ky.gov/business/ucc/(g1db45zhei3whg55plg4nwrw)/ucconlineuccbyid.aspx...  8/19/2008

61

RA9 UCC Acknowledgement                                              Page 2 of 3

|  | | ATLANTA GA, 30326 |
|---|---|---|
| Filer-YAMASSEE TRIBUNAL | 8/19/2008 9:29:19 AM | P.O. BOX 522<br>Decatur Ga, 30031<br>u.s.A |
| Secured party-EL,<br>MALACHI Z. YORK,<br>CESTUI QUE TRUST | 8/19/2008 9:29:19 AM | 3535 Peachtree Road<br>Suite#520<br>Atlanta Ga, [30326]<br>u.s.A. |
| Secured party-<br>:Dwight/Malachi :York | 9/7/2007 4:30:00 PM | 3535 Peachtree Road Suite<br>#520<br>Atlanta Georgia, [30083] |

## COLLATERAL DESCRIPTION

| Date Filed | Collateral Description |
|---|---|
| 8/19/2008 9:29:19 AM | THIS IS ACTUAL CONSTRUCTIVE NOTICE OF QUANTUM-ABSTRACT TITLE-<br>CLAIM OWNERSHIP, BY THIS ABSTRACT-QUANTUM-COPYRIGHT-COPYCLAIM KNOWLEDGE OF THE TITLES HEREIN MENTIONED, SUCH AS;<br>ISA MUHAMMAD,ISA ALIHAD MAHDI,BABA,ISA ABD'ALLAH MUHAMMED,<br>ISSA AL HAADI AL MAHDI,MALAKAI Z. YORK,MALACHI Z. YORK, MALACHI Z. YORK EL, DR. MALACHI Z. YORK EL, DR. MALACHI Z. YORK, DWIGHT YORK, DWIGHT D. YORK, DWIGHT P. YORK, ISA MUHAMMED: NOT EXCLUDING ASSOCIATED FILE NUMBERS-1:07-cv-01297-EWM-KLM, 1:06-cv-00807-ZLW,5:07-cv-90001-CAR-GMF, 02-00027-CR-CAR-5-1, 5:02-CR-27-CAR, "et al"; |
| 1/11/2008 7:56:54 AM | Partial Assignment for the Release of Bond Amount:$50 Million United States Dollars to assignee:Account#s 5:02-CR-27-CAR(02-00027-CR-CAR-5-1)<br>Debtor-Assignee:U.S. COURT OF APPEALS FOR THE 11TH CIRCUIT(404.335.6100)<br>Attn:(Prosecutor-Stephani Thacker, Judges-BIRCH, HULL,&PASCO M.BOWMAN);<br>Creditor:Malachi Z. York,Dwight D. York: |

## IMAGES

| Document Type | PDF | Tiff Image | Document Description | File Date | Pages |
|---|---|---|---|---|---|
| | | | | | |

http://apps.sos.ky.gov/business/ucc/(jg1db452hci3whg55plg4nwrw)/uccunlineucebyid.aspx...   8/19/2008

http://apps.sos.ky.gov/business/ucc/(3oace255gwb2d3450xskdg55)/ucconlineuccbvid.aspx?ack=ack&id=5



Online UCC Services Home | Administrative Services | Business Services | Elections | Executive | Kentucky Land Office | Secretary's Desk

Kentucky Secretary of State > UCC Online Services

Printable version

### Revised Article 9 UCC Acknowledgement

# File Number: 2007-2268538-33

# Filing date: 9/7/2007 4:30:00 PM

# Lapse date: None

File an amendment to this UCC

## COLLATERAL DESCRIPTION

### Date Filed

# 9/9/2008

# 10:20:44 PM

### Collateral Description

Know all men by these Instruments, that the Secured Party of record do herein make this Assignment and for the Release of Interest in Bond and collateral, Partial Assignment/ Release in the Amount of the Promissory Note, State Bond, and Certified Funds ( = 3 Tendered Registered Instruments): $300,000,000.00 Three Hundred Million United States Dollars, and Zero Cents (Each), For The Associated Account Number(s): 07-cv-01297,1:07-cv-01297-EWM-KLW, 1:06-cv-00807-ZLW,5:07-cv-90001-CAR-GMF,02-00027-CR-CAR-5-1, 5:02-CR-27-CAR:for use as the Full Set off and Set-off of the Payment, For Closure and Settlement see USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US (To the Dept.:Treas.PR),EH 273416336 US (To ATTORNEY GEN. Payee),EH 273416438 US (To US SEC), EH 273416398 US (To US Treas.), and IRS Tax Forms, pursuant to International Laws, House Joint Resolution 192 of June 5, 1933, and UCC 1-104, 10-104 Reserved Herein. My Initial Financing Statement File No: 2008-239-2968-1,(Taking for Value, UCC 3 303, UCC 3 605, and 3 305):

SEE ATTACHED OPTIONAL FORMS 90, 91, IRS FORMS 56, 1099OID, 1096, f1040, INCLUDING APOSTILLE NOTARY VERIFICATION CONTRACT AGREEMENTMENT KNOWLEDGE, AND INDEMNITY BOND:
Assignment :

Assignor:

63

EL,MALACHI Z. YORK,CESTUI QUE TRUST (AUTHORIZED AGENT)
Care of PO BOX 522
Decatur, Georgia state
Near [30031]

Assignees:

STATE OF COLORADO (AND AGENTS)
121 STATE CAPITOL
DENVER, COLORADO 80203
USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS),
EH 273416353 US (To the Dept.:Treas.PR), EH 273416336 US (To ATTORNEY GEN. Payee),
EH 273416438 US (To US SEC),EH 273416398 US (To US Treas.):

The Secretary of State's office has determined that images containing individual social security numbers on UCC filings will not be provided to the public. This filing contains images which may contain social security numbers. These filings appear in the list above without links. In many cases, a version of the image with the SSNs redacted is available for viewing, and is listed above. If such an image is not available, contact the Secretary of State UCC Branch to have one made.

http://apps.sos.ky.gov/business/ucc/(3oace255gwb2d3450xskdg55)/ucconlineuccbyid.aspx?ack=ack&id=522623





**Colorado UCC Financing Statement - New Filing**

66

| Form **56** | **Notice Concerning Fiduciary Relationship** | OMB No. 1545-0013 |
|---|---|---|
| (Rev. December 2007)<br>Department of the Treasury<br>Internal Revenue Service | Internal Revenue Code sections 6036 and 6903 | |

**Part I**  Identification

| Name of person for whom you are acting (as shown on the tax return) | | | | Decedent's social security no. |
|---|---|---|---|---|
| MALACHI Z YORK EL, DWIGHT YORK, AND ALL ASSOCIATED APPELLATIONS | | | | |

Address of person for whom you are acting (number, street, and room or suite no.)

PO BOX 522

City or town, state, and ZIP code (if a foreign address, see instructions.)

Donage, Georgia [30631]

Fiduciary's name

HENRY M. PAULSON JR, ANNA ESCOBEDO CABRAL, JOSE G. DAVILA MATOS, and MAX WOODS for this matter.

Address of fiduciary (number, street, and room or suite no.)

| 1500 PENNSYLVANIA AVE | | P.O. BOX 4515 | |
|---|---|---|---|

City or town, state, and ZIP code

| WASHINGTON, D.C. 20220 | SAN JUAN, PUERTO RICO 00902 | Telephone number (optional) |
|---|---|---|

**Part II**  Authority

1   Authority for fiduciary relationship. Check applicable box:

a(1) ☑ Will and codicils or court order appointing fiduciary . . . . . . . .    (2) Date of death ►

b(1) ☑ Court order appointing fiduciary . . . . . . . . . . . .    (2) Date (see instructions) ►

c   ☑ Valid trust instrument and amendments

d   ☑ Other. Describe ► ALL COMMERCIAL TRANSACTIONS AS DIRECTED

**Part III**  Nature of Liability and Tax Notices

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ► ALL

3   Federal tax form number (706, 1040, 1041, 1120, etc.) ► OFF. FORMS 90, 91, 1040V, 1040ES(OS), 1296, 1099DIO, 1099A,

4   Year(s) or period(s) (if estate tax, date of death) ►

5   If the fiduciary listed in Part I is the person to whom no . . . . .  other written communications should be sent for all items described on lines 2, 3, and 4, check here   . . . . . . . . . . . . . . . . . . . ►   ☑

6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all) of the items described on lines 2, 3, and 4, check here ►  ☑ and list the applicable federal tax form number and the year(s) or period(s) applicable  COPIES ONLY  ►

**Part IV**  Revocation or Termination of Notice

**Section A—Total Revocation or Termination**

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . .  ►  ☐

Reason for termination of fiduciary relationship. Check applicable box.

a ☐ Court order revoking fiduciary authority

b ☐ Certificate of dissolution or termination of a business entity

c ☐ Other. Describe ►

**Section B—Partial Revocation**

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . .  ►  ☐

b   Specify to whom granted, date, and address, including ZIP code. ►

**Section C—Substitute Fiduciary**

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)   . . . . . . . . . . .  ►  ☐

►

For Paperwork Reduction Act and Privacy Act Notice, see back page.    Cat. No. 16375I    Form **56** (Rev. 12-2007)

20082084691  C
$   18.00
SECRETARY OF STATE
08-25-2008  14:41:04

67

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

Internal Revenue Code sections 6036 and 6903

OMB No. 1545-0013

### Part I  Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| MALACHI J YORK EL, DWIGHT YORK, AND ALL ASSOCIATED APPELLATIONS | | |

Address of person for whom you are acting (number, street, and room or suite no.)
**P O BOX 522**

City or town, state, and ZIP code (if a foreign address, see instructions.)
**Decatur, Georgia [30031]**

Fiduciary's name
**HENRY M. PAULSON JR, ANNA ESCOBEDO CABRAL, JOSE C. DAVILA MATOS (RSP..., FEDERAL BUREAU OF PRISONS for this matter)**

| Address of fiduciary (number, street, and room or suite no.) | | Telephone number (optional) |
|---|---|---|
| 1500 PENNSYLVANIA AVE            /                       P.O. BOX 4515 | | |
| City or town, state, and ZIP code | | |
| WASHINGTON, D.C. 20220      /        SAN JUAN, PUERTO RICO 00902 | | ( ) |

### Part II  Authority

1   Authority for fiduciary relationship. Check applicable box:
  a(1) ☑ Will and codicils or court order appointing fiduciary . . . . . . . (2) Date of death ...............
  b(1) ☑ Court order appointing fiduciary . . . . . . . . . . . (2) Date (see instructions) ...............
  c  ☑ Valid trust instrument and amendments
  d  ☑ Other. Describe ► ALL COMMERCIAL TRANSACTIONS AS DIRECTED

### Part III  Nature of Liability and Tax Notices

2   Type of tax (estate, gift, generation-skipping transfer, income, exc..se, etc.) ► ALL
3   Federal tax form number (706, 1040, 1041, 1120, ..., etc.) ► FORMS 00, 61, 1040V, 1040ES/2US, 1096, 1099DRD, 1099RA,
4   Year(s) or period(s) (if estate tax, date of death) ................. CURRENT
5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . ► ☑
6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all) of the items described on lines 2, 3, and 4, check here ► ☑ and list the applicable federal tax form number and the year(s) or period(s) applicable COPIES ONLY

### Part IV  Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationship on file with this Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . ► ☐
    Reason for termination of fiduciary relationship. Check applicable box:
  a  ☐ Court order revoking fiduciary authority
  b  ☐ Certificate of dissolution or termination of a business entity
  c  ☐ Other. Describe ►

#### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationship on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ► ☐
  b  Specify to whom granted, date, and address, including ZIP code ►

#### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies . . . . . . . . . . . . . ► ☐
    ►

For Paperwork Reduction Act and Privacy Act Notice, see back page.        Cat. No. 16375I        Form **56** (Rev. 12-2007)

68

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

**Notice Concerning Fiduciary Relationship**

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I** Identification

Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no.

Malachi Z. York d/b/a DWIGHT D YORK

Address of person for whom you are acting (number, street, and room or suite no.)

PO BOX 102

City or town, state, and ZIP code (if a foreign address, see instructions)

Decatur, GA [30034]

Fiduciary's name

JUDGE EDWARD W. NOTTINGHAM ESQ., CLERK OF COURT - ALFRED A. ARRAJ, MARCY F. PAREDI [COOK ESQ. . . . . ETC.

Address of fiduciary (number, street, and room or suite no.)

901 19TH STREET

City or town, state, and ZIP code | Telephone number (optional)

Denver, Colorado 80294-3589 | ( 303 ) 844-5018

**Part II** Authority

1  Authority for fiduciary relationship. Check applicable box:

a(1) ☑ Will and codicils or court order appointing fiduciary . . . . . . . . . (2) Date of death ..........................

b(1) ☐ Court order appointing fiduciary . . . . . . . . . . (2) Date (see instructions) ........................

c  ☐ Valid trust instrument and amendments

d  ☑ Other. Describe ▶ ALL COMMERCIAL TRANSACTIONS AS DIRECTED ........................

**Part III** Nature of Liability and Tax Notices

2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ ALL

3  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ OPT. FORMS 90, 91, 1040V, 1040EZ(NR), 5899C, 1935,1099 OID

4  Year(s) or period(s) (if estate tax, date of death) ▶ ........................

5  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or period(s) applicable  COPIES ONLY

**Part IV** Revocation or Termination of Notice

**Section A—Total Revocation or Termination**

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box.

a  ☐ Court order revoking fiduciary authority

b  ☐ Certificate of dissolution or termination of a business entity

c  ☐ Other. Describe ▶

**Section B—Partial Revocation**

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . ▶ ☐

b  Specify to whom granted, date, and address, including ZIP code. ▶ UNITED STATES COURTHOUSE A875 I COURTROOM A870(0)0804-UNTIL CASE IS PAID AND SETTLED
▶ 901 19TH STREET Denver, Colorado 80294-3589

**Section C—Substitute Fiduciary**

9  Check this box if a new fiduciary or fiduciaries have been, or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies):
▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

For Paperwork Reduction Act and Privacy Act Notice, see back page.    Cat. No. 16375    Form **56** (Rev. 12-2007)

69





NEGOTIABLE                                          NEGOTIABLE

# BONDED PROMISSORY NOTE

USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US
(To the Dept.:Treas.PR),EH 273416336 US (To ATTORNEY GEN. Payee),
EH 273416438 US (To US SEC), EH 273416398 US (To US Treas.)

## $300,000,000.00
### THREE HUNDRED MILLION UNITED STATES DOLLARS 00/100 CENTS

**To the Order of:**  INTERNAL REVENUE SERVICE, Henry M. Paulson, Jr. d/b/a HENRY M.
PAULSON JR., Secretary of the United States Treasury, José G. Dávila Matos d/b/a
JOSÉ G. DAVILA MATOS, & STATE OF COLORADO (AGENTS/HEIRS):

UCC# 2007-2268538-33
**In the Amount of:** Three Hundred Million United States Dollars 00/100 Cents ($300,000,000.00) in USD;
**For:**   Internal Revenue Service, STATE OF COLORADO (AGENTS / HEIRS);
**Routing Through:**  Private Offset Bond No. RR 059 445 061 US, and RR 059 445 490 US to Secretary of
Treasury, Henry M. Paulson Jr. d/b/a HENRY M. PAULSON JR. Secretary of the
Department of Treasury, José G. Dávila Matos d/b/a JOSÉ G. DAVILA MATOS :

This negotiable instrument, tendered lawfully by Malachi Z. York, El:Bey™ "Maker" in good faith
sh... evidence... as ... the Payee pursuant to the following terms:

1. This Note sh... be paid in ... dollar for dollar amount pursuant to the Credit order noted above and
presented ... the co-...ree Secretary of Treasury, M. Paulson Jr. d/b/a HENRY M. PAULSON JR
Secretary... the Dep...ment of Treasur... José G. Dávila Matos d/b/a JOSÉ G. DAVILA MATOS and

2. Payee shall, up... receipt of t...s instrument, charge ... Pass-Through Account 064360272 for the
pu...se of terminating a... contest, ...sent, ...int... ...ns express or implied attached to the above
co...ract, and

3. ...ayee sh... ...ts ... this Note ... negotiabl... Assignable, Trans...fera... Divisible and Renewable for a
perio... ... Twe... (2) mo... ...s accord... ...he Unifor... Comm...cial Code (...C) commencing the
fir... ...65... ys ... an interest rate ... ... ...cent (...) per ...num, and

4. Upon ...urit... this ... ... e shall ... ...d and payabl... ...n Jul... ... intere... and an ...ss...ive ...es.
Payment sh... be t... gered ...ost Private Offse... Bond ... RR 0.9 4.5 061 ... S, ... RR 59... 5 490 US
(USPS Regist...... ail... ...kin...) held and ...cured ... ...osé G ...avila Ma... ...b/a
JOSÉ G. DAVIL... ...OS. ...cretary of t... Depar... ...nt of ...easury, and ...ry M. ...uls... ...r.d/b/a ...
US Treasury.

09/09/2008                    WITH...UT ...LV...GE FR... ...
:Date                                            Author...d ... Representative

Malachi Z. York, El:B...™               Henry M. Paulson ...c. Truste...        Dep... ...al ...easury
c/o PO Box 522                          U.S. Department of Tr...su...               ...ERNA... ...O SERVICE ... ...ER
Eatonit, Georgia                        1500 Pennsylvania A...                       ATT... ...RA... ...CHOFIELD
Nonresident / Non-domestic               Washington, D.C. 20220, and                Au... ...Texas 73301
                                        PO Box 4515 San Juan, Puerto ...
                                        06902
JOSÉ G. DÁVILA ...                       STATE OF COLORADO               DEPARTMENT OF TR...SU...
c/o PO BOX 522                           ...RY SEQUEL ...SE... ...UEDE      c/o ...ES SAN JUAN ...PP... ...JAN ...
EATON... GA ...401                       HENSLEY ... COLORADO ...031

NEGOTIABLE                                                           NEGOTIABLE

RECORDED COPY

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

## STATE CERTIFED
## BOND
UCC 3-311,(a),(b)

TP09092008

MALACHI Z. YORK EL
3535 PEACHTREE RD. STE #520
ATLANTA, GA 30326
ACCOUNT NUMBER:

September 18, 2008

Bonded Registered Number: RR059445061US

PAY TO THE
ORDER OF:                    STATE OF COLORADO

AMOUNT TENDERED $ ********* 300,000,000.00

EXACTLY:        THREE HUNDRED ... UNITED STATES DOLLARS AND 00/100

PARTIAL RE... SECU... PARTY...
NUMBER 2...5538-33 ...
PAYMEN... DEBT. TH...
INSTR...

SIGNATURE:                    Signature without recourse

...TENDER IS ...CUTE... ...LED PURSUA...TO UCC ...15, UC... 20...5), (2)... NOTICE UCC 1-104, 10-105  PRIVATE BETWEEN THE PARTY(IES) TRANSFERABLE
ISSUED PU...ANT TO ...LIC L... 73-...SEE T...31 ...C 5118 AND H.J.R. 192 DATED JUNE 5, 1933)

| PAYMENT DATE | PAYMENT NUMBER | PAYEE NAME | TOTAL AMOUNT | DISCOUNT | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| September 18, 2008 | 09092008 | STATE OF COLORADO | *****$300,000,000.00 | *$0.00 | *$300,000,000.00 |

| | |
|---|---|
| Bonded Registered Number: | RR059445061US, RR059445490 |
| Tender of Payment for: | Taxes |
| Tender of Payment in sum of: | *******$300,000,000.00 |
| Paid to: | STATE OF COLORADO |
| Date: | September 18, 2008 |
| Payable: | On Demand |
| Memo: | Issued pursuant to PUBLIC LAW 73-10 (See Title 31 USC 5116 and H.J.R. 192 dated June 5, 1933) |

RECORDED COPY

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

Bonded Registered Bill of Exchange Order-Certified & Private Accrual :   **EH 273416336 US** (To Payee), **EH 273416322 US** (To Dept.: Treas.)

## CERTIFIED FUNDS
NO. RR 059 445 061 US

### Tender Of Payment
UCC 3-311, (a), (b)
DATE: 09/09/2008

For: DEBT PAYOFF

ACCOUNT NO. 07-cv-01297("et al")

PAY TO THE ORDER OF _____ STATE OF COLORADO _____   AMOUNT TENDERED   $300,000,000.00

EXACTLY _____ THREE HUNDRED MILLION UNITED STATES DOLLARS AND 00/100***********************

PARTY RELEASE & SECURE PARTY OF RECORD          UCC 3 RELEASE OF SECURITY INTEREST
FINANCING STATEMENT NUMBER ... 8538-53          FILED WITH DEPARTMENT OF LICENSING
PRIOR RELEASE OF INDEMNIFICATION OR FULL PAYMENT OF DEBT.   UNIFORM COMMERCIAL CODE
... VERIFY ... LEFT ONLY FEATURE TO HONOR THIS INSTRUMENT IS
... AGREEMENT THAT PAY ... PURPORTED DEBT IS
DISCHARGED IN ACCORDANCE WITH ... BL ... FOR ... AND AIR 192 ,UCC §3-603, 605.

UCC 1-201, ... (27), ... REGISTERED R-17 ... OF 60 ... 933 ... 104, 10-104 PRIVATE BETWEEN THE PARTY(IES)

3922339

Statement of Account

| DATE | ACCOUNT NO. | AMOUNT | PREVIOUS BALANCE | CURRENT BALANCE |
|------|-------------|--------|------------------|-----------------|
| 09/09/08 | 07-cv-01297("et al") | $300,000,000.00 | 000.00 -900.00 | ---$0... |

**Fiduciary:** This is a noncash setoff item with an attached charging instrument ... to be accepted for value by the principal. It is to be presented through ... electronic medium ... are to ... a pre-established Private Treasury UCC 1 Contract Trust account used for this purpose. Post the ... collected funds into the asset column of the customer's account and charge the ... and acceptance ... for settlement, prepaid and exempt when entered to the post closing ... The demand for setoff is hereby made so that the liability and asset book(s) remain in balance.

Return to original issue profile is priority exempt after acknowledgement from ... principal, a prepaid exchange, a direct treasury accrual item, and a US bankruptcy proceeding remedy.

IMPORTANT NOTICE:

If you are not the current trustee or beneficiary of the subject deed of trust, notify the Notary immediately, or it will be presumed that you have accepted this preauthorized transfer, have sufficient authority to act, and have accepted responsibility as an agent for the duties of the office you formerly held. Retention of this document constitutes acceptance and intent to perform pursuant to the defeasance clause of said contract.

REORDER FORM 17200

RECORDED COPY

## PRIVATE DISCHARGE AND INDEMNITY BOND    Number: DY/MZY- 09132008-0002

USPS REGISTERED MAIL TRACKING NO. RR059445490US(PR), RR059445061US(D.C.), RB805414873US (ATTORNEY'S#)
AND THE CURRENT USPO MAIL TRACKING NO. EH 273416362 US(To IRS) EH 273416557 US(To IRS) EH 273416353 US (To Treas,P.R.)
EH 273416398 US(To Treas. D.C.) EH 273416336 US(To ATTORNEY GENERAL)

### Value: $300,000,000.00 Three Hundred Million United States Dollars 00/100

Routing Number: GUARANTY BK TR 1020-0096-6

Date of Issuance: **09/12/2008**
Date of Expiration: **09/12/2038**

To:  Henry M. Paulson Jr. and Anna Escobedo Cabral   hereinafter "Fiduciary"
Secretary of the US Treasury,
and the Treasurer of the US Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

José G. Dávila Matos
Secretary of the
DEPARTAMENTO DE HACIENDA
P.O. Box 9024140, San Juan, P.R. 00902-4140

For:  Dwight D. York / Malachi Z. York:®:©™;                                         Account Holder
YORK DWIGHT, CESTUI QUE TRUST;                                                        Account Holder
EL, MALACHI Z YORK, CESTUI QUE TRUST;                                                 Account Holder
STATE OF GEORGIA AND ALL ELECTED FIDUCIARIES/CIVIL SERVANTS;                          Account Holder
STATE OF GEORGIA BAR ASSOCIATION;                                                     Account Holder
U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA;                               Account Holder
U.S. DISTRICT COURT DISTRICT OF COLORADO;                                             Account Holder
U.S. COURT OF APPEAL ELEVENTH CIRCUIT;                                                Account Holder
PUTNAM COUNTY SHERIFF'S DEPARTMENT;                                                   Account Holder
DISTRICT DEPUTY COMPTROLLER ARCHIE B. BRANDFORDS. EASTERN DISTRICT,                   Account Holder
MARQUISE TOWER;
EDWARD T GARLAND BAR# 28400-DBA ATTORNEY AT LAW, MANIBUR S. ARORA;                    Account Holder
CHILD SUPPORT ENFORCEMENT-DOUGLAS NEWSOME;                                            Account Holder
SHERIFF HOWARD RICHARD SILLS, ESQ.                                                    Account Holder
DEPARTMENTO DE HACIENDA, SECRETARY OF TREASURY, José G. Dávila Matos;                 Account Holder
MAXWELL WOODS, RICHARD S. MOULTRIE ASST. US ATTORNEY;                                 Account Holder
SONNY PURDUE, GOVERNOR OF ATLANTA,GA, 30303;                                          Account Holder
DEPARTMENT OF TREASURY IN SAN JUAN, PUERTO RICO;                                      Account Holder
US DISTRICT JUDGE HUGH LAWSON;                                                        Account Holder
ATTORNEY FRANK RUBINO;                                                                Account Holder
FREDRICK D. BRIGHT;                                                                   Account Holder
HARRY E. BRUNO / FOREPERSON OF THE GRAND JURY                                         Account Holder
STEPHANIE D. THACKER                                                                  Account Holder
ATTORNEY BENJAMIN A. DAVIS, II, ESQ.                                                  Account Holder
DAWN BASK;                                                                            Account Holder
MORGAN COUNTY COURTHOUSE, GA 30650;                                                   Account Holder
SUPERIOR COURT OF PUTNAM COUNTY, GA 31024;                                            Account Holder
JUDGE HUGH LAWSON, MACON, GA 31202;                                                   Account Holder
JUDGE C. ASHLEY ROYAL, MACON, GA 31202;                                               Account Holder
ATTORNEY MALIK SHABAZZ, ESQ.                                                          Account Holder
ATTORNEY Matthew McGavock Robinson, Robinson & Brandt, P.S.C.;                        Account Holder
JUDGE ZITA L. WEINSHIENK;                                                             Account Holder
CHIEF JUDGE EDWARD W. NOTTINGHAM;                                                     Account Holder
KRISTEN L. MIX;                                                                       Account Holder
ATTORNEY MARCY ELIZABETH COOK, ESQ.;                                                  Account Holder
ATTORNEY LETA RUTH HOLDEN, ESQ.;                                                      Account Holder
HOLDEN LAW OFFICES;                                                                   Account Holder
ewnsec;                                                                               Account Holder
FLORENCE ADMAX U.S. PENITENTIARY;                                                     Account Holder
FEDERAL BUREAU OF PRISONS;                                                            Account Holder
ATTONEY EKAETTE PATTY, ESQ.;                                                          Account Holder

ATTORNEY ANNE EDDINGS →FOUNTAIN;                                                      Account Holder
ATTORNEY EKAETTA EDDINGS-FOUNTAIN;                                                    Account Holder

REJECTED COPY

| | |
|---|---|
| MAGISTRATE JUDGE BOYD N. BOLAND; | Account Holder |
| DR. WILLIAM THOMPSON M.D; | Account Holder |
| G. MALLONE FAIRCLOTH REFERRAL; | Account Holder |
| U.S. MAG. JUDGE G. MALLOY FAIRCLOTH; | Account Holder |
| USA ; | Account Holder |
| MAYOR SHIRLEY FRANKLYN; | Account Holder |
| GEORGIA COURTS/DIVISIONS, ATHENS; | Account Holder |
| ALBANY DIVISION, | Account Holder |
| COLUMBUS DIVISION, | Account Holder |
| VALDOSTA DIVISION; | Account Holder |
| PACER SERVICE CENTER, SAN ANTONIO, TX 78278-0549, | Account Holder |
| U.S.A COURT FLAG DEFINITIONS, | Account Holder |
| U.S. GOVERNMENT DEFENDANT(S); | Account Holder |
| ATTORNEY ADRIAN PATRICK; | Account Holder |
| PAYNE WEBBER GROUP INC./ USB FINANCIAL SERVICES | Account Holder |
| *JUDGE* BIRCH; | Account Holder |
| *JUDGE* HULL; | Account Holder |
| *JUDGE* PASCO M. BOWMAN; | Account Holder |
| **ACCOUNT NUMBERS:** | **Account Holders** |
| 202-CR-229-10, | Account Holder |
| 5:02-CR-27-CAR, | Account Holder |
| 1:06-cv-00807-ZLW, | Account Holder |
| 5:07-cv-90001-CAR-GMF, | Account Holder |
| 02-00027-CR-27-CAR-5-1, | Account Holder |
| 1:07-cv-01297-EWN-KLM; | Account Holder |
| CORRECTIONS CORPORATION OF AMERICA, BOARD OF TRUSTEES | Account Holders |
| PUTNAM COUNTY BOARD OF TRUSTEES | Account Holder |
| HOME LAND SECURITY MICHAEL CHERTOFF | Account Holder |
| ATTORNEY GENERAL THURBERT BAKER | Account Holder |
| US ATTORNEY GENERAL JANET RENO | Account Holder |
| US ATTORNEY GENERAL ROBERTO GONZALEZ | Account Holder |
| US SECRETARY OF DEFENSE COLON POWELL | Account Holder |
| COLORADO STATE, INCLUDING ALL ELECTED OFFICERS, FIDUCIARIES, CIVIL SERVANTS ; | Account Holder |
| COLORADO STATE BAR, AND THE STATE OF COLRADO BAR ASSOCIATION; | Account Holder |
| COLORADO STATE COUNTIES/AGENTS; | Account Holder |

ADAMS, ALAMOSA, ARAPAHOE, ARCHULETA, BACA, BENT, BOULDER, BROOMFIELD,
CHAFFEE, CHEYENNE, CLEAR CREEK, CONEJOS, COSTILLA, CROWLEY, CUSTER, DELTA,
DENVER, DELORES, DOUGLAS, EAGLE, EL PASO, FREMONT, GARFIELD, GILPIN, GRAND,
GUNNISON, HINSDALE, HUERFANO, JACKSON, JEFFERSON, KIOWA, KIT CARSON, La PLATA,
LAKE, LARIMER, LAS ANIMAS, LINCOLN, LOGAN, MESA, MINERAL, MOFFAT, MONTEZUMA,
MONTROSE, MORGAN, OTERO, OURAY, PARK, PHILLIPS, PITKIN, PROWERS, PUEBLO, RIO BLANCO,
RIO BLANCO, RIO GRANDE, ROUTT, SAGUACHE, SAN JUAN, SAN MIGUEL, SEDGWICK, SUMMIT, TELLER,
WASHINGTON, WELD, AND YUMA COUNY;

COLORADO STATE JURY COMMISSIONERS- DEBBIE TIFFANY, JENNIE HEERSINK, CYNTHIA DALY,
DEBBIE TULLY, VICKIE MCENDREE, VICKI LEFFERDINK, PAT WITTREICH, KIMBERLY TROUDT,
KAREN PROSSER, VICKI ALLEN, PAT WITTREICH, KIMBERLY TROUDT, KAREN PROSSER, VICKI ALLEN,
KIMBERLEE HILL, JENNIE HEERSINK, DAWN STALLSWORTH, LINDA URWILLER, PENNY WAGNER,
MARILYN ORTIZ, JENNIFER WEDDLE, DEBORA KELLIHER, DIANE CROW, SHARLENE MILLS, LESLIE DAVIS,
BRENDA KNOLL, LORI JOHNSON, GARY VIGIL, KIMBERLY GRAHAM, DIANA KAUFMAN, ROSE ANNE KELLEY,
JENNIE HEERSINK, DIANA MEYER, AMELIA L. RAMY HARRIS, DESIREE LIPE, PENNY WAGNER,
CATHLENE MARSHALL, PENNY WAGNER, DEBRA MCINMANS, JOY STRACK, CAROLYN JEMISON,
BARBARA MODANIEL, ISLA MEARS, KAREN MURPHY, SOLVEIG OLSON, JENNIE HEERSINK, LESLIE DAVIS,
PENNY WAGNER, SUSAN KINNISON, JAN REED, SHERI PORTER, GLORIA HILLIER, LANELLE COBLE-
MCEACHRON, BETTY WILSON;                                                        Account Holder

INCLUDING TITLES AND POSITIONS, SUCH AS:
JURY COMMISSIONER(S) (CLERK(S) OF COURT(S), BENT COUNTY JURY COMMISSIONER(S), CHAFFEE COUNTY
JURY, CROWLEY COUNTY JURY COMMISSIONER(S), DELTA COUNTY JURY COMMISSIONER(S),
DOUGLAS COUNTY JURY COMMISSIONER(S), FREEMONT COUNTY JURY COMMISSIONER(S),
GARFIELD COUNTY JURY COMMISSIONER(S), GILPIN COUNTY JURY COMMISSIONER(S),
GUNNISON COUNTY JURY COMMISSIONER(S), HINSDALE COUNTY JURY COMMISSIONER(S),
HUERFANO COUNTY JURY COMMISSIONER(S), JACKSON COUNTY JURY COMMISSIONER(S),
JEFFERSON COUNTY JURY COMMISSIONER(S), KIT CARSON COUNTY JURY COMMISSIONER(S),
LARIMER COUNTY JURY COMMISSIONER(S), LAS ANIMAS COUNTY JURY COMMISSIONER(S),
LOGAN COUNTY JURY COMMISSIONER(S), MESA COUNTY JURY COMMISSIONER(S), MONTROSE COUNTY –
JURY COMMISSIONER(S), PHILLIPS COUNTY JURY COMMISSIONER(S), PITKIN COUNTY JURY COMMISSIONER(S),
PUEBLO COUNTY JURY COMMISSIONER(S), RANGLY COUNTY JURY COMMISSIONER(S),

RECORDED COPY

| | |
|---|---|
| MEEKER COUNTY JURY COMMISSIONER, SAN MIGUEL JURY COMMISSIONER(S), TELLER COUNTY JURY-COMMISSIONER(S); | Account Holder |
| STATE COURTS OF COLORADO, COURT ADMINISTRATOR(S) / FIDUCIARIES | Account Holder |
| INTERNATIONAL ATTORNEY GALOWALLO | Account Holder |
| COLORADO STATE ATTORNEY GENERAL --JOHN W. SUTHERS | Account Holder |
| US ATTORNEY GENERAL-JOHN ASHCROFT | Account Holder |
| US ATTORNEY GENERAL-ALBERTO GONZALES | Account Holder |
| | |
| US ATTORNEY GENERAL-MICHAEL B. MUKASEY | Account Holder |
| US PROVOST MARSHAL GALE HAYNES | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF GEORGIA | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF COLORADO | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF WISCONSIN | Account Holder |
| UNITED STATES MARSHAL GEORGE BREFFNI WALSH | Account Holder |
| STATE OF COLORADO ATTORNEY GENERAL, JOHN SUTHERS | Account Holder |
| AUSTIN TEXAS, DEPARTMENT OF THE TREASURY-FRANK SCOFIELD | Account Holder |
| STATE OF COLORADO, COMPTROLLER OF THE CURRENCY -- DAVID MCDERMOTT | Account Holder |
| COLORADO STATE, DEPARTMENT OF THE TREASURY | Account Holder |
| GEORGIA STATE COMPTROLLER OF THE CURRENCY | Account Holder |
| CITI CORP TRUST BANK CITI GROUP | Account Holder |
| WAL-MART | Account Holder |
| BANK OF INTERNATIONAL SETTLEMENTS | Account Holder |
| UNITED BANK OF SWITZERLAND | Account Holder |
| JP MORGAN CHASE BANK | Account Holder |
| PZN / PRISON REALTY TRUST INCORPORATION | Account Holder |
| MERYLL LYNCH | Account Holder |
| WELLS FARGO | Account Holder |
| WACHOVIA | Account Holder |
| DUETSCHE BANK GROUP | Account Holder |
| BNP PARIBAS / BANQUE NATIONALE DE PARIS | Account Holder |
| BANK OF TOKYO MITSUBISHI LTD | Account Holder |
| SUMITOMO BANK LTD | Account Holder |
| BAYERISCHE HYPO-UND VEREINS BANK AG MUNICH, GERMANY | Account Holder |
| BANK OF AMERICA CHARLOTTE USA | Account Holder |
| US DEPARTMENT OF TREASURY | Account Holder |
| HENRY M. PAULSON JR. | Account Holder |
| GEORGE W. BUSH JR | Account Holder |
| Internal Revenue Service Account No. 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; | Account |
| Social Security No. 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 | each severally. |

| | | |
|---|---|---|
| By/Gr/Through: Dwight D. York / Malachi Z. York:®:©™ "hereinafter "Creditors" | Principal | Private Offset Account No. RR059445061US |
| | First Surety | Private Offset Account No. RR059445061US |
| | Second Surety | Private Offset Account No. RR059445075US |
| | Third Surety | Private Offset Account No. RB842713256US |

*KNOW ALL MEN BY THESE PRESENTS.* **WHEREAS,** only fiat money exists in circulation for the discharge of debt: NOW, THEREFORE, the undersigned Creditors being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, do hereby necessarily issue this *Private Dischargeing and Indemnity Bond* to wit. In our rightful *sui juris* status, the Creditors do hereby knowingly and with full disclosure hold, bind and obligate ourselves jointly and severally by this instrument as voluntary sureties for Account Holders: Dwight D. York / Malachi Z. York:®:©™ and Account No.064360272, each severally, for any amount up to and including **Three Hundred Million USD-($300,000,000,00)**, insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debt taxes, encumbrances, deficits, deficiencies, liens, judgements, True Bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar for dollar all such obligations until the sum or the term of this Bond is exhausted.  The Fiduciary shall have thirty (30) days from presentment to dishonor the Bond by returning it to the Principal by certified mail at the location below-noted.  Failure to return will stipulate acceptance and honor.

### BOND ORDER

1.    The Fiduciary shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for, against and on behalf of the Account Holders, Dwight D. York / Malachi Z. York:®:©™ and Social Security Account No.064360272 dollar for dollar through the above-noted Private Offset Accounts up to and including the full Face Value amount of this Bond.

RECORDED COPY RECORDED COPY RECORDED COPY

3.    The Fiduciary shall have thirty (30) days from Date of Delivery specified on United States Postal Service Form No.   3811 to dishonor this Bond by returning it to the principal with all associated transactions annexed thereto by United States Certified Mail at the mailing location identified hereunder.  The Fiduciary's failure to return the Bond as indicated will stipulate the Fiduciary's acceptance and honoring of this instrument and all terms and provisions herein as an operation of law.

4.    All communication shall be sent by United States Certified Mail directly to the Principal at the location noted hereunder exactly as shown, Service in any other manner will be defective.  The Principal will accept post at the said postal location only.

5.    This Bond shall be ledgered as an asset to the benefit of the United States Department of the Treasury.

6.    This Bond expires at 3:29:59 PM, 09/12 /2038

Executed by the undersigned on this the 13TH day of February in the Year of Our Lord, 2008.



:Ibrahiim Abdullah Al-Mahdi:
:First Surety
Private Offset Account No.RR059445075US
c/o :3535 Peachtree Road Suite#520
Atlanta, Georgia state
:Nonresident/Non-Domestic

:Jaame Amun Re:El:
: Second Surety
Private Offset Account No.RR059445075US
c/o:PO BOX 391182
Snellville, Georgia state
Nonresident/Non-Domestic

:Dwight York / Malachi Z. York:
: Principal
Private Offset Account No.RR059445061US
c/o:3535 Peachtree Road Suite#520
Atlanta, Georgia
Nonresident/Non-Domestic

☐ VOID   ☒ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2008 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| UNITED STATES DISTRICT COURT DISTRICT OF COLORADO 901 19th STREET DENVER, CO 80294 | $ 50,000,000.00 | 2008 | |
| | 2 Other periodic interest $ -0- | Form 1099-OID | |
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty | 4 Federal income tax withheld | Copy C |
| REFUSED | 00-4960872 | $ 50,000,000.00 | $ -0- | For Payer |
| RECIPIENT'S name MALACHI Z YORK EL et al | 5 (description) MALACHI YORK EL APPLICATION FLAG-EN-ST-CAR AND ALL RELOWING REGISTERED ACCT NUMBERS THEREOF | | | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| Street address (including apt. no.) 2535 PEACHTREE RD, STE 44-530 | 6 Original issue discount on U.S. Treasury obligations $ | | |
| City, state, and ZIP code ATLANTA, Georgia 30305 | 7 Investment expenses $ 50,000,000.00 | | |
| Account number (see instructions) 5102-OR-ST-CAR AND ALL REGISTERED | 2nd TIN not ☐ | | |

Form 1099-OID                                              Department of the Treasury - Internal Revenue Service

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2008 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| | $ | 2008 | |
| | 2 Other periodic interest $ | Form 1099-OID | |
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty | 4 Federal income tax withheld | Copy C |
| | | $ | $ | For Payer |
| RECIPIENT'S name | 5 (description) | | | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| Street address (including apt. no.) | 6 Original issue discount on U.S. Treasury obligations $ | | |
| City, state, and ZIP code | 7 Investment expenses $ | | |
| Account number (see instructions) | 2nd TIN not ☐ | | |

Form 1099-OID                                              Department of the Treasury - Internal Revenue Service

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2008 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| | $ | 2008 | |
| | 2 Other periodic interest $ | Form 1099-OID | |
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty | 4 Federal income tax withheld | Copy C |
| | | $ | $ | For Payer |
| RECIPIENT'S name | 5 Description | | | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, |
| Street address (including apt. no.) | 6 Original issue discount on U.S. Treasury obligations $ | | |
| City, state, and ZIP code | 7 Investment expenses $ | | |

ANNUAL BID BOND
(See Instructions on reverse)

DATE BOND EXECUTED:
April 4, 2008

OMB No.: 9000-0045
Expires: 12/31/92

PRINCIPAL (Legal name and business address)

Dwight D. York/Malachi Z York El,
Cestui Que Trust
3535 Peachtree Road, Atlanta [30326]

TYPE OF ORGANIZATION ("X" one)
☐ INDIVIDUAL   ☐ PARTNERSHIP
☐ JOINT   ☒ CORPORATION

STATE OF INCORPORATION

SURETY(IES) (Name(s) and business address(es))

Ibrahim Abdullah Al Mahdi Cestui Que Trust
Barry M. Hamilton Cestui Que Trust
Wajdet Tom Mereb El Cestui Que Trust
3535 Peachtree Rd 560 Atlanta, Georgia [30326]

BID IDENTIFICATION (Bid date, invitation no. and, if applicable, for (Construction, Supplies, or Services))

September No. 19

AGENCY TO WHICH BID(S) ARE TO BE SUBMITTED (Name and address)

U.S. District Court of Colorado

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the penal sum or sums that is sufficient to indemnify the Government in case of the default of the principal (as indicated herein), that payment of the penal sum or sums, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally.

CONDITION:

The Principal contemplates submitting bids from time to time during the fiscal year shown above to the department or agency named above for furnishing supplies or services to the Government. The Principal states that all of these bids submitted for opening during the fiscal year be covered by a single bond instead of by a separate bid bond for each bid.

THEREFORE:

The above obligation is void and of no effect if the principal - (a) upon acceptance by the Government of any such bid within the period specified therein for acceptance (sixty (60) days if no period is specified), execute any further contractual documents and give any bond(s) required by the terms of the bid within the time specified after the forms of the bid as required within the time specified; (ten (10) days if no period is specified) after receipt of the forms by him(er) or (b) in the event of failure to execute the further contractual documents and give the bond(s), pays the Government the excess cost of the work which exceeds the amount of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| SIGNATURES | NAMES AND TITLES (Typed) |
|---|---|
| PRINCIPAL | |
| 1. M Z Y Q 85   (Seal) | Malachi Z York, Cestui Que Trust   Authorized Agent |
| 2.   (Seal) | |

INDIVIDUAL SURETIES

| | |
|---|---|
| 1.   (Seal) | |
| 2.   (Seal) | |

CORPORATE SURETY

| | |
|---|---|
| Ibrahim Abdullah Al Mahdi   (Seal) | Ibrahim Abdullah Al Mahdi   Cestui Que Trust - Trustee |
| E: Barry M. Hamilton   (Seal) | Barry M. Hamilton   Cestui Que Trust - Trustee |

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 24 (REV. 10-83)

20082084691   C
$   18.00
SECRETARY OF STATE
09-25-2008   14:41:04

| PAYMENT BOND FOR OTHER THAN CONSTRUCTION CONTRACTS | DATE BOND EXECUTED (Must not be later than bid opening date) April 4, 2008 | OMB NO.: 9000-0045 |

PRINCIPAL (Legal name and business address)

DWIGHT D. YORK/Malachi 2. YorK EL
CESTUI QUE TRUST
3535 Peachtree Road Ste 520
Atlanta, Georgia E30326J

TYPE OF ORGANIZATION ("X" one)
☐ INDIVIDUAL   ☐ PARTNERSHIP
☐ JOINT VENTURE   ☒ CORPORATION

STATE OF INCORPORATION

SURETY(IES) (Name and business address)

IBRAHIIM ABDULLAH AL MAHDI, CESTUI QUE TRUST
BARRY M. HAMILTON, CESTUI QUE TRUST
WR JDET TUM NEFER EL, CESTUI QUE TRUST
3535 Peachtree Road Ste 520
Atlanta, Georgia E30326J

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | | 50 | |

CONTRACT DATE
April 4, 2008

CONTRACT NO.
1:07-cv-02297-EWN-KLM

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we, and ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

(a) The above obligation is void if the Principal promptly makes payment to all persons (claimants) having a contract relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any duly authorized modifications thereof. Notice of these modifications to the Surety(ies) are waived.

(b) The above obligation does not remain in full force if the Principal does not promptly make payments to all persons (claimants) having a contract relationship with the principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the contract identified above. In these cases, persons not paid in full before the expiration of ninety (90) days after the date of which the last labor was performed or material furnishing, have a direct right of action against the principal and Surety(ies) on this bond for the sums or sums jointly due. The claimant, however, shall not bring a suit or any action –

(1) Unless claimant, other than one having a direct contract with the Principal, had given written notice to the Principal within ninety (90) days after the claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the claim is made. The notice is to state with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished or supplied, or for whom the work was done or performed. Such notice shall be served by mailing the same by registered or certified mail, postage prepaid, in an envelope addressed to the Principal at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process is served in the state in which the contract is being performed, save that such service need not be made by a public officer.

(2) After the expiration one (1) year following the date on which claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the suit is brought.

(3) Other than in the United States District court for the District in which the the contract, or any part thereof, was performed and executed, and not elsewhere.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

AUTHORIZED FOR LOCAL REPRODUCTION                    STANDARD FORM 1416 (REV. 10-83)

20082084691  C
$  18.00
SECRETARY OF STATE
08-25-2008  14:41:04

**PAYMENT BOND**
(See Instructions on reverse)

DATE BOND EXECUTED _April 4, 2008_     OMB No. 9000-0045

PRINCIPAL (Legal name and business address)
DWIGHT D YORK [Malachi Z York El] CESTUI QUE TRUST
3535 Peachtree Road Ste 520
Atlanta, Georgia [30326]

TYPE OF ORGANIZATION ("X" one)
☐ INDIVIDUAL    ☐ PARTNERSHIP
☐ JOINT VENTURE    ☐ CORPORATION
STATE OF INCORPORATION

SURETY(IES) (Name(s) and business address(es))
IBRAHIM ABDULLAH ALMANDI, CESTUI QUE TRUST
BARRY M. HAMILTON, CESTUI QUE TRUST
WASDET TOM AEFER EL, CESTUI QUE TRUST
3535 Peachtree Road Atlanta, Georgia [30326]

PENAL SUM OF BOND
50

CONTRACT DATE _April 4, 2008_     CONTRACT NO.
1:07-cv-1427 ELM-KLM

OBLIGATION:

WITNESS:

**PRINCIPAL**

| SIGNATURE(S) | M.L. Z Y.08 | | |
|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | Malachi Z York El Authorized Rep/Trustee | | |

**INDIVIDUAL SURETIES**

| SIGNATURE(S) | | | |
|---|---|---|---|
| NAME(S) (Typed) | | | |

**CORPORATE SURETY(IES)**

| NAME & ADDRESS | IBRAHIM ABDULLAH AL MANDI 3535 Peachtree Rd  Atlanta 30326 | STATE OF INC. | LIABILITY LIMIT $ 50 million |
| | | GA | |
| SIGNATURE(S) | Ibrahim Abdullah Al Mandi El | | |
| NAME(S) & TITLE(S) (Typed) | IBRAHIM ABDULLAH AL MANDI, CESTUI QUE TRUST -TRUSTEE | | |

AUTHORIZED FOR LOCAL REPRODUCTION     STANDARD FORM 25A (REV. 10-98)

| | CORPORATE SURETY(IES) (Continued) | | | |
|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS: BARRY D. HAMILTON 2305 BERLIN RD AUGA-3024 GA | STATE OF INC. | LIABILITY LIMIT $30 million | |
| | SIGNATURE(S): | 1. | 2. | |
| | NAMES & TITLES (Typed): BARRY A. HAMILTON, CESTUI QUE TRUST - TRUSTEE | | | |
| **SURETY B** | NAME & ADDRESS: 11830 GT TURNAROUND Fetchelera Rd TUI GA 30315 | STATE OF INC. GA | LIABILITY LIMIT $30 million | |
| | SIGNATURE(S): | 1. | 2. | |
| | NAMES & TITLES (Typed): TRUSTEE TURNPIKE EL, CESTUI QUE TRUST - TRUSTEE | | | |
| **SURETY C** | NAME & ADDRESS: | STATE OF INC. | LIABILITY LIMIT | Corporate Seal |
| | SIGNATURE(S): | 1. | 2. | |
| | NAMES & TITLES (Typed): | | | |
| **SURETY D** | NAME & ADDRESS: | STATE OF INC. | LIABILITY LIMIT | Corporate Seal |
| | SIGNATURE(S): | 1. | 2. | |
| | NAMES & TITLES (Typed): | | | |
| **SURETY E** | NAME & ADDRESS: | STATE OF INC. | LIABILITY LIMIT | Corporate Seal |
| | SIGNATURE(S): | 1. | 2. | |
| | NAMES & TITLES (Typed): | | | |
| **SURETY F** | NAME & ADDRESS: | STATE OF INC. | LIABILITY LIMIT | Corporate Seal |
| | SIGNATURE(S): | 1. | 2. | |
| | NAMES & TITLES (Typed): | | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a corporate bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of this form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)". In the space

designated "SURETY(IES)" on the face of this form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**CORPORATE SURETY(IES) (Continued)**

| | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|
| **SURETY P** | Name & Address: DR MALACHI Z YORK, 3535 Peachtree Rd # 520 Atl, GA | GA | $ 50 Mil | Corporate Seal |
| | Signature(s): Dr. Malachi Z York ucc3-402(a) / Isa Mohammad ucc3-402(a) | | | |
| | Name(s) & Title(s) (Typed): Dr MALACHI Z YORK ucc3-402(a)  ISA MUHAMMAD: SECURED APPELLATION | | | |
| **SURETY Q** | Name & Address: ISA AL HARDI AL MAHDI 3535 Peachtree Rd # 520 Atl, GA | GA | $ 50 Mil | Corporate Seal |
| | Signature(s): Isa Al Hardi Al Mahdi ucc3-402(a) / Baba ucc3-402(b) | | | |
| | Name(s) & Title(s) (Typed): ISA AL HARDI AL MAHDI: SECURED APPELLATION   BABA - SECURED APPELLATION | | | |
| **SURETY R** | Name & Address: | | $ | Corporate Seal |
| | Signature(s): 1. / 2. | | | |
| | Name(s) & Title(s) (Typed): 1. / 2. | | | |
| **SURETY S** | Name & Address: | | $ | Corporate Seal |
| | Signature(s): 1. / 2. | | | |
| | Name(s) & Title(s) (Typed): 1. / 2. | | | |
| **SURETY T** | Name & Address: | | $ | Corporate Seal |
| | Signature(s): 1. / 2. | | | |
| | Name(s) & Title(s) (Typed): 1. / 2. | | | |
| **SURETY U** | Name & Address: | | $ | Corporate Seal |
| | Signature(s): 1. / 2. | | | |
| | Name(s) & Title(s) (Typed): 1. / 2. | | | |
| **SURETY V** | Name & Address: | | $ | Corporate Seal |
| | Signature(s): 1. / 2. | | | |
| | Name(s) & Title(s) (Typed): 1. / 2. | | | |
| **SURETY W** | Name & Address: | | $ | Corporate Seal |
| | Signature(s): 1. / 2. | | | |
| | Name(s) & Title(s) (Typed): 1. / 2. | | | |
| **SURETY X** | Name & Address: | | $ | Corporate Seal |
| | Signature(s): 1. / 2. | | | |
| | Name(s) & Title(s) (Typed): 1. / 2. | | | |
| **SURETY Y** | Name & Address: | | $ | Corporate Seal |
| | Signature(s): 1. / 2. | | | |
| | Name(s) & Title(s) (Typed): 1. / 2. | | | |

STANDARD FORM 25B BACK (REV. 10-83)

| ANNUAL BID BOND (See instructions on reverse) | DATE BOND EXECUTED 8 / 2008 | OMB No.: 9000-0045 Expires: 12/31/02 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average .25 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, DC 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, DC 20503.

**PRINCIPAL** *(Legal name and business address)*
DWIGHT YORK
3535 Peachtree Rd #520
Atlanta, GA 30326

| TYPE OF ORGANIZATION *("X" one)* |
|---|
| ☐ INDIVIDUAL   ☐ PARTNERSHIP |
| ☐ JOINT   ☒ CORPORATION |
| STATE OF INCORPORATION |

**SURETY(IES)** *(Name, business address, and State of Incorporation)*
MALACHI Z. YORK EL / MALACHI Z YORK
3535 Peachtree Rd. STE #520
Atlanta, GA 30326

**AGENCY TO WHICH BIDS ARE TO BE SUBMITTED**
US DISTRICT COURT, DISTRICT OF COLORADO

**BIDS TO BE SUBMITTED DURING FISCAL YEAR ENDING**
September 30, 2008

**OBLIGATION:**

We, the Principal and surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the penal sum or sums that is sufficient to indemnify the Government in case of the default of the principal as provided herein. For payment of the penal sum or sums, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally.

**CONDITION:**

The Principal contemplates submitting bids from time to time during the fiscal year shown above to the department, or agency named above for furnishing supplies or services to the Government. The Principal desires that all of those bids submitted for opening during the fiscal year be covered by a single bond instead of by a separate bid bond for each bid.

**THEREFORE:**

The above obligation is void and of no effect if the principal - (a) upon acceptance by the Government of any such bid within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of forms by him/her, or (b) in the event of failure to execute the further contractual documents and give the bond(s), pays the Government for any cost of acquiring the work which exceeds the amount of the bid.

**WITNESS:**

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| SIGNATURES | NAMES AND TITLES *(Typed)* | |
|---|---|---|
| **PRINCIPAL** | | |
| 1. Dwight York  UCC 3-402(b) (Seal) | 1. DWIGHT YORK | Corporate Seal |
| 2. Malachi Z York  UCC 3-402(b) (Seal) | 2. MALACHI Z YORK | |
| 3. Baba  UCC 3-402(b) (Seal) | 3. BABA | |
| **INDIVIDUAL SURETIES** | | |
| 1. (Seal) | 1. | |
| 2. (Seal) | 2. | |
| **CORPORATE SURETY** | | |
| 1. Isa Muhammad  UCC 3-402(b) | 1. ISA MUHAMMAD | Corporate Seal |
| 2. Isa Alihad Mahdi  UCC 3-402(b) | 2. ISA ALIHAD MAHDI | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 34 (REV. 1-90)
Prescribed by GSA - FAR (48 CFR) 53.228(b)

**AFFIDAVIT OF INDIVIDUAL SURETY**
*(See instructions on reverse)*

OMB No.: 9000-0001

Public reporting burden for this collection of information is estimated to average 3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (MVR), Office of Acquisition Policy, GSA, Washington, DC 20405.

STATE OF GEORGIA
COUNTY OF PUTNAM

ss.

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME (First, Middle, Last) (Type or Print) | 2. HOME ADDRESS (Number, Street, City, State, ZIP Code) |
|---|---|
| DWIGHT YORK | 3535 PEACHTREE ROAD STE.520 ATL.GA 30326 |

| 3. TYPE AND DURATION OF OCCUPATION | 4. NAME AND ADDRESS OF EMPLOYER (If Self-employed, so State) |
|---|---|
| PRIVATE | SELF EMPLOYED |

| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED (If any) (Number, Street, City, State, ZIP Code) | 6. TELEPHONE NUMBER |
|---|---|
| | HOME - |
| | BUSINESS - |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND.

(a) Real estate (Include a legal description, street address and other identifying description, the market value, attach supporting certified documents including recorded lien; evidence of the cost and the current tax assessment of the property. For market value approach, also provide a current appraisal.)

Lien Collateral : $1,000,000,000.00 One Billion United States Dollars / and or property of equal-value

(b) Assets other than real estate (describe the assets, the details of the escrow account, and attach certified evidence thereof.)

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES HAVING ANY SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTIES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES (where appropriate) |
|---|---|
| | BID BOND, PERFORMANCE BOND, AND PAYMENT BOND |

12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | b. CITY AND STATE (or other jurisdiction) | Official Seal |
|---|---|---|
| MONTH   DAY   YEAR | Fulton County, Atlanta, Ga | |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH (Type or print) | c. SIGNATURE | d. MY COMMISSION EXPIRES |
| BARRY M. HAMILTON - PUBLIC NOTARY | | 12-27-2009 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

BARRY M. HAMILTON
Notary Public, Fulton County, Georgia
My Commission Expires 12/27/2009

STANDARD FORM 28 (REV. 6/2003)
Prescribed by GSA-FAR (48 CFR) 53.228(c)

| CONSENT OF SURETY | 1. CONTRACT NUMBER 5:02-CA-27-C6R | 2. MODIFICATION NUMBER | 3. DATED 8/19/2008 |
|---|---|---|---|

The Surety (Co-Sureties) consents (consent) to the foregoing contract modification and agrees (agree) that its (their) bond or bonds shall apply and extend to the contract as modified or amended.

| 4. INDIVIDUAL PRINCIPAL | a. NAME OF PRINCIPAL MALACHI Z YORK EL "et al" | e. SIGNATURE MZY |  |
|---|---|---|---|
| | | f. TYPED NAME MALACHI Z. YORK EL | (Affix Seal) |
| | STREET ADDRESS 3535 PEACHTREE RD STE 520 | g. TYPED TITLE TRUST-TRUSTEE | |
| | CITY Atlanta  STATE Ga  ZIP CODE 30326 | h. DATE THIS CONSENT EXECUTED 08/19/2008 | |
| 5. CORPORATE PRINCIPAL | a. CORPORATE NAME DWIGHT YORK | e. SIGNATURE MZY | |
| | b. BUSINESS ADDRESS | f. TYPED NAME DWIGHT YORK | (Affix Seal) |
| | STREET ADDRESS PO BOX 522 | g. TYPED TITLE TRUST-TRUSTEE | |
| | CITY Decatur  STATE Ga  ZIP CODE 30031 | h. DATE THIS CONSENT EXECUTED 08/19/2008 | |

### 6. CORPORATE/INDIVIDUAL SURETY (CO-SURETIES)

The Principal or authorized representative shall execute this consent of surety with the modification to which it pertains. If the representative (e.g., attorney-in-fact) that signs the consent is not a member of the partnership, or joint venture, or an officer of the corporation involved, a Power-of-Attorney or a Certificate of Corporate Principal must accompany the consent.

| A | a. CORPORATE/INDIVIDUAL SURETY'S NAME DR MALACHI Z YORK EL | c. PERSON EXECUTING CONSENT (Signature) MZY |  |
|---|---|---|---|
| | b. BUSINESS ADDRESS | d. TYPED NAME DR MALACHI Z YORK EL | (Affix Seal) |
| | STREET ADDRESS PO BOX 522 | e. TYPED TITLE TITLE-HOLDER (Ga UCC) | |
| | CITY Decatur  STATE Ga  ZIP CODE 30031 | f. DATE THIS CONSENT EXECUTED 08/19/2008 | |
| B | a. CORPORATE/INDIVIDUAL SURETY'S NAME DR. MALACHI Z YORK | c. PERSON EXECUTING CONSENT (Signature) MZY | |
| | b. BUSINESS ADDRESS | d. TYPED NAME DR MALACHI Z YORK | (Affix Seal) |
| | STREET ADDRESS PO BOX 522 | e. TYPED TITLE TITLE-HOLDER (Ga UCC) | |
| | CITY Decatur  STATE Ga  ZIP CODE 30031 | f. DATE THIS CONSENT EXECUTED 08/19/2008 | |
| C | a. CORPORATE/INDIVIDUAL SURETY'S NAME MALACHI Z YORK | c. PERSON EXECUTING CONSENT (Signature) MZY | |
| | b. BUSINESS ADDRESS | d. TYPED NAME MALACHI Z YORK | (Affix Seal) |
| | STREET ADDRESS PO BOX 522 | e. TYPED TITLE TITLE-HOLDER (Ga UCC) | |
| | CITY Decatur  STATE Ga  ZIP CODE 30031 | f. DATE THIS CONSENT EXECUTED 08/19/2008 | |

Add order signature blocks on the back of this form if necessary for additional sureties

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 1414 (REV. 5-87)
Prescribed by GSA - FAR (48 CFR) 53.228(c)

20082084691 C
$   18.00
SECRETARY OF STATE
08-25-2008   14:41:10

| CONSENT OF SURETY | 1. CONTRACT NUMBER 5:07-cv-0167-HA/MH 5:02-CR-21-CAR | 2. MODIFICATION NUMBER | 3. DATED 8/19/2008 |
|---|---|---|---|

The Surety (Co-Sureties) consents (consent) to the foregoing contract modification and agrees (agree) that its (their) bond or bonds shall apply and extend to the contract as modified or amended.

| 4. INDIVIDUAL PRINCIPAL | a. NAME OF PRINCIPAL MALACHI Z.YORK EL *et al* | b. SIGNATURE M.I.Z.Y. | |
|---|---|---|---|
| | b. BUSINESS ADDRESS | c. TYPED NAME MALACHI Z. YORK EL | (Affix Seal) |
| | STREET ADDRESS 3535 Peachtree Rd | d. TYPED TITLE AUTHORIZED REPRESENTATIVE | |
| | CITY Atlanta  STATE Ga  ZIP CODE 30326 | e. DATE THIS CONSENT EXECUTED 08/19/2008 | |
| 5. CORPORATE PRINCIPAL | a. CORPORATE NAME DWIGHT YORK | a. PERSON EXECUTING CONSENT (Signature) M.I.Z.Y. | |
| | b. BUSINESS ADDRESS | c. TYPED NAME DWIGHT YORK | (Affix Seal) |
| | STREET ADDRESS PO Box 522 | d. TYPED TITLE TRUST-TRUSTEE | |
| | CITY Decatur  STATE Ga  ZIP CODE 30031 | e. DATE THIS CONSENT EXECUTED 08/19/2008 | |

**6. CORPORATE/INDIVIDUAL SURETY (CO-SURETIES)**

The Principal or authorized representative shall execute this consent of surety with the modification to which it pertains. If the representative (e.g., attorney-in-fact) that signs the consent is not a member of the partnership, or joint venture, or an officer of the corporation involved, a Power-of-Attorney or a Certificate of Corporate Principal must accompany the consent.

| A | a. CORPORATE/INDIVIDUAL SURETY'S NAME ISA ABD'ALLAH MUHAMMED | a. PERSON EXECUTING CONSENT (Signature) M.I.Z.Y. | |
|---|---|---|---|
| | b. BUSINESS ADDRESS | c. TYPED NAME ISA ABDALLAH MUHAMMED | (Affix Seal) |
| | STREET ADDRESS PO BOX 522 | d. TYPED TITLE TITLE-HOLDER (cc UCC) | |
| | CITY Decatur  STATE Ga  ZIP CODE 30031 | e. DATE THIS CONSENT EXECUTED 08/19/2008 | |
| B | a. CORPORATE/INDIVIDUAL SURETY'S NAME ISSA AL HADI AL MAHDI | a. PERSON EXECUTING CONSENT (Signature) M.I.Z.Y. | |
| | b. BUSINESS ADDRESS | c. TYPED NAME ISSA AL HADI AL MAHDI | (Affix Seal) |
| | STREET ADDRESS PO BOX 522 | d. TYPED TITLE TITLE-HOLDER (cc UCC) | |
| | CITY Decatur  STATE Ga  ZIP CODE 30031 | e. DATE THIS CONSENT EXECUTED 08/19/2008 | |
| C | a. CORPORATE/INDIVIDUAL SURETY'S NAME MALAKAI Z. YORK | a. PERSON EXECUTING CONSENT (Signature) M.I.Z.Y. | |
| | b. BUSINESS ADDRESS | c. TYPED NAME MALAKAI Z. YORK | (Affix Seal) |
| | STREET ADDRESS PO BOX 522 | d. TYPED TITLE TITLE-HOLDER (cc UCC) | |
| | CITY Decatur  STATE Ga  ZIP CODE 30031 | e. DATE THIS CONSENT EXECUTED 08/19/2008 | |

(Add tender signature blocks on the back of this form if necessary for additional co-Sureties)

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 1414 (REV. 5-97)
Prescribed by GSA - FAR (48 CFR) 53.228(h)

| CONSENT OF SURETY | 1. CONTRACT NUMBER | 2. MODIFICATION NUMBER | 3. DATED |
|---|---|---|---|
| | 5-08-CR-27-CAR | | 8/19/2008 |

The Surety (Co-Sureties) consents (consent) to the foregoing contract modification and agrees (agree) that its (their) bond or bonds shall apply and extend to the contract as modified or amended.

| | a. NAME OF PRINCIPAL | b. SIGNATURE | |
|---|---|---|---|
| 4. INDIVIDUAL PRINCIPAL | MALACHI Z YORK EL "el al" | | [Affix Seal] |
| | b. BUSINESS ADDRESS | c. TYPED NAME  MALACHI Z YORK EL @TM | |
| | STREET ADDRESS  3535 PEACHTREE RD | d. TYPED TITLE  AUTHORIZED REPRESENTATIVE | |
| | CITY Atlanta | STATE Ga | ZIP CODE 30326 | e. DATE THIS CONSENT EXECUTED  08/19/2008 | |

| | a. CORPORATE NAME | b. PERSON EXECUTING CONSENT (Signature) | |
|---|---|---|---|
| 5. CORPORATE PRINCIPAL | DWIGHT YORK | | [Affix Seal] |
| | b. BUSINESS ADDRESS | c. TYPED NAME  DWIGHT YORK | |
| | STREET ADDRESS  PO Box 522 | d. TYPED TITLE  TRUST-TRUSTEE | |
| | CITY Decatur | STATE Ga | ZIP CODE 30031 | e. DATE THIS CONSENT EXECUTED  08/19/2008 | |

**6. CORPORATE/INDIVIDUAL SURETY (CO-SURETIES)**

The Principal or authorized representative shall execute this consent of surety with the modification to which it pertains. If the representative (e.g., attorney-in-fact) that signs the consent is not a member of the partnership, or joint venture, or an officer of the corporation involved, a Power-of-Attorney or a Certificate of Corporate Principal must accompany the consent.

| | a. CORPORATE/INDIVIDUAL SURETY'S NAME | b. PERSON EXECUTING CONSENT (Signature) | |
|---|---|---|---|
| A | ISA MUHAMMAD | | [Affix Seal] |
| | b. BUSINESS ADDRESS | c. TYPED NAME  ISA MUHAMMAD | |
| | STREET ADDRESS  PO BOX 522 | d. TYPED TITLE  TITLE-HOLDER (w UCC) | |
| | CITY Decatur | STATE Ga | ZIP CODE 30031 | e. DATE THIS CONSENT EXECUTED  08/19/2008 | |

| | a. CORPORATE/INDIVIDUAL SURETY'S NAME | b. PERSON EXECUTING CONSENT (Signature) | |
|---|---|---|---|
| B | ISA ALHAD MAHDI | | [Affix Seal] |
| | b. BUSINESS ADDRESS | c. TYPED NAME  ISA ALHAD MAHDI | |
| | STREET ADDRESS  PO Box 522 | d. TYPED TITLE  TITLE-HOLDER (w UCC) | |
| | CITY Decatur | STATE Ga | ZIP CODE 30031 | e. DATE THIS CONSENT EXECUTED  08/19/2008 | |

| | a. CORPORATE/INDIVIDUAL SURETY'S NAME | b. PERSON EXECUTING CONSENT (Signature) | |
|---|---|---|---|
| C | BABA | | [Affix Seal] |
| | b. BUSINESS ADDRESS | c. TYPED NAME  BABA | |
| | STREET ADDRESS  PO Box 520 | d. TYPED TITLE  TITLE-HOLDER (w UCC) | |
| | CITY Decatur | STATE Ga | ZIP CODE 30031 | e. DATE THIS CONSENT EXECUTED  08/19/2008 | |

Staff similar signature blocks on the back of this form if necessary for additional co-sureties

AUTHORIZED FOR LOCAL REPRODUCTION  
Previous edition is usable

STANDARD FORM 1414 (REV. 9-97)  
Prescribed by GSA - FAR (48 CFR) 53.228(c)

89

| | NAME & ADDRESS | ISA ALIHAD MAHDI | | STATE OF INC. GA | LIABILITY LIMIT $ 50,000,000.00 | |
|---|---|---|---|---|---|---|
| **SURETY B** | SIGNATURE(S) | 1. Isa Alihad Mahdi som | 2. | | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | ISA ALIHAD MAHDI-SECURED APPELLATION | | ISA AL HAADI AL MAHDI | | |
| | NAME & ADDRESS | SABA-3535 PEACHTREE RD STE 520 | | STATE OF INC. GA | LIABILITY LIMIT $ 50,000,000.00 | |
| **SURETY C** | SIGNATURE(S) | 1. Saba | 2. | | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | SABA-SECURED APPELLATION | | MALACHI Z. YORKEL | | |
| | NAME & ADDRESS | Dr. MALACHI Z YORK - 3535 Peachtree Rd ste 520 | | STATE OF INC. GA | LIABILITY LIMIT $ 50 MIL. | |
| **SURETY D** | SIGNATURE(S) | 1. | 2. | | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | Dr. MALACHI Z. YORK - SECURED APPELLATION | | ISA MUHAMMAD-SECURED APPELLATION | | |
| | NAME & ADDRESS | ISA ABD'ALLAH MUHAMMED 3535 Peachtree Rd #520 | | STATE OF INC. GA | LIABILITY LIMIT $ 50. MIL. | |
| **SURETY E** | SIGNATURE(S) | 1. ISA Abd'Allah Muhammed | 2. | | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | ISA ABD'ALLAH MUHAMMED SECURED-APPELLATION | | | | |
| | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | |
| **SURETY F** | SIGNATURE(S) | 1. | 2. | | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | | | | | |
| | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | |
| **SURETY G** | SIGNATURE(S) | 1. | 2. | | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | | | | | |

| BOND PREMIUM | RATE PER THOUSAND ($) | TOTAL ($) 150,000,000.00 |
|---|---|---|

### INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.,) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

6. Unless otherwise specified, the bond shall be submitted to the contracting officer that awarded the contract.

STANDARD FORM 1418 (REV.2-99) BACK

90

# SECURED BOND INSTRUMENTS CONTINUED

| PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS | DATE BOND EXECUTED (Must be same or later than date of contract) | OMB No.: 9000-0045 |
|---|---|---|
| (See Instructions on reverse) | 08/ 19 /2006 | |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | |
|---|---|---|
| DWIGHT YORK<br>3555 PEACHTREE ROAD STE. 520<br>Atlanta, GA 30326 | ☐ INDIVIDUAL | ☐ PARTNERSHIP |
| | ☐ JOINT VENTURE | ☒ CORPORATION |
| | STATE OF INCORPORATION | |
| | Kentucky,Colorado,Mass.,Georgia, and Puerto Rico | |

| SURETY(IES) (Name(s) and business address(es)) | PENAL SUM OF BOND | | |
|---|---|---|---|
| MALACHI Z. YORK<br>3536 PEACHTREE ROAD STE. 520<br>Atlanta, GA 30326 | MILLION(S) | THOUSAND(S) HUNDRED(S) | CENTS |
| | 50 | | |
| | CONTRACT DATE | CONTRACT NO. | |
| | 2/27/2006 | 6:02-CR-27-CAR | |
| | OPTION DATE | OPTION NO. | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as cosureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the varied period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

This failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option terms.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| PRINCIPAL | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. Dwight York (Seal) | 2. M L Z Y ... (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | DWIGHT D YORK | MALACHI Z. YORK E5. | |

| INDIVIDUAL SURETY(IES) | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | |
| NAME(S) (Typed) | 1. | 2. | |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | MALACHI Z. YORK | STATE OF INC. GA | LIABILITY LIMIT 50,000,000.00 |
| | SIGNATURE(S) | 1. M L Z Y ... (Seal) | 2. Isa Muhammad (Seal) | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | MALACHI Z. YORK - SECURED AFFILIATION | ISA MUHAMMAD - SECURED AFFILIATION | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

STANDARD FORM 1418 (REV. 2-90)
Prescribed by GSA-FAR (48 CFR) 53.228(c)

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURES | 1. *Dwight York* (Seal) | 2. *M York* (Seal) | 3. Isa Muhammad (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. DWIGHT YORK | 2. MALACHI Z. YORK | 3. ISA MUHAMMAD | |

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURES | 1. Isa Gifthead: Al Mahdi (Seal) | 2. Baba (Seal) | (Seal) |
| NAME(S) & TITLE(S) (Typed) | 1. ISA AL NAADI AL MAHDI | 2. BABA | |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | MALAKAI Z. YORK 3535 PEACHTREE RD STE 520 | STATE OF INC. GA | LIABILITY LIMIT $ 50,000,000.00 | |
| | SIGNATURE(S) | 1. Malakai Z. York (Seal) | 2. Baba (Seal) | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. MALAKAI Z. YORK - SECURED APPELLATION | 2. BABA | |
| SURETY B | NAME & ADDRESS | ISA MUHAMMAD 3535 PEACHTREE RD STE 520 | STATE OF INC. GA | LIABILITY LIMIT $ 50,000,000.00 | |
| | SIGNATURE(S) | 1. Isa Muhammad (Seal) | 2. Isa Mahdi (Seal) | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. ISA MUHAMMAD - SECURED APPELLATION | 2. ISA ALHAD MAHDI-SECURED APPELLATION | |

```
20082084691  C
$   18.00
SECRETARY OF STATE
08-25-2008  14:41:04
```

## INSTRUCTIONS

1. This form is authorized for use when payment bonds are required under FAR (48 CFR) 28.103-3, i.e., payment bonds for other than construction contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of this form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed thereon. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designed "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual Sureties are involved, a complete Affidavit of Individual Surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 1416 (REV. 10-98) BACK

| PAYMENT BOND FOR OTHER THAN CONSTRUCTION CONTRACTS (See instructions on reverse) | DATE BOND EXECUTED (Must not be later than bid opening date) 03/14/2008 | | OMB NO.: 9000-0045 |
|---|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVRS), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | |
|---|---|---|
| DWIGHT YORK 3535 PEACHTREE ROAD STE. 520 Atlanta, GA 30326 | ☐ INDIVIDUAL      ☐ PARTNERSHIP ☐ JOINT VENTURE   ☒ CORPORATION | |
| | STATE OF INCORPORATION | |
| | Kentucky, Georgia, Colorado, and Mass. | |

| SURETY(IES) (Name(s) and business address(es) (Include ZIP code) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| MALACHI Z. YORK 3535 PEACHTREE ROAD STE. 520 Atlanta, GA 30326 | MILLION(S) 50 | THOUSAND(S) | HUNDRED(S) | CENT(S) 00 |
| | CONTRACT DATE 02/27/2008 | CONTRACT NO. | | |

We, the Principal and Surety(ies) are firmly bound to the United States of America hereinafter called the Government in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

(a) The above obligation is void if the Principal promptly makes payment to all persons (claimants) having a contract relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above and duly authorized modifications thereof. Notice of those modifications to the Surety(ies) are waived.

(b) The above obligation shall remain in full force if the Principal does not promptly make payments to all persons (claimants) having a contract relationship with the principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the contract identified above. In these cases, persons not paid in full before the expiration of ninety (90) days after the date of which the last labor was performed or material furnishing, have a direct right of action against the principal and Surety(ies) on this bond for the sum or sums justly due. The claimant, however, may not bring a suit or any action -

(1) Unless claimant, other than one having a direct contract with the Principal, had given written notice to the Principal within ninety (90) days after the claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the claim is made. The notice is to state with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished or supplied, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same by registered or certified mail, postage prepaid, in an envelope addressed to the Principal at any place, where an office is regularly maintained for the transaction of business, or served in any manner in which legal process is served in the state in which the contract is being performed, save that such service need not be made by a public officer.

(2) After the expiration one (1) year following the date on which claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the suit is brought.

(b) Other than in the United States District court for the district in which the the contract, or any part thereof, was performed and executed, and not elsewhere.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 1416 (REV. 10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(m)

93

| CONSENT OF SURETY AND INCREASE OF PENALTY | 1. CONTRACT NUMBER | 2. MODIFICATION NUMBER | 3. DATED |
|---|---|---|---|
| | 5:03-CR-31-CAR | | 08/29/2008 |

4. The surety (co-sureties) consents (consent) to the foregoing contract modification and agrees (agree) that the (their) bond or bonds shall apply and extend to the contract as modified or amended. The principal and surety (co-sureties) further agree that on or after the execution of this consent, the penalty of the performance bond or bonds is increased by _____ 50 Million _____ dollars ($ 50,000,000.00 ) and the penalty of the payment bond or bonds is increased by _____ 50 Million _____ dollars ($ 500,000,000.00 ). However, the increase of the liability of each co-surety resulting from this change shall not exceed the sums shown below.

| 5. NAME OF SURETY(IES) | 6. INCREASE IN LIABILITY LIMIT UNDER PERFORMANCE BOND | 7. INCREASE IN LIABILITY LIMIT UNDER PAYMENT BOND |
|---|---|---|
| A. ISA MUHAMMAD | $ 50 Mill USD | $ 50 Mill USD |
| B. ISA AL KAADI AL MAHDI | $ 50 Mill USD | $ 50 Mill USD |
| C. RARA | $ 50 Mill USD | $ 150 Mill USD |

| | A. BUSINESS ADDRESS | B. SIGNATURE* | |
|---|---|---|---|
| 8. INDIVIDUAL PRINCIPAL | 3535 PEACHTREE ROAD STE. 520 Atlanta, GA 30326 | Dwight York | (Affix Seal) |
| | | C. TYPED NAME AND TITLE DWIGHT YORK -TRUST | |
| | | D. DATE THIS CONSENT EXECUTED 8/29/2008 | |

| | A. CORPORATE NAME AND BUSINESS ADDRESS | B. PERSON EXECUTING CONSENT (Signature)* | |
|---|---|---|---|
| 9. CORPORATE PRINCIPAL | MALAKAI Z. YORK EL 3535 PEACHTREE RD STE 520 Atlanta, GA 30326 | BY AUTHORIZED AGENT | (Affix Corporate Seal) |
| | | C. TYPED NAME AND TITLE MALACHI Z. YORK -TRUST | |
| | | D. DATE THIS CONSENT EXECUTED 8/29/2008 | |

* The Principal or authorized representative shall execute this Consent of Surety and Increase of Penalty with the modification to which it pertains. If the representative (e.g., attorney-in-fact) that signs the consent is not a member of the partnership, or joint venture, or an officer of the corporation involved, a Power-of-Attorney or a Certificate of Corporate Principal must accompany the consent.

**10. CORPORATE/INDIVIDUAL SURETY (CO-SURETIES)**

| | A. CORPORATE/INDIVIDUAL SURETY'S NAME AND ADDRESS | B. PERSON EXECUTING CONSENT (Signature) | |
|---|---|---|---|
| A | MALAKAI Z. YORK 3535 PEACHTREE RD STE.520 Atlanta, GA 30326 | BY AUTHORIZED REPRESENTATIVE | (Affix Seal) |
| | | C. TYPED NAME AND TITLE MALAKAI Z. YORK-APPELL. | |
| | | D. DATE THIS CONSENT EXECUTED | |

| | A. CORPORATE/INDIVIDUAL SURETY'S NAME AND ADDRESS | B. PERSON EXECUTING CONSENT (Signature) | |
|---|---|---|---|
| B | ISA MUHAMMAD 3535 PEACHTREE RD STE.520 Atlanta, GA 30326 | BY AUTHORIZED REPRESENTATIVE | (Affix Seal) |
| | | C. TYPED NAME AND TITLE ISA MUHAMMAD-APPELL. | |
| | | D. DATE THIS CONSENT EXECUTED | |

| | A. CORPORATE/INDIVIDUAL SURETY'S NAME AND ADDRESS | B. PERSON EXECUTING CONSENT (Signature) | |
|---|---|---|---|
| C | ISA ALIHAD MAHDI 3535 PEACHTREE RD STE. 520 Atlanta, GA 30326 | BY AUTHORIZED REPRESENTATIVE | (Affix Seal) |
| | | C. TYPED NAME AND TITLE ISA ALIHAD MAHDI-APPELL. | |
| | | D. DATE THIS CONSENT EXECUTED | |

Add similar signature blocks on the back of this form if necessary for additional co-sureties.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

STANDARD FORM 1415 (REV. 1-1993)
Prescribed by GSA-FAR (48 CFR 53.228(l))



| | VOID | ☒ CORRECTED | | |

PAYER'S name, street address, city, state, ZIP code, and telephone no.
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19TH STREET
DENVER CO 80294

1 Original issue discount for 2008
$ 50,000,000.00

OMB No. 1545-0117

**2008**

Form 1099-OID

**Original Issue Discount**

2 Other periodic interest
$ -0-

PAYER'S federal identification number    RECIPIENT'S identification number
REFUSED

3 Early withdrawal penalty
$ 50,000,000.00

4 Federal income tax withheld

**Copy C**
For Payer

RECIPIENT'S name
MALACHI Z YORK EL "et al"

5 Description
THIS ACT ACCEPTED FOR VALUE...

Street address (including apt. no.)
2655 PEACHTREE RD SW STE 530

6 Original issue discount on U.S. Treasury obligations
$ -0-

For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

City, state, and ZIP code
Atlanta, Georgia 30096

7 Investment expenses
$ 50,000,000.00

Account number (see instructions)
5199-CR-GT-CAR-AND ALL PREMISES

2nd TIN not.

Form 1099-OID                          Department of the Treasury - Internal Revenue Service

| | VOID | | CORRECTED | | |

PAYER'S name, street address, city, state, ZIP code, and telephone no.

1 Original issue discount for 2008
$

OMB No. 1545-0117

**2008**

Form 1099-OID

**Original Issue Discount**

2 Other periodic interest
$

PAYER'S federal identification number    RECIPIENT'S identification number

3 Early withdrawal penalty
$

4 Federal income tax withheld
$

**Copy C**
For Payer

RECIPIENT'S name

5 Description

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations
$

For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)

2nd TIN not.

Form 1099-OID                          Department of the Treasury - Internal Revenue Service

| | VOID | | CORRECTED | | |

PAYER'S name, street address, city, state, ZIP code, and telephone no.

1 Original issue discount for 2008
$

OMB No. 1545-0117

**2008**

Form 1099-OID

**Original Issue Discount**

2 Other periodic interest
$

PAYER'S federal identification number    RECIPIENT'S identification number

3 Early withdrawal penalty
$

4 Federal income tax withheld
$

**Copy C**
For Payer

RECIPIENT'S name

5 Description

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations
$

For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)

2nd TIN not.

20082084691  C
$  18.00
SECRETARY OF STATE
08-25-2008   14:41:04

24/02/2008 – CURRENT                    28/09/2008

## (: IDENTIFIED TRIBUNAL)
## :AFFIDAVIT NOTICE OF THE ADMINISTRATIVE-TRIBUNAL PUBLIC NOTARY JUDGEMENT CLAIM OF ACQUITTAL BY THIS PROTEST FOR CLOSURE AGAINST THE ESCROW-ACCOUNT-CASE FILE#s 5:02-CR-27-CAR,     AND ALL FOLLOWING CASE NUMBERS ASSOCIATED:

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT
### "NUNC PRO TUNC"

: Pursuant To: Title 42:U.S.C.§ 1986, O.C.G.A. § 11-1-207, O.C.G.A. § 15-16-4.1, UCC1-201, Title 28:U.S.C.§ 134:

| :Notary Public Acceptors: | | :Comm. Exp.: |
|---|---|---|
| 1. Laquetta C. Chirsp :County: Athens, | d/b/a LAQUETTA C. CHIRSP State:GA | February 13, 2012 |
| 2. Arall Charles :County: Athens, | d/b/a ARALL CHARLES State:GA | February 11, 2012 |
| 3. Juanchella Kemp :County: Athens, | d/b/a JUANCHELLA KEMP State:GA | February 12, 2012 |
| 4. Amir James :County: Athens, | d/b/a AMIR JAMES State:GA | February 12, 2012 |
| 5. Milcah McDade :County: Athens, | d/b/a RENAE MCDADE State:GA | May 15, 2011 |
| 6. Nkem O. Wilson :County: Fulton, | d/b/a NKEM O. WILSON State:GA | November 14, 2008 |
| 7. Shirley Evans :County: Athens, | d/b/a SHIRLEY EVANS State:GA | July 21, 2012 |

<div style="border:1px solid">

**Continued**

8. Selina C. Hughs    d/b/a  SELINA C. HUGHS          November 6, 2011
:County: Athens,        State:GA

9. Iris Hamilton      d/b/a  IRIS HAMILTON           February 7, 2012
:County: Fulton,        State:GA

10. Lamont Houser    d/b/a  LAMONT HOUSER          February 01, 2010
:County: Fulton,        State:GA

11. Rev. Sharif Wilson    d/b/a  REV. SHARIF WILSON     April 17, 2009
:County: Dekalb,        State:GA

12. [Corliss S. Clayton]   d/b/a  LAMONT HOUSER      February 01, 2010
:County: Fulton,        State:GA

13. [Barry M. Hamilton]   d/b/a BARRY M. HAMILTON    December 27, 2009
:County: Fulton,        State:GA


:<u>Sui Juris Foreign Notary Native American Citizen  Nationals:</u>


14.  Zakur Re Tupak El                              **Expires with Life**
:Territory-Continental u.S.A. / Turtle Island


15. Dawiyd Bar Eloheem El                           **Expires with Life**
:Territory-Continental u.S.A. / Turtle Island

</div>

**:NOTICE OF ACCEPTANCE FOR CLOSURE BY THIS DECLARATION CLAIM OF THIS ADMINISTRATIVE-JUDGEMENT-CLAIM BY THE MALACHI Z. YORK PRIVATE TRUST ADMINISTRATIVE AGENCY AND INTERNAL TRIBUNAL:**

DWIGHT YORK©™        v.        **ACCUSER/OFFERORS OF THE STATE OF GEORGIA**

Creditor: Dwight York]Malachi Z. York        Debtor(s): 3rd Party Agents, Agencies, Courts,& all Fiduciaries thereof

**:NOTICE TO PRINCIPAL IS NOTICE TO AGENT:**

**:Non-Negotiable Quantum-Notarial-Protest-Administrative-Judgement-Acceptance, For the Record:**

:Notary Acceptor#1: _____ • My Commission Expires: 2/12/2012

:Notary Acceptor#2: _____ My Commission Expires: 02/11/20___

:Notary Acceptor#3: _____ My Commission Expires: 02/12/2012

:Notary Acceptor#4: _____ My Commission Expires: 02/12/2012

:Notary Acceptor#5: _____ My Commission Expires: 05/15/2011

:Notary Acceptor#6: Nkem-O.:Wilson ™ My Commission Expires: 11/14/2008

:Notary Acceptor#7: _____ My Commission Expires: 7/21/2012

:Notary Acceptor#8: _____ My Commission Expires: 11/06/2011

:Notary Acceptor#9: _____ My Commission Expires: 2/7/20___

:Notary Acceptor#10: _____ My Commission Expires: 2/14/201___

:Notary Acceptor#11: _____ My Commission Expires: 4/17/2009

:Notary Acceptor#12: _____ My Commission Expires: 8/31/2009

:Notary Acceptor#13: _____ My Commission Expires: 12/27/2009

:Sui Juris-Foreign Notary Nationals

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Lawson, Jr., Roger H | 2. Court or Organization Middle District, Georgia | 3. Date of Report 5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status, magistrate judges indicate full- or part-time) U.S. District Judge, Active | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ● Annual ◯ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address P.O. Box 838 475 Mulberry Street Macon, [illegible] | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION |
|---|---|
| 1. | |

## I. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/96 | Georgia Retirement System for Superior Court Judges |

ACCEPTED FOR FILE

RECEIVED [illegible stamp] 2005 MAY 19 P 3: 31

100



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
POST OFFICE BOX 128
MACON, GEORGIA 31202

CHAMBERS OF
C. ASHLEY ROYAL
Judge

August 26, 2004

the United States
closure
One Colum
Washingt

Filing

Dear Ms. List:

In response to your letter of July                    rmation regarding my financial
disclosure report, I offer the following:

Part VII.

| Page 1 Line 7 | The value code is J. |
| Page 2 Line 19 | The value code is J. |
| Line 23 | The value code is J. |
| Line 40 | The value code is L. |
| Page 3 Line 45 | The value code is K. |
| Line 47 | The value code is J. |
| Line 48 | The value code is K |
| Line 49 | The value code is O. |
| Line 50 | The value code is O. |
| Line 51 | The value code is O. |

I also would like to point out that:

In Part VII, Page 3, Line 46 "none" should appear in Column B(2) under "Type."



Ms. Mary M. Lisi
August 26, 2004
Page 2

Please let me know if there are further changes to be made.

Very truly yours,

C. ASHLEY RO

CAR/jec





Date: 11-28-2008
REGISTERED BOND NUMBER: RR059445061US, RR059445490US ;
UCC CONTRACT TRUST ACCOUNT NUMBERS: 442003002189, 0442007044525 *FILED IN DEKALB COUNTY, GA,* and FULTON COUNTY, GA., # 2007-2268538-33 *FILED IN THE STATE OF KENTUCKY, 2677041 Filed in Common Wealth of Massachusettes, 2008FD15978 Filed in the state of Colorado, etc.;*

[SUBTOTALED-] CASE-FILE#s: 5:02-CR-27-CAR, "et al";

# NOTICE OF OBJECTION BY THIS DECLARATION
## :PRIVATE/PUBLIC NOTICE OF ARBITRATION BY ESTOPPEL JUDGEMENT:
Pursuant To: O.C.G.A. § 11-1-207, 27 CFR 72.11, Public Law 73-10, UCC 1-140, and House Joint Resolution 192 June 5, 1933.
1973 United Tobacco V. Wells, Kentucky Court of Appeals (1" to file UCC has Priority), UCC1-308, UCC1-201,
EQUITY UNDER THE LAW IS PARAMOUNT AND MANDATORY BY LAW:

Malachi York El:©™         V.         UNITED STATES DISTRICT COURT, BUREAU OF PRISONS / AGENTS / ACCUSERS
Greetings to all parties of the Court at interest;

In honor, We the People, *the United Nuwaubian Nation Of Moors of the world*
"Principle III of the United Nations: Declaration of the Rights of The Child, "Every Child, shall at birth, have the right to a Name and a Nationality" ;
U.S. SUPREME COURT-ACTS OF STATE (Cited on Pg. 2 NTMCT No. 01-A);
UNITED STATES OF AMERICA CONSTITUTION-Article three(3), section two (2), Amendment five (5) (Liberty clause) and
Amendment nine (9) (Reservation of Rights of the People);
RESOLUTION NO. SEVENTY-FIVE (75). Dated April 17, 1933-(MOORISH AMERICAN SOCIETY OF PHILADELPHIA AND USE OF THEIR NAMES);

*EL,MALACHI Z. YORK,CESTUI QUE TRUST, NOTARIAL TRIBUNAL, and the Yamassee Consulate*
have reviewed all the previous preliminary US DISTRICT COURT procedures and or alleged U.S.
Court judgements, referencing **all associated joinder incarceration mentioned Court Case File
Numbers**, in contrast with the **Secured Party, Consul General Malachi York El:©™**;
(True Creditor, Living Principal, and Common law ©-Claim Owner in fact of the TRADE-NAMES/STRAWMEN);

As the true parties of **interest** in this matter of the Private Corporation Trust MALACHI Z. YORK
EL©™ (*Messenger Co.*),We the People, the United Nuwaubian Nation of Moors (*Muurs*) of the world, the
Notarial Tribunal / Notarial Grand Jury, in **honor due hereby order the set-off, charge-back,
discharge /acquittal** of the Secured Party, Consul General : Malachi York El: ©™ *versus the ALL-CAPS Debtor
Strawman DWIGHT YORK, see-Styles Manual 2000 ch. 17 "Courtwork"* of all alleged assumed CHARGES/COUNTS, now being
held within the **ESCROW ACCOUNT / Dry Dock / ADX Federal Prison(s) custody, Book Entry
Asset Account (as Prize / Booty), LISTED AS ESCROW**(*See all associated Definitions enclosed*), for the
avoidance of any underlined exhaustion(s) of administrative remedy; Whereby previous parties
"Noticed" of the court at interest/affiliated have been sent "Notice" Registered Mail, and are all now
in **dishonor/default, 72 hours** after knowledge, for lack of an answer *see Fair Debt and Practices Act  Regulation Z*, as
follows;

1.*PUTNAM COUNTY SHERIFF'S DEPARTMENT (Warrant Division 111 RYDLEY DR.
EATONTON,GA 31204 : ARTICLE NO. RA 984919126US, RR870932561US *10/25/2003;*

2.*DISTRICT DEPUTY COMPTROLLER-ARCHIE L BRANDFORD S. ESTERN DISTRICT,
MARQUISE TOWER, 245 PEACHTREE CENTUR AVE. NEAST ATLANTA, GA 30303: RR
870932558US, RA984919143US, AND RR359618088US;

3.*EDWARD T GARLAND BAR# 28400-DBA-ATTORNEY AT LAW, MANUBIR S. ARORA:
31515 MAPLE DR. N.E. ATLANTA, GA 30305: RR359618091US , RR870932535US, AND
RA984919109US

4. *CHILD SUPPORT ENFORCEMENT -DOUGLASS NEWSOME 2930 HERITAGE PL #101
MILLEDGEVILLE, GA 31061: RR870932473US AND RR870932487US;
5.*HOWARD RICHARD SILLS-11 RYDLEY PUTNAM COUNTY SHERIFF'S
:RR870932575US, 1Z320X010344893406;