6. *DEPARTMENT DEHACIENDA, SECRETARY OF TREASURY MANUEL DIAZ SALDANA, PO BOX 4515 SAN JUAN, PUERTO RICO 00902: RR870932460US

7. *MAXWELL WOODS, RICHARD S MOULTRIE, ASST. US ATTORNEY MIDDLE DISTRICT OF GEORGIA 433 CHERRY ST.; PO BOX 1702 MACON, GA 31202: RA045864148US ;

8. *SONNY PURDUE 210 STATE CAPITAL ATLANTA; 30334 CERTIFIED#70001670001372199926:

9. *US Treasury in PUERTO RICO RR870932544US;
10. *US DISTRICT JUDGE-HUGH LAWSON-PO BOX 838 MACON, GA 31202: RR870932592US;

11. *ATTORNEY FRANK RUBINO 2601 BAYSHORE DR STE 1400, COCONUT GROVE, FL 33133:RA045864117US;

12. *FREDDRICK D BRIGHT / DAWN BASK 824 OAK ST STE#2 EATONTON, GA 31024: UPS TRACKING# 1Z302X010344243617;

13. *MORGAN COUNTY COURTHOUSE, WILLIAM PRYOR JR PO BOX 728 MADDISON GA 303650:UPS TRACKING# 1Z320X010343997029;

14. *SUPERIOR COURT OF PUTNAM COUNTY, SHEICLA H LAYSON, EATONTON, GA 31024: UPS TRACKING# 1Z320XO10344297631;

15. *HUGH LAWSON 485 MALBERRY STREET; MACON, GA 31202 ; UPS TRACKING# 1Z320X010345769441;

16. MARCY E. COOK U.S. Attorney Office Denver 1223 17th Street East Seventeenth Street Plaza #700 Denver, CO. 80202 :  USPS TRACKING#RB803414873US:

17. CLERK OF COURT OF THE U.S. DISTRICT COURT OF COLORADO, 901 19th Street Rm A-105
Denver, CO 80294-3589: USPS TRACKING#7002 0860 0001 4327 6646;

18. STATE OF COLORADO COMPTROLLER OF THE CURRENCY, ADMINISTRATOR OF NATIONAL BANK, WESTERN DISTRICT 1225 17th STREET SUITE 300 , DENVER, CO 80202: USPS TRACKING#EB 540 268 690 US;

19. **"NOTICE OF PAID IN FULL ACCOUNT" TO: USP FLORENCE ADMAX FEDERAL BUREAU OF PRISONS; USPS TRACKING# EB 540268540 US;

20. **"NOTICE OF PAID IN FULL ACCOUNT" TO:INFORMATION AND EVIDENCE UNIT, OFFICE OF PROSECUTOR, PO BOX 19519, 2500 CM The Hague; USPS TRACKING# EH 175611499 US;
21. **" NOTICE OF PAID IN FULL ACCOUNT" TO: CLERK OF COURT OF DENVER DISTRICT ; USPO TRACKING# EH 119995995 US;

22. **"NOTICE OF PAID IN FULL ACCOUNT" TO: DEPARTMENT OF TREASURY 200 E. COLFAX AVE#141,DENVER,CO 80203, USPO TRACKING# EH 273416322 US;

23. **" NOTICE OF PAID IN FULL ACCOUNT" TO:DEPOSITORY TRUST & CLEARING COPORATION, USPO TRACKING# EH 067526782 US;

24. **" NOTICE OF PAID IN FULL ACCOUNT" TO:CLERK OF COURT, MACON,GA 31202, USPO TRACKING# EH 124942797 US;

25. **" NOTICE OF PAID IN FULL ACCOUNT" TO: BUREAU OF PRISONS STAFF MAIL,ATL,GA 30315, USPO TRACKING# EH 124942823 US;

26. **" NOTICE OF PAID IN FULL ACCOUNT" TO: GOVENOR SONNY PERDUE; USPO TRACKING# EH 124939254 US;

27. **" NOTICE OF PAID IN FULL ACCOUNT" TO: US TREASURY, SECRETARY, ETC., USPO TRACKING# EB 952728496US;

28. **" NOTICE OF PAID IN FULL ACCOUNT" TO: ATTORNEY GENERAL OF COLORADO; USPO TRACKING# EH273416336US;

29. **" NOTICE OF PAID IN FULL ACCOUNT" TO:WARDEN RON WILEY,BOP FLORENCE,CO 81226, USPO TRACKING#EH 119996007 US, and EB 952728479 US;

We the People, in accordance with the Secured Party: Malachi Z. York, in honor, have found it in our best interest in the law, BOND this matter with the US Treasury 1500 Pennsylvania Avenue NW, Washington, D.C. / 20220 (See *Registered Mail Tracking Number:RR059445061US*)Department of Treasury PO BOX 4515 San Juan, PUERTO RICO,09002 (See *Registered Mail Tracking Number:RR059445490US*) for set-off **all** estimated DEBT with accrued interest *Including the* for-closure hereof herein at the Bond-Value: $50, 000, 000.00-FIFTY-MIL. US DOLLARS CURRENCY,AS WELL AS A SECOND PAYMENT FOR $300,000,000.00-THREE HUNDRED MILLION USD = A SUBTOTALED:$350,000,000.00 against the incurred debt of the UNITED STATES OF AMERICA DEBT *INCLUDING all associated CASE=s*, for the safe-guard of all parties of/at **interest** by this knowledge for-closure, settlement, and closure of all DISCLOSED/UNDISCLOSED open accounts spoken hereof herein, in accordance with the Commercial Law / Maxims :
Note: All Court fees thereof, orders of herein are accepted for value by the Secured Party, Consul General Malachi York El:©™,We the People, the United Nuwaubian Nation of Moors(*Muurs*) for the the world, the NOTARIAL TRIBUNAL / NOTARIAL GRAND JURY, the EL,MALACHI Z. YORK,CESTUI QUE TRUST (*See Jurisdiction Sureties List*) for the full-satisfaction, Restoration of Private Property in exchange of the current insured value assessment(s)Instrument/SURETY-BOND/BILLS OF EXCHANGE =: $350, 000, 000.00-THREE HUNDRED FIFTY MILLION US DOLLARS CURRENCY VALUE; (*See Jurisdiction Sureties List*)

*By this knowledge, may the Court(s) take **Judicial Notice** of the Secured Party, Consul General: Malachi York El:©™, EL,MALACHI Z. YORK,CESTUI QUE TRUST©™, the Yamassee Consulate, NOTARIAL TRIBUNAL / NOTARIAL GRAND JURY, including We the People due hereby establish FULL-CLOSURE for all initial CHARGES, CLAIMS, ASSUMPTIONS, PRESUMPTIONS, OPINIONS, and or BILL(S) PURSUANT TO: **27 USC § 72.11, 27 CFR 72.11** :acceptance For Closure- Knowledge and DISCHARGE OF THE ACCUSED Detainee.
*ANY/ALL PARTIES IN OPPOSITION TO THIS CLOSURE MATTER SHALL PRODUCE 5YR FINANCIAL REPORTS,DEDIMUS, OATHS OF OFFICE, LETTERS OF APPOINTMENT, AND OR BAR CARD NUMBERS HELD WITHIN THE PAST (5)FIVE FISCAL YEARS WITHIN **72HRS OF THIS KNOWLEDGE;**
EMPLOYER ID# 064360272 ;
Personal Registered US Treasury Account#s RR870932460US, RR870932487US, *RR059445061US, and *RR059445490US;
INSURED SURETY BOND# *RR059445061US and *RR059445490US;

Page 2 of 2

# :WRIT OF PRAECIPE TO THE CLERK:

| | |
|---|---|
| STATE OF GEORGIA'S OFFERORS/DEBTORS )<br>PURSUANT TO: US DISTRICT OF COLORADO<br>v. | CASE#**5:02-CR-27-CAR** /SUBTOTALED#s<br>Hon:Judge(s) *sic*<br>WRIT OF PRAECIPE TO<br>THE CLERK |
| Noble: Malachi York El:°™                      )<br>Sui Juris, (Creditor) Secured Party<br>SPECIAL APPEARANCE AND IN<br>PROPRIA PERSONA AND IN PROTEST      ) | |

WRITTEN OBJECTIONS BY THE DEFENDANT:  MALACHI YORK EL ( A SOVEREIGN)-TO-ANY FURTHER WRITTEN COURT ORDERS, MOTION HEARING(S), SHOW CAUSE-HEARINGS, EVIDENTIARY HEARINGS, JUDICIAL RULINGS OR WRITTEN OPINIONS IN THIS CIVIL CRIMINAL ACTION IN VIOLATION OF THE SUPREMACY CLAUSE FOR THE U.S. CONSTITUTION, AND JUDGE(S) **IS/ARE** IN VIOLATION OF ARTICLE III OF THE U.S. CONSTITUTION BECAUSE JUDGE IS NOT A JUDGE ACCORDING TO IT; AND JUDGE(S) <u>C. ASHLEY ROYAL /HUGH LAWSON</u> IS/ARE IN VIOLATION OF ARTICLES VI OF THE U.S. CONSTITUTION BECAUSE THEY HAVE NOT PUT THEIR OATH ON THE RECORD WHEN RE-QUESTED, AND IN THE CASE FILE  JUDGE(S) <u>C. ASHLEY ROYAL /HUGH LAWSON /HICKS</u> IS/ARE IN VIOLATION OF THE TREATY OF PEACE AND FRIENDSHIP #244-1; DUE TO THE AFOREMENTIONED THINGS, JUDGE(S)<u>C. ASHLEY ROYAL /HUGH LAWSON</u>  AND THIS <u>UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO, AND IT'S AGENTS</u> "LACK ANY JURISDICTION" AT ALL.
NOW <u>EL,MALACHI Z. YORK, CESTUI QUE TRUST-TRUSTEES, ADMINISTRATIVE TRIBUNAL JUDGES</u>(*See NOTARY JUDGES*), AND **We the People** (See Sureties Thumb-Prints/Autographs held now by MARCY E. COOK *sic*) ORDER THAT THIS CASE BE ABATED.

EMPLOYER ID# 064360272 ;
Personal Registered US Treasury Account#s RR870932460US, RR870932487US, *RR059445061US, and *RR059445490US;
INSURED SURETY BONDS# *RR059445061US and *RR059445490US

***NOTE: THE ABOVE LISTED CASE FILE NUMBERS GAVE BIRTH TO THE CURRENT MATTER / MISTAKE OF THE MIND OF THE US DISTRICT COURT:

Page 1 0f 2

Greetings; You are hereby respectfully ordered by the
Ancient Writ of Praecipe to file, preserve and make known the following instruments
submitted to you on this 8th day of  August  2008;

   1. Motion for Dismissal For Lack of Jurisdiction;

   2. Proposed Order;

Note: Before you proceed any further, we require that Judge(s) C. Ashley Royal, Hugh Lawson, and or current Judge
on the BENCH=BANK  for the court or prosecutor put the things
(*Oaths Of Offices, Dedimuses, Bonds, and Five Year Financial Reports each*) on record and in the case file   with the
Clerk of Court **within 72HRS;**
(1.) Produce the legislative act and its implementing regulations that precipitated this cause;

(2.) Produce the legislative act that created the office of lawyer, attorney, counselor, esquire and
made him/her a officer of the court.

(3.) Please produce a copy of your oath of office as a officer of the court and where you filed it into public record.

(4.)Please produce the contract signed by myself Malachi Z. York El, proper name of the living soul, and you (the
ATTORNEY, PROSECUTOR, and or JUDGE), in which I agreed to give up my constitutional rights(forever), and a
copy of everybody's licenses to practice law;

(5.) Please give me your status (what country are you from, and do we have a treaty?), give me your name as officer
of the court and where you filed it into public records?

(6.) Please send to me an acknowledgement that you understand that you have perjured your
your Oath of Office and are committing Constructive-Treason against the Constitution and my
Treaty;

Under what flag is your venue and jurisdiction obtained?
The Supremacy Clause says that State of Georgia/Colorado, etc. don't have jurisdiction, and the Judge must be
an **Article III JUDGE,** in an **Article III** Court (Capital Hill = Admiralty), who has taken an oath to up hold the U.S.
constitution and **every treaty which was made and which shall be made;**

I : Malachi Z. York El®:©™ hereby "Accept For Value" all acts of proven Constructive Fraud/Mistakes of the
mind(s) on behalf of the prior court-procedure, and I hereby object to any further written orders, Motions, Hearings,
Show Cause Hearing, Evidentiary Hearings, Judicial Rulings- or - any written opinions–assumptions–presumptions
issued by the **BANKRUPT UNITED STATES MIDDLE DISTRICT COURT OF THE MACON GEORGIA
CIRCUIT COURT / MAGISTRATE COURT OF GEORGIA / US DISTRICT COURTOF COLORADO** in this
**alleged Criminal Action** – based upon this Court's "LACK OF JURISDICTION"(see TAX FORMS 1040ES NR and
w-8ben) – due –to jurisdiction being vested in the Federal Court AND THE Article III Judge (with Oath of Office,
Dedimus, and Financial Statements);
And if Judge(s)C. Ashley Royal, Hugh Lawson, Hicks or the Current US District Court Judge say– or – act as an
Article III Judge (without proof), which is a crime under Title 18 U.S.C. § Criminal Code, Criminal Charges will be
filed in Federal Court;

EMPLOYER ID# 064360272 ;
Personal Registered US Treasury Account#s RR870932460US, RR870932487US, and *RR059445061US
INSURED SURETY BOND# *RR059445061US

Page 2 of 2



# UNLIMITED
# CERTIFICATE OF BONDAGE

:**NON-NEGOTIABLE**:

NOTICE ON AGENT(S) IS NOTICE ON PRINCIPAL.

NOTICE ON PRINCIPAL IS NOTICE ON AGENT(S):

" **NUNC PRO TUNC**"

VALUED AT **$2,000,000,000.00** TWO BILLION UNITED STATES DOLLARS CURRENCY, AND OR PROPERTY OF THE EQUAL-VALUE, WITH AN ACCRUING 7% INTEREST, PER DAY, PURSUANT TO: THE TREATY OF PEACE AND FRIENDSHIP, GAAP, TRUTH IN LENDING ACT, AND THE NATIONAL BANKRUPTCY ACT:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE OF BONDAGE OF THE UNITED STATES DISTRICT COURT, PURSUANT TO THE ENCLOSED INDEMNITY BOND, HEIRS, AND ALL ASSOCIATED AGENTS OF THE UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO IN JOINDER WITH ALL ASSOCIATED COURT CASE FILE#s 5:02-CR-27-CAR, 1:07-cv-01297-EWN-KLM, INCLUDING THE USA CORPORATION AND AGENTS, PURSUANT TO THE Secured Party, Diplomatic Agent:Malachi Z. York El:®:©™: THIS CERTIFICATE OF BONDAGE HEREBY BONDS ALL ASSOCIATES PUBLIC AND PRIVATE, WITHOUT LIMITATION TO, CLERKS, BAILIFFS, STENOGRAPHERS, CAPTAINS, PORTS, BANKS, BANKERS, BODY SNATCHERS / ATTORNEYS, ASSOCIATED INSURANCE AGENCIES, ASSOCIATED CUSIP NUMBERS, ASSOCIATED ACCESSION NUMBERS 909518-0-595, AND HEREAFTER ACQUIRED, THE STATE OF COLORADO'S RISK MANAGEMENT, SOLICITORS, DISPOSSESSORY DEPARTMENTS IN THE US DISTRICT COURT IN THE STATE OF COLORADO, ALL ASSOCIATED **TRUE BILLS = INDICTMENTS**, WAREHOUSE RECEIPTS OF IMPORTING AND EXPORTING VENUES AND ASSOCIATED FEES, FINANCIAL REPORTS HELD BY THE STATE OF COLORADO'S COURT FIDUCIARIES, USP FLORENCE ADMAX PRISON WARDENS, GUARDS, AND OR DOCTORS, TAX STATEMENTS, AND CLAIMED INTELLECTUAL PROPERTY FOR THE COURT RECORD ON THE RECORD:

**"NUNC PRO TUNC"**



Date:  12 / 1 /2008

## :WRIT OF REPLEVIN-CERTIFICATE OF DISHONOR CLAIM:
### (RELIEF SOUGHT FOR  CASE FILE:5:02-CR-27-CAR - CURRENT);

   Alleged defendant
 move this court an appearance by a foreign state, as such does not otherwise
exist under 28 U.S.C.§ 1605-1607, 28 U.S.C. § 1330 (c) Pursuant to
Rule 12 (b) of the Federal Rules of Civil Procedure for and Order dis-
missing Plaintiff's Complaint on the ground of lack of jurisdiction (See Tax Forms),
that this alleged Defendant be awarded its costs, reasonable attorney's fees, and any
other and further relief as this Court may deem just and proper.  If dis-
missal is not granted, We the People , as well the MALACHI Z. YORK TRUST, also
hereby Secured, move the court for a Quantum(IMMEDIATE/CURRENT/NOW)
**Discovery** because in the **interest of justice,** there are some facts that need to be
reestablished to help the alleged defendant prove his case;
We the People also request current depositions and interrogatories during this
 Abstract discovery phase;

EMPLOYER ID# 064360272 ;
Personal Registered US Treasury Account#s RR870932460US, RR870932487US,  *RR0594450611S, and *RR059445490US;
INSURED SURETY BOND# *RR059445061US and *RR059445490US;

110



Title 4 U.S.C. § 1-4, Title 28 U.S.C. §1333, §1337;
Title 50 U.S.C. Appendix Sections: 7(c), 7 (e), 9 and 12
Fed. Rules of Civ. Procedure Rules: 8,13 & 24;
1917 Trading with the Enemy Act;

## NOTICE OF RECOUPMENT OF SECURITIES
### under U.C.C. 3-305,
### COUNTER-CLAIM under U.C.C. 3-306

Greetings: CLERK OF COURT/U.S. DISTRICT COURT/DISTRICT OF COLORADO
### 1st Claim

We the People of the Nuwaubian Nation of Moors,
The Authorized Representative: :Malachi Z. York El: on behalf of DWIGHT D. YORK, am writing regarding your recent actions in regard to DISTRICT COURT/DISTRICT OF COLORADO, being the alleged Creditor in the Bond amount of: **$50,000.000.00** . The U.S. DISTRICT COURT DISTRICT OF COLORADO, has waived their status as a Creditor when YOU accepted the tender of payment by **Registered mail #:RB803 414 873US:** on: **February 27, 2008,** and Promissory Note RR059445490US, on April 16. 2008, in the amount of : **$50,000,000.00** under UCC §3-409(a)&(b) and UCC §3-04(a). RISK MANAGEMENT and the COMPTROLLER OF COLORADO, DAVE MILLER did not adjust their accounting ledger to reflect settlement and closure of the accounts receivable side of the accounting ledger.

### 2nd Claim

We presented the Prosecuting Attorney MARCY E. COOK *esq.* a Commercial Bond, as an order to pay under UCC 3-104(e) to CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, acting as representative(s) for the U.S. DISTRICT COURT DISTRICT OF COLORADO. This Bond may be treated either as a promise to pay or an order to pay. The Attorney MARCY E. COOK *esq.* CLERK OF COURT ALFRED A. ARRAJ and RISK MANAGEMENT, **has** not returned the instrument(s) to we the People nor :Malachi Z. York El:, the court has obviously chosen; an order to pay. Under §3-104(f) of the UCC a draft is the equivalent of a check and may be securitized or monetized by direct deposit in a commercial checking, time, thrift or savings account under Title 12 of the United States code. Section 1813(L)(1) and when deposited it becomes the equivalent of money as outlined under Section 1813(L)(1).

### 3rd Claim

The CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, is precluded by public policy HJR-192 and Title 31 of the United States Code Section 5118(d)(2), and the Fair Debt Practices Act, aka, Consumer Protection Act at 15 USC §1601 and §1693 from demanding payment in any specific coin or currency of the United States. Section (d)(2) of Title 31 USC §1518 states that an obligation governed by gold coin is discharged on payment dollar for dollar, by United States coin or currency that is a legal tender at the time of payment. The narrow view that money is limited to legal tender is rejected under Section 1-201(24) of the UCC. It is not limited to United States dollars. See official comments under section 3-104 of the UCC under the definition of money.

111

### 4th Claim

CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, has failed to perform their duty as fiduciary trustee of the account:

**1:07-cv-01297-EWN-KLM**

:Malachi Z. York El: on behalf of DWIGHT D. YORK, have submitted a legal and lawful "NOTICE OF DEFAULT" with no response and the account for non-acceptance and payment under sections 3-501 and 3-505(a)(b) of the UCC, which creates the evidence or presumption of a Dishonor. The CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, has knowingly or unknowingly become the DEBTOR and myself the Creditor by operation of commercial and administrative law. Also worthy of note, if U.S. DISTRICT COURT DISTRICT OF COLORADO is going to treat the note as a liability instrument, the U.S. DISTRICT COURT DISTRICT OF COLORADO has to present it to :Malachi Z. York:, for payment, make me chargeable under 3-501 of the UCC, which CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, has also failed to do. To the extent that the U.S. DISTRICT COURT for the DISTRICT OF COLORADO are in dishonor for non-acceptance and non payment by Notice of Default on the administrative side, ... there has been a discharge of the debt in its entirety under the Fair Debt Collection Practices Act within the 30 day time frame as mandated by law on April 27, 2008 Debt was satisfied on April 27, 2008.

### 5th Claim

The CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, are not applying the correct accounting entries under GAAP. The Fiduciaries of this account are treating the account as a trade receivable through securitization as an off balance sheet financing technique. Since the U.S. DISTRICT COURT DISTRICT OF COLORADO by and through its agent(s): CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, has accepted the instrument that I have tendered, I have a claim or possessory right in the instrument UCC 3-419 and its proceeds under 3-306 of the UCC, Any defense and any claim in Recoupment under section 3-305 of the UCC, which I shall exercise now, if the proper fiduciaries of the account **1:07-cv-01297-EWN-KLM** do not credit my account. The 1099-OID will identify who the principal is from, which capital and interest were taken, and who the recipient or who the payer of the funds are, and who is holding the account in escrow and unadjusted.

### 6th Claim

Since I am solution oriented, and want to show good faith, there are two ways of resolving this matter. Since U.S. DISTRIC COURT DISTRICT OF COLORADO , has already accepted my tender of payment and has not returned it, I am instructing the COMPTROLLER OF CURRENCY of COLORADO DAVE MILLER, to credit my account (*illegible*) for the sum said in full for settlement and closure. Or, instruct The CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, to return the Original instrument to me, *unendorsed.*

112

### Claim 7

Mandatory counter-claim under Federal Rules of Civil Procedure rule 13, 24 and 36.

### Claim 8

The Truth in lending Act (TILA) section 226.23, gives one the right to rescind any commercial debt contract or agreement entered into. I formally rescind this mortgage note contract with _U.S. DISTRICT COURT DISTRICT OF COLORADO . THE STATE OF COLORADO.

### Claim 9

The Authorized Representative: :Malachi Z. York El: on behalf of DWIGHT D. YORK, am asking for the entire amount of the mortgage note returned in the form of GOLD, certified money order or certified cheque. See HJR-192; Public Law 73-10; Title 31 U.S.C. Section 5118 (d)(2), Consumer Protection Act at 15 USC §1601 and §1693)

### Claim 10

U.S. DISTRICT COURT DISTRICT OF COLORADO and  THE  STATE  OF  COLORADO, sold the mortgage note, so they must give me back all  payments.

### Claim 11

I am making a Claim for the money that is owed to me.

### Claim 12

 U.S. DISTRIC COURT DISTRICT OF COLORADO and  THE  STATE  OF  COLORADO  has NO Claim!

### Claim 13

I have an offset available to me, due to the lack of full disclosure by U.S. DISTRICT COURT DISTRICT OF COLORADO and  THE  STATE  OF  COLORADO .

### Claim 14

I have a possessory right in the instrument and its proceeds under  3-306, 3-419 of the Uniform Commercial Code and any and all defense and claim of Recoupment under 3-305 of the U.C.C. since my account was not credited.

### Claim 15

U.S. DISTRICT COURT DISTRICT OF COLORADO and THE STATE OF COLORADO has collected on a Note.

U.S. DISTRICT COURT DISTRICT OF COLORADO and THE STATE OF COLORADO has no right, title or interest in  any/all copyright-copyclaimed / owned APPELLATIONS.

### Claim 16

The mortgage note is my asset.

### Claim 17

I have a right to rescind and restitution of this mortgage contract which is a part of Recoupment as this mortgage note and mortgage deed is an unconscionable contract under U.C.C. 2-302.

### Claim 18

The acquiescence by U.S. DISTRICT COURT DISTRICT OF COLORADO and its related partners is a confession under Fed. Rules of Civil Procedure Rules: 8, 9 ,13 and 24 that the aforementioned claims and statements of fact filed by the Secured Party, Lien holder , Principal and Holder-in-due-Course: Malachi Z. York El:. prior to this recent action are public notice of interest by the secured party in the instrument regarding the property in dispute by U.S. DISTRICT COURT DISTRICT OF COLORADO and THE STATE OF COLORADO and related partners. that Secured party's claims, bonds and liens are: valid, legal, lawful and in full force and effect under U.C.C. 1-103, Title 28 U.S.C. SS 1333 & 1337.

### Claim 19

I have shown a public interest that I have a claim in the said instrument(s) by: filing this Recoupment of Securities in the U.S. DISTRICT COURT OF THE IN THE DISTRICT OF COLORADO

### Claim 20

**:Malachi Z. York El:, am the true Creditor in fact, Principal and Grantor regarding this matter.**

### Claim 21

U.S. DISTRIC COURT DISTRICT OF COLORADO and THE STATE OF COLORADO. has sold the Note to a warehousing institution.

114

## FACT 1

:Malachi Z. York El: on behalf of the DWIGHT D. YORK , did not receive a certified copy of the balance sheet in discovery as required under Title 5 U.S.C. Sec. 552(b)4 and the Truth-in-Lending Act (TILA) ,Regulation 'Z'.; and has no knowledge that such documentation exist.

## FACT 2

:Malachi Z. York El: on behalf of the DWIGHT D. YORK , have not received a certified copy of forms: FAS 140, FR 2046 ( the Balance Sheet ) which are required to be filed under Title 12 U.S.C. § 248 and § 347. and has no knowledge that such documentation exist.

## FACT 3

:Malachi Z. York El: on behalf of the DWIGHT D. YORK , have not received certified copies of: forms 2049, 2099, 2046 nor have I received FAS forms: 5, 95, 133,125, and 140; and has no knowledge that such documentation exist.

## FACT 4

:Malachi Z. York El: on behalf of the DWIGHT D. YORK , have not received a data integrity review hearing; and has no knowledge that such documentation exist.

## FACT 5

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, did not receive the cash for my note at the settlement and closing; and has no knowledge that such documentation exist.

## FACT 6

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying: a given notice of the right to rescind the mortgage note and mortgage deed, under Regulation 'Z' Truth-in-Lending ( TILA), by the bank when foreclosure proceedings were initiated; and has no knowledge that such documentation exist.

## FACT 7

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying: that the U.S. DISTRICT COURT DISTRICT OF COLORADO and THE STATE OF GEORGIA are the holder, holder-in-due-course, grantor or principal nor has U.S. DISTRICT COURT. DISTRICT OF COLORADO and THE STATE OF COLORADO have the note in their possession; and has no knowledge that such documentation exist.

## FACT 8

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying that the U.S. DISTRICT COURT, DISTRICT OF COLORADO and THE STATE OF GEORGIA and related partners have not addressed or rebutted any of my: affidavits, bonds, statements, public advertisements and public filings or any other documentation sent to them regarding this instrument and this commercial matter: and has no knowledge that such documentation exist.

## FACT 9

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying that the U.S. DISTRICT COURT, DISTRICT OF COLORADO and THE STATE OF GEORGIA , has not returned the note, given me cash, cheque, money order for the closing or settled the account; and has no knowledge that such documentation exist.

## FACT 10

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying that the U.S. DISTRICT COURT, DISTRICT OF COLORADO and THE STATE OF COLORADO has not shown their other set of books, their private books to me, the 3rd party debt collector or issued a Statement 95 in regards to the instrument and proceeds; and has no knowledge that such documentation exist.

## FACT 11

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying that the U.S. DISTRICT COURT DISTRICT OF COLORADO and THE STATE OF COLORADO  has not provided me with their S-3 registration statement; and has no knowledge that such documentation exist.

## FACT 12

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying that there cannot be a holder in due course on a promissory note after it has been  deposited: and has no knowledge that such documentation exist.

## FACT 13

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying that I  received a voucher, cheque, certified money order or any of the disbursements, documents , receipts, products , proceeds, and fixtures regarding the instrument: and has no knowledge that such documentation exist.

116

# Order

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, am requesting the following documents and it is required under Title *5 U.S.C. sec 552(b)(4)*, that the aforementioned documents be fully disclosed:

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, request a **certified copy of Balance sheet form** *2046*; **forms** *2049* **and form** *2099*; **form** *1099-OID* , disclosing who the principal is from , which capital and interest were taken and who the recipient is and who the payer of the funds are and who is holding the account in escrow and unadjusted.

cash receipt regarding this matter from the AUDITOR OF U.S. DISTRICT COURT OF COLORADO,

RISK MANAGEMENT OF FREEMONT COUNTY, U.S. DISTRIC COURT DISTRICT OF COLORADO and THE STATE OF COLORADO.

 STATE OF COLORADO  *Statement 95 cash flow statement;*

The cash for my note at the closing and  all payments received by U.S. DISTRICT COURT DISTRICT OF COLORADO and THE STATE OF COLORADO , returned to me:

- Certified copy of the Audit trail of the accounting on the Bond that bonded case#s Associated;

- Certified copy of the assessment for the charges regarding Case#s Associated;

- Certified copy of the assessment for the charges regarding Warrant #

- Certified copy of all disbursements, documents and receipts held by the Risk Management and the Mayor/Commissioner of the Municipality in; FREEMONT COUNTY regarding case docket #s **1:07-cv-01297-EWN-KLM/5:02-CR-27-CAR,"et al"** the CUSIP #  (XXXXX0272) returned to me;

    -the bid bond, performance bond,  appearance bond and all associated Bonds for case #'s: **1:07-cv-01297-EWN-KLM / 5:02-CR-27-CAR;**
    - post full settlement and closure of the account for case #'s:**5:02-CR-27-CAR / 1:07-cv-01297-EWN-KLM "et al"**

    - certified copy of the total bill post settlement and closure of the account;

    - Certified copy of forms: FAS 140, FR 2046;
    - Certified copy FAS forms: 5, 95, 133,125, and 140.

## __Jurisdictional Statement__

All claims in this instrument done by the secured party trust/parties of interest/principal/lien holder(s) are under Admiralty law and agreed and consented to by all parties.

The claims of this Instrument are Within the Admiralty: Title 28 U.S.C. §1333, §1337.

(See: *Suits in Admiralty Act*, *The Bill of Lading Act*, *The Admiralty Extension Act* and *the Foreign Sovereign Immunity Act*.)

Expressed mail # EB 540288836 US, EB 870487391 US, and current EB 870487391 US:

Jurat

ATHENS-CLARKE_____ County, Georgia Republic: 1787 constitution for the united states of America; and the 1945 Charter of the United Nations, Articles 55 and 56.

Affirmed and subscribed before me on this day of the __30th__ on the month of __November__ . 2008

Consul General Malachi York El: on behalf of the *DWIGHT D. YORK*

by: _____

Secure Party/Lien holder/ Principal, Authorized Representative, Trustee

_____

Notary Public

02/11/2012 :
My Commission Expires



Title 4 U.S.C. § 1-4, Title 28 U.S.C. §1333, §1337;
Title 50 U.S.C. Appendix Sections: 7(c), 7 (e), 9 and 12
Fed. Rules of Civ. Procedure Rules: 8,13 & 24;
1917 Trading with the Enemy Act;

US DISTRICT OF COLORADO Court
Clerk's Office  Alfred A. Arraj United States CourtHouse Rm A105
901 19th Street
Denver, Colorado
80294-3589

# LETTER ROGATORY

The Secured Party We the People on behalf of Malachi York El:ⓒ™ , and EL,MALACHI Z
YORK,CESTUI QUE TRUSTⓒ™; EL,MALACHI Z. YORKⓒ™, Secured Party, Liberian
Diplomatic Agent, and Yamassee Indigenous Native American (Muur) of North America have
done an Acceptance for Honor in accord with the Uniform Commercial Code UCC §3-410; UCC
§ 3-419; (O.C.G.A. § 11-3-419), for the US DISTRICT OF COLORADO Court Clerk's Office
Alfred A. Arraj United States CourtHouse Rm A105 901 19th Street, Denver, Colorado 80294-
3589; Case No(s):ALL ASSOCIATED WITH: 5:02-CR-27-CAR. I inform the Honorable José G.
Dávila Matos, Esq., who is the Alien Custodian, Head Contract Settlements and the Fiduciary
Trustee on the Bankruptcy of the United States under Title 50 U.S.C. Appendix § 7(c), § 7(e), §
9 and § 12 (The Trading with the Enemy Act of 1917). José G. Dávila Matos, Esq., may use my
private exemption CUSIP# & AUTOTRIS# TIN# 064360272 for full settlement and closure of
this case and Accounts for the US DISTRICT COURT / US DISTRICT OF COLORADO Court
Case No(s): For Settlement and Closure.

I Accept for Value, the Charges and the CUSIP numbers for consideration and honor and in
return, I post full settlement and closure of all Court Case Numbers and all related and associated
accounts, under the Federal Rules of Civil Procedures Rule 8. I have a Claim of a Claim of
Preferred interest in this subject matter as the Secure Party. I require an accounting of the total
amount of the bill for the full settlement and closure of this case and these accounts by the US
DISTRICT Court.

The Fiduciary Officer, is to file this letter with the Clerk of Court Bradford L. Bolton, United
States CourtHouse Rm A105, 901 19th Street, Denver, Colorado 80294-3589 On behalf of
YORK, DWIGHT D. I Malachi York El:®:©™. We the People. NOTARIAL TRIBUNAL /
NOTARIAL GRAND JURY, the Yamassee Consulte, and the EL,MALACHI Z YORK,CESTUI
QUE TRUSTⓒ™ herein **Accept for Value** and consideration the and the lack of Subject Matter
Jurisdiction as well as the Oath and Bonded insurance policy of Judge-Chief Magistrate(*acting and
Prior*) of the Court to Bond the charges YORK, DWIGHT D."et al" court allegations must be
vacated on the record for the record. The Body of Malachi Z. York El:®:©™ , (O.C.G.A. 1-2-1)

119

*Prior*) of the Court to Bond the charges YORK, DWIGHT D."et al" court allegations must be vacated on the record for the record. The Body of Malachi Z. York El:®:©™ , (O.C.G.A. 1-2-1) held as artificial corporation must be discharged from the Warehouse of USP FLORENCE ADMAX FEDERAL PRISON, Denver, CO. *Immediately.*

NOTICE

I bring to your attention O.C.G.A. 15-16-4.1, " *it shall be a violation of a sheriff's oath of office for any sheriff to engage either directly or indirectly in a private security, private investigation, bail bonding, or wrecker towing business in the count in which the sheriff has jurisdiction"* Under the Statues it is required that the Body of Malachi Z. York El:®:©™, held as the artificial corporation O.C.G.A. 1-2-1, YORK, D. DWIGHT, must be released from the Warehouse (USP FLORENCE ADMAX FEDERAL PRISON)

José G. Dávila Matos, Esq.                    *URL*  http://www. hacienda.gobierno.pr
Secretary of the Treasury                      email: Infoserve@hacienda.gobierno.pr
P. O. Box 90224140                             1 (800) 981-9236  Toll Free
San Juan, P.R.  00902-4140                     (787) 721-2020     FAX  (787) 723-
6213

Thank you for your consideration and Fiduciary service.

By:  We   the   People,   EL,MALACHI   Z.   **YORK,CESTUI**   QUE   TRUST,
Bailor, Postmaster, Principal and Secured Party.
Yamassee Native American Muur of North America

**Notary Acknowledgement**

On this the 25ᵗʰ day of November 2008. The next of friend Herein
on behalf of Malachi York El:®:©™ does herewith declare and affirm before the Notary Public,
Arall Charles for the STATE OF GEORGIA, that I have examined the this letter of
Rogatory in accordance with the best of my knowledge, this statement of account.

Third Party Intervenor, UCC 1-308

_____
Witness

_____
on behalf of [:Malachi Z. York El:®:©™ ]

Witness
Seal

120





UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
CENTRAL REGIONAL OFFICE
1801 CALIFORNIA STREET
SUITE 4800
DENVER, COLORADO 80202-2648

In replying
please quote

September 17, 2008

PO Box 391182
Snellville, GA  30039

To Whom It May Concern:

We have received documents from this address regarding Malachi Z. York El, Dwight York, et. al.  The name of the sender of this correspondence was not made known.

We appreciate receiving the information.  It will be reviewed to determine if the matter falls within the jurisdiction of the SEC and will be considered in light of the SEC's regulatory and enforcement responsibilities.

As you may know, the staff of the SEC can not provide legal assistance or advice to individuals. If you need such assistance, you can contact your local bar association for referrals to attorneys who specialize in the relevant area of law.

Again, thank you for the opportunity to review this information.

Rhonda J. Erickson
Investor Assistance Specialist



STATE OF COLORADO
SECRETARY OF STATE
1700 BROADWAY, SUITE 250
DENVER, CO 80290
(303) 894-2200

CASH RECEIPT

**Cour
Pénale
Internationale**



Le Bureau du Procureur

The Office of the Prosecutor

**International
Criminal
Court**

Our reference:  OTP-CR-416/08

The Hague, 18 August 2008

Dear Sir, Madam

The Office of the Prosecutor of the International Criminal Court acknowledges receipt of your documents/letter.

This communication has been duly entered in the Communications Register of the Office. We will give consideration to this communication, as appropriate, in accordance with the provisions of the Rome Statute of the International Criminal Court.

As soon as a decision is reached, we will inform you, in writing, and provide you with reasons for this decision.

Yours sincerely,

Head of Information & Evidence Unit
Office of The Prosecutor

El Malachi Z. York Cestuique
Trust (Trustee)
P.O. Box 522
Decatur, GA 30031
United States

124



STATE OF COLORADO
SECRETARY OF STATE
1700 BROADWAY, SUITE 250
DENVER, CO 80290
(303) 894-2200

CASH RECEIPT



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

EH 273416322 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

Customer Copy
Post Office To Addressee

FOR PICKUP OR TRACKING
Visit **www.usps.com**
Call 1-800-222-1811

EH 273416336 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

Customer Copy
Post Office To Addressee

FOR PICKUP OR TRACKING
Visit **www.usps.com**
Call 1-800-222-1811

126

Case No. 1:08-cv-02631-ZLW   Document 1-1   filed 12/03/08   USDC Colorado   pg 24 of 104

Case 1:07-cv-01297-EWN-KLM   Document 51   Filed 04/08/2008   Page 54 of 56
Case 1:07-cv-01297-BNB   Document 24-20   Filed 12/24/2007   Page 1 of 2

NSN 7540-00-634-4178          FLORENCE, COLORADO          500:08

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE – CHRONIC CARE CLINICS |
|---|---|

**SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)**

DATE/TIME
7/9/07
1350

CHRONIC CARE CLINICS: CARDIAC   HYPERTENSION   DIABETES   GENERAL   NEUROLOGY
INFECTIOUS DISEASE   ENDO/LIPID   GASTRO   ORTHO/RHEUM   PULMONARY   MENTAL HEALTH

VITAL SIGNS:   HISTORY: MEDICATION ALLERGIES:   Yes   No

BP 141/85   Increasing episodes of generalized pruritis and angioedema.
PULSE: 95   takes antihistamines PRN from commissary
TEMP:
RESP: 16   Have you experienced SOB / Chest Pain / DOE / Leg Swelling / Dizziness:   Yes / No
WGT: 181   Are you having any problems with your medication:   Yes / No
BLOOD SUGAR:   Diet and Exercise Program: Daily stretching and aerobic exercise x 30 min
Regular

Tobacco Use: Y / N   If Yes, how much: _____   Last Optometry Exam (if Applicable): _____

Routine drug levels (if applicable): Therapeutic / Subtherapeutic   Date of last culture:   N/A

PEAK FLOWS:   Have you experienced GI Upset / Nausea / Discolored Urine / Weight Loss: Yes No   oc GERD

1   Infectious Disease Risk Factors: NO   HIV Tested: Yes No N/A

2   PAST MEDICAL HISTORY:

3   HTN 6 mo
Normal predicted avg. peak flows
MALES*
Asthma childhood – resolved
Hereditary Angioedema
↑ cholesterol

O / PHYSICAL EXAMINATION: refused digital rectal exam
refused for steroid
GEN: NAD   PULSES: ___
HEENT: PERRLA, TM's ___   FUNDI: ___
LUNGS: clear   HEART: RRR no m
ABDOMEN: soft, NT ___   EXTREMITIES: ___ c/c/e

INDICATING PAIN? Yes / No / NA   DESCRIBE LOCATION:
Pain Assessed at level:   1   2   3   4   5   6   7   8   9   10

LABS/STUDIES: 9/14/04 Chol 236 LDL 160

(if applicable) Serial LFT'S (AST / ALT):   NA
(if applicable) CXR Current - Yes / No   DATE:   NA

| PATIENT'S IDENTIFICATION | RECORDS MAINTAINED AT: | FLORENCE, COLORADO |
|---|---|---|

PATIENT'S NAME (Last, First, Middle Initial):
York   Dwight
REGISTRATION/IDENTIFICATION NO.:
17911-054

A-4

EXHIBIT
19
ACCEPTED FOR VALUE

Case No. 1:08-cv-02631-ZLW   Document 1-1   filed 12/03/08   USDC Colorado   pg 25 of 104

Case 1:07-cv-01297-EWN-KLM   Document 51   Filed 04/08/2008   Page 55 of 56
Case 1:07-cv-01297-BNB   Document 24-33   Filed 12/24/2007   Page 1 of 1

| ☐ Barbiturates (phenobarbital, Seconal, other) | | |
| ☐ LSD/Hallucinogens/PCP | | |
| ☐ Marijuana | | |
| ☐ Other | | |

**Alcohol History: Please complete the following:**

| Type used: (beer, wine, vodka, etc.) | How often: (daily, weekly) | Usual Amount | Date of last drink |
|---|---|---|---|
| | | | |

Have you ever had, or are you now having, any withdrawal symptoms when you have stopped using drugs or alcohol:  ☑ No   ☐ Yes
If yes, please describe: _____

**Do you use:**

Tobacco:  ☐ Yes  ☑ No   How much? ____ Pack/Day   How long? ____ Years

**7. PAIN ASSESSMENT:**

Do you currently suffer from any painful condition?  ☐ No   ☑ Yes - Location:  *BACK, TOOTH*

**8. DENTAL:** Do you currently have any of the following:

☑ Pain in teeth or mouth   ☐ Swelling in mouth, jaws, or neck   ☑ Dental emergency which you feel must be addressed immediately

**9. HISTORY OF ABUSE:** Please complete the following if applicable:   ☑ Not applicable

| TYPE OF ABUSE | WHAT AGE(s) OR WHEN |
|---|---|
| ☐ Physical | |
| ☐ Emotional | |
| ☐ Sexual | |

**10. FEMALE HEALTH:** Women please complete the following:

| Date of last menstrual period: ____ | # of Pregnancies: ____ | Are you pregnant now?: ☐ Yes ☐ No ☐ Don't know |
|---|---|---|
| Date of last pap smear: ____ | Results: ☐ Normal ☐ Abnormal ☐ Don't know | Have you ever had any of the following? (If yes, what year?) |
| Date of last mammogram: ____ | Results: ☐ Normal ☐ Abnormal ☐ Don't know | ☐ Abnormal Pap ____ ☐ Breast Biopsy ____ |
| Type of Birth Control: ☐ Birth Control Pills ☐ IUD ☐ Diaphragm ☐ None ☐ Other: ____ | | ☐ Hysterectomy ____ |
| Are you taking hormones for menopause or after hysterectomy? ☐ Yes ☐ No | Check vaccinations you have had: ☐ Measles ☐ Mumps ☐ Rubella | |

**11. ALL INMATES -** Please describe any other medical or mental health concerns you have:

*I walk with a limp from bad left foot.
My Head pain and dry throat from angio Edema
My class's need to be updated
also my back pain*

**12. DIET:**

| ☐ Diabetic | ☐ Low salt | ☐ Low fat | ☐ Vegetarian | ☐ Other____ |
|---|---|---|---|---|
| Current weight: *174* | | Usual weight: *195* | | |

**13. IMMUNIZATIONS:** Have you received any of the following vaccinations:

| ☐ Tetanus (when): ____ | ☐ Hepatitis A | ☐ Hepatitis B | ☐ Pneumonia ["Pneumovax"] (when): ____ |
|---|---|---|---|

I have answered all questions truthfully and to the best of my ability.

| Inmate Signature: | Date: *3/2/06* |
|---|---|

A-1

**EXHIBIT 32**

Case No. 1:08-cv-02631-ZLW   Document 1-1   filed 12/03/08   USDC Colorado   pg 26 of 104

Case 1:07-cv-01297-EWN-KLM   Document 51   Filed 04/08/2008   Page 56 of 56
Case 1:07-cv-01297-BNB   Document 24-16   Filed 12/31/2007   Page 1 of 1

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

*Done for OPS LT.*

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
(Medical)

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| ADX Florence | York, Dwight | 17911-054 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| NA | G A01 | 6-14-07  0215 |

| 7. Where Did Injury Happen *(Be specific as to location)* | Work Related? | 8. Date and Time Reported for Treatment |
|---|---|---|
| IN Cell  No Injury Medical | ☐ Yes  ☒ No | 6-14-07  0230 |

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

I/M evaluated for medical condition which inhicat hereditery is a chronic problem

*Signature of Patient*

**10. Objective:** *(Observations of Findings from Examination)*    X-Rays Taken ____    Not Indicated ____
X-Ray Results

Swelling to lips and urticaria to body and arms

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)*

Angioedema.

**12. Plan:** *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

Treat with 50mg benadryl and .3mg EPI

**13. This Injury Required:**

☐ a. No Medical Attention
☐ b. Minor First Aid
☐ c. Hospitalization
☒ d. Other (explain)  Treatment done in G unit.
☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

*Signature of Physician or Physician Assistant*

ACCEPT FOR VALUE



Self Carboned Form - If ballpoint pen is used, PRESS HARD

S. Nafziger, M.D.
FCC Clinical Director

Original - Medical File
Canary - Safety
Pink - Work Supervisor (Work related only)
Goldenrod - Correctional Supervisor

EXHIBIT 15



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court





# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court





# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTENTION: U.S. ATTORNEY
TROY EID
1225 17th Street ste. 700
DENVER, Colorado 80202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
10/10/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*ATTN: ATTORNEY GENERAL John
Suthers
1525 Sherman St. 7th Floor
Denver, Colorado
80203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Received
OCT 0 6 2008
by Mail Services

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☒ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

EH199960086US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICE OF THE PROVOST MARSHAL
BUILDING 2700
*ATTN: Provost Marshal Sergeant
* Master Paul Zedelis
7227 Christie St
FT Carson, Colorado

FIDUCIARY RESPONSIBILITY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent  ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☐ Certified Mail  ☒ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

EB086312294US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

**Customer Copy**

Post Office To Addressee

EH 119939027 US

**DELIVERY (POSTAL USE ONLY)**

**ORIGIN (POSTAL SERVICE USE ONLY)**

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE:

**TO:** (PLEASE PRINT)   PHONE:

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTN: Tom Cody
   DOJ
III S Tejon ste 600
Colorado Springs, CO
   80903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  10/8/8

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☑ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)
   EH11993903 5US

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Attn: CLERK OF COURT, and
Edward W. Nottingham
Room A105, A1213, and A201
901 19th Street
Denver, Colorado
80294 & 3589

2. Article Number (Transfer from service label)
EH1L9995995US

PS Form 3811, February 2004    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   Date of Delivery   SEP 29 2008
D. Is delivery address different from item 1?   ☐ Yes   ☐ No
   If YES, enter delivery address below:
3. Service Type   ☐ Certified Mail   ☒ Express Mail   ☐ Registered   ☐ Return Receipt for Merchandise   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes
102595-02-M-1540

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
* NOTICE
Clerk of the Court,
Alfred A. Arraj
United States Courthouse
Room A105
District of Colorado
901 19th Street
Denver, CO 80294

2. Article Number (Transfer from service label)
EH08338DA5U6

PS Form 3811, February 2004    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   Date of Delivery   AUG 25 2008
D. Is delivery address different from item 1?   ☐ Yes   ☐ No
   If YES, enter delivery address below:
3. Service Type   ☐ Certified Mail   ☒ Express Mail   ☐ Registered   ☐ Return Receipt for Merchandise   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes
102595-02-M-1540

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
ATTENTION: WARDEN RON WILEY
U.S. PENITENTIARY
PO Box 8500
Florence, CO 81226
~NOTICE TO DISCHARGE DETAINER~

2. Article Number (Transfer from service label)
EH1L9996007?US

PS Form 3811, February 2004    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?   ☐ Yes   ☐ No
   If YES, enter delivery address below:
3. Service Type   ☐ Certified Mail   ☒ Express Mail   ☐ Registered   ☐ Return Receipt for Merchandise   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes
102595-02-M-1540

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
* ATTORNEY GENERAL
1525 Sherman St. 7th Floor
Denver, CO 80203

2. Article Number (Transfer from service label)
EH2734Lb33bUS

PS Form 3811, February 2004    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   Received SEP 15 2009 by Mail Services   C. Date of Delivery
D. Is delivery address different from item 1?   ☐ Yes   ☐ No
   If YES, enter delivery address below:
3. Service Type   ☐ Certified Mail   ☒ Express Mail   ☐ Registered   ☐ Return Receipt for Merchandise   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes
102595-02-M-154c

Case No. 1:08-cv-02631-ZLW   Document 1-1   filed 12/03/08   USDC Colorado   pg 37 of 104

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *NOTICE
Bureau of Prisons
Staff Mail
601 McDonough Blvd SE
ATLANTA, GA
30315

2. Article Number (Transfer from service label)  EH 124042923 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 8-25-08
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
3. Service Type: ☐ Certified Mail  ☒ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *NOTICE
Gregory L. Leonard
Clerk of Court
475 Mulberry Street
Macon, Georgia
31202
Notice of Settlement

2. Article Number (Transfer from service label)  EH 124042797 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  Sam Lewis (SD)   C. Date of Delivery 8/29/08
D. Is delivery address different from item 1? ☒ Yes
P.O. Box 128
Macon, GA 31202-0128
3. Service Type: ☐ Certified Mail  ☒ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *NOTICE
US Treasury
Secretary and Treasurer
Henry M. Paulson Jr and
Anna Escobedo Cabral
1500 Pennsylvania Ave NW
Washington, D.C.
20580

2. Article Number (Transfer from service label)  EB 958738496 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   AUG 26 2008   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
3. Service Type: ☐ Certified Mail  ☒ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *NOTICE
Governor
Sonny Perdue
203 State Capital
Atlanta, Georgia
30334

2. Article Number (Transfer from service label)  EH 124939854 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 8/25/08
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
3. Service Type: ☐ Certified Mail  ☒ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: ATTN: Elbert P. Tuttle
United States Court
of Appeals Building
56 Forsyth Street, NW
Atlanta, GA 30303

* NOTICE

2. Article Number
(Transfer from service label)   EH 083383894 US

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature   X    ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES, enter delivery address below:
AUG 2 5 2008

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: HONORABLE
ATTN: Warden Wiley
USP Florence ADMAX
U.S. Penitentiary
PO Box 8500
Florence, CO
81226   *Notice

2. Article Number
(Transfer from service label)   EB 958788479 US

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature   X   ☒ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery   8-25-08
D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: ATTN: Jose G. Davila
Ramos
Department of the
Treasury
PO Box 4515
San Juan, Puerto Rico
00902   *Notice

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature   X    ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES, enter delivery address below:
AUG 2 5 2008

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

**28.106–2 48 CFR Ch. 1 (10–1–06 Edition)**

foreign countries, when a bid bond, performance or payment bond, or an individual surety is required. The bond forms shall be used as indicated in the instruction portion of each form.

(a) SF 24, Bid Bond (see 28.101).

(b) SF 25, Performance Bond (see 28.102–1 and 28.106–3(b)).

(c) SF 25–A, Payment Bond (see 28.102–1 and 28.106–3(b)).

(d) SF 25–B, Continuation Sheet (for SF's 24, 25, and 25–A).

(e) SF 28, Affidavit of Individual Surety (see 28.203).

(f) SF 34, Annual Bid Bond (see 28.001).

(g) SF 35, Annual Performance Bond (see 28.104).

(h) SF 273, Reinsurance Agreement for a Miller Act Performance Bond (see 28.202(a)(4)).

(i) SF 274, Reinsurance Agreement for a Miller Act Payment Bond (see 28.202(a)(4)).

(j) SF 275, Reinsurance Agreement in Favor of the United States (see 28.202(a)(4)).

(k) SF 1414, Consent of Surety (see 28.106–5).

(l) SF 1415, Consent of Surety and Increase of Penalty (see 28.106–3).

(m) SF 1416, Payment Bond for Other Than Construction Contracts (see 28.103–3 and 28.106–3(b)).

(n) SF 1418, Performance Bond for Other Than Construction Contracts (see 28.103–2 and 28.106–3(b)).

(o) OF 90, Release of Lien on Real Property (see 28.203–5).

(p) OF 91, Release of Personal Property from Escrow (see 28.203–5).

[48 FR 42286, Sept. 19, 1983, as amended at 54 FR 48986, Nov. 28, 1989; 61 FR 39213, July 26, 1996]

**28.106–2 Substitution of surety bonds.**

(a) A new surety bond covering all or part of the obligations on a bond previously approved may be substituted for the original bond if approved by the head of the contracting activity, or as otherwise specified in agency regulation.

(b) When a new surety bond is approved, the contracting officer shall notify the principal and surety of the original bond of the effective date of the new bond.

[48 FR 42286, Sept. 19, 1983, as amended at 61 FR 39213, July 26, 1996]

**28.106–3 Additional bond and security.**

(a) When additional bond coverage is required and is secured in whole or in part by the original surety or sureties, agencies shall use Standard Form 1415, Consent of Surety and Increase of Penalty. Standard Form 1415 is authorized for local reproduction, and a copy of the form is furnished for this purpose in part 53 of the looseleaf edition of the FAR.

(b) When additional bond coverage is required and is secured in whole or in part by a new surety or by one of the alternatives described in 28.204 in lieu of corporate or individual surety, agencies shall use Standard Form 25, Performance Bond; Standard Form 1418, Performance Bond for Other Than Construction Contracts; Standard Form 25–A, Payment Bond; or Standard Form 1416, Payment Bond for Other Than Construction Contracts.
[63 FR 44806, Aug. 22, 1997]

**28.106–4 Contract clause.**
(a) The contracting officer shall insert the clause at 52.228–2, Additional Bond Security, in solicitations and contracts when bonds are required.
(b) In accordance with Section 806(a)(3) of Pub. L. 102–190, as amended by Sections 2091 and 8105 of Pub. L. 103–355, the contracting officer shall insert the clause at 52.228–12, Prospective Subcontractor Requests for Bonds, in solicitations and contracts with respect to which a payment bond will be furnished pursuant to the Miller Act (see 28.102–1), except for contracts for the acquisition of commercial items as defined in Subpart 2.1.
[48 FR 42286, Sept. 19, 1983, as amended at 60 FR 48273, Sept. 18, 1995]

**28.106–5 Consent of surety.**
(a) When any contract is modified, the contracting officer shall obtain the consent of surety if—
(1) An additional bond is obtained from other than the original surety;
(2) No additional bond is required and—

557

**Federal Acquisition Regulation 28.106–8**
(i) The modification is for new work beyond the scope of the original contract; or
(ii) The modification does not change the contract scope but changes the contract price (upward or downward) by more than 25 percent or $50,000; or
(3) Consent of surety is required for a novation agreement (See subpart 42.12).
(b) When a contract for which performance or payment is secured by any of the types of security listed in 28.204 is modified as described in paragraph (a) of this subsection, no consent of surety is required.
(c) Agencies shall use Standard Form 1414, Consent of Surety, for all types of contracts.
[48 FR 42286, Sept. 19, 1983, as amended at 61 FR 31652, June 20, 1996]

**28.106–6 Furnishing information.**
(a) The surety on the bond, upon its written request, may be furnished information on the progress of the work, payments, and the estimated percentage of completion, concerning the contract for which the bond was furnished.

(b) When a payment bond has been provided, the contracting officer shall, upon request, furnish the name and address of the surety or sureties to any subcontractor or supplier who has furnished or been requested to furnish labor or material for the contract. In addition, general information concerning the work progress, payments, and the estimated percentage of completion may be furnished to persons who have provided labor or materials and have not been paid.

(c) When a payment bond has been provided for a contract, the head of the agency or designee shall furnish a certified copy of the bond and the contract for which it was given to any person who makes a request therefor and who furnishes an affidavit that the requestor has supplied labor or materials for such work and payment therefor has not been made or that the requestor is being sued on such bond. The person who makes the request shall be required to pay such costs of preparation as determined by the head of the agency or designee to be reasonable and appropriate (see 40 U.S.C. 3133).

(d) Section 806(a)(2) of Pub. L. 102–190, as amended by Sections 2091 and 8105 of Pub. L. 103–355, requires that the Federal Government provide information to subcontractors on payment bonds under contracts for other than commercial items as defined in Subpart 2.1. Upon the written or oral request of a subcontractor/supplier, or prospective subcontractor/supplier, under a contract with respect to which a payment bond has been furnished pursuant to the Miller Act, the contracting officer shall promptly provide to the requester, either orally or in writing, as appropriate, any of the following:

(1) Name and address of the surety or sureties on the payment bond.

(2) Penal amount of the payment bond.

(3) Copy of the payment bond. The contracting officer may impose reasonable fees to cover the cost of copying and providing a copy of the payment bond.

[48 FR 42286, Sept. 19, 1983, as amended at 50 FR 26903, June 28, 1985; 60 FR 48273, Sept. 18, 1995; 70 FR 57454, Sept. 30, 2005]

**28.106–7 Withholding contract payments.**

(a) During contract performance, agencies shall not withhold payments due contractors or assignees because subcontractors or suppliers have not been paid.

(b) If, after completion of the contract work, the Government receives written notice from the surety regarding the contractor's failure to meet its obligation to its subcontractors or suppliers, the contracting officer shall withhold final payment. However, the

surety must agree to hold the Government
harmless from any liability resulting
from withholding the final payment.
The contracting officer will authorize
final payment upon agreement
between the contractor and surety or
upon a judicial determination of the
rights of the parties.
(c) For any withholding incident to
the labor standards provisions of the
contract, see part 22.
**28.106–8 Payment to subcontractors or
suppliers.**
The contracting officer will only authorize
payment to subcontractors or
suppliers from an ILC (or any other

## CORPORATE SURITY(IES) *(Continued)*

**NAMES AND ADDRESSES**

1. 124 E Paces Dr   Athens Ga 30605
   Jafar Amin

2. Bernard Gregg   Bernard Gregg
   127 Cole Manor dr ATHens, Ga 30606

3. Michael John 886 Parrish St.

4. ROBERT SPIGAT
   P.O. Box 443, MARIETTA GA 30061

5. SIDIYQ LEONARD
   4521 N. CARLISLE ST. Phila. PA 19140

6. PATricia lewis
   635 HUNTINGTON RD ATHENS GA 30606

7. André Price   André Price
   2300 W. Broad St. Athens, Ga. 30606

8. Malikka Saeed   Maakka Saeed
   1362 Spencer St Phila pa 19141

9. Bashir Douglas   270 Barber St.
   Bashir Douglas Athens Ga 30601

10. ANTHONY T. MONTGOMERY 485 Macon Hwy
    Anthony Montgomery   ATHENS, GA 30606

## CORPORATE SURITY(IES) *(Continued)*

**NAMES AND ADDRESSES**

11. Sabriyah Harley 2360 W. Broad St 435
Athens Ga 30606

12. LEAH MABRY 105 OAK HILL DR #3122
ATHENS, GA 30601

13. Kenyatta Moore Athens, GA 30605
200 Sycamore Dr

14. Lawrence Taylor 190 Baxter Dr. APT. 48
Athens, GA 30606

15. GREGORY THOMAS 190 BAXTER DR APT 4/13
ATHENS, GA 30606

16. KEITH GUINYARD 130 BIG OAK CIRCLE
ATHENS GA 30605

17. Amir James 130 Big Oak Circle
Athens, GA 30605

18. TRENA GUINYARD 130 BIG OAK CIRCLE
ATHENS, GA 30605

19. LaQuetta Chrisp 130 Big Oak Circle
Athens, GA 30005

20. Juanchella Kemp 1124 Love St.
Smyrna, GA 30080

# :NOTARY-VERIFICATION:

I, SELWIN BAPTISTE _____ **petitioner**, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 13th , 2008

RESPECTFULLY SUBMITTED,

Petitioner:  x _____
Authorized Representative, Living Principal, Grantor, Trustee

ID 1 1966.008036  (Trinidad & Tobago)

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____          **My Commission Expires** 15 for  1/10

POSTED REGISTERED Mail NO. : **L.K. DOODNATH**
NOTARY PUBLIC
8, ANGLICAN ST, ARIMA
TRINIDAD  W.I.
667-2654 / 4231
email: lkdoodnath@hotmail.com

142

## CORPORATE SURITY(IES) *(Continued)*

**NAMES AND ADDRESSES**

11. SELWIN N. BAPTISTE
54 WATTS TR. MALABAR, ARIMA

12. CHASMAN MOSELEY
33 MOHOSANY DRIVE MALABAR ARIMA

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

20. _____

# :NOTARY-VERIFICATION:

I CHAPMAN MOSELEY _____ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 15th , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Chapman Moseley_

√ I.D: 1963 1110027
( Trinidad &
Tobago)

## NOTARY
### CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al"**

Notary: _Doodnath_ _____          My Commission ~~Expires~~ is for life.

POSTED REGISTERED Mail NO.

**L.K. DOODNATH**
NOTARY PUBLIC
9, ANGLICAN ST. ARIMA
TRINIDAD, W.I.
667-2654 / 4231
email: lkdoodnath@hotmail.com





# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

## CORPORATE SURITY(IES) *(Continued)*

**NAMES AND ADDRESSES**

1. Jermain Wellesley
   70B THE AVENUE KILBURN LONDON

2. OWEN BRYAN
   97 SWINDERBY Road Wembley

3. MICKEL HARD
   3 Bovingdon Close LONDON

4. Mark McLeod
   16A BLACKBIRD Hill NEASDENLane NW9 8SA

5. Kim McLeod
   3 Energyn Cresent Church Road

6. Lorraine Williams
   16A Blackbird Hill wembley NW9 8SA

7. STEPhen Phillip
   87SUDBURY AVE WEMBLEY - HAO. 3AL

8. Kim Ducan
   44 DENMARK ROAD HORNSEY

9. Misha Davis
   35 Wolf End Close

10. Christina Emmanuel
    48 Glynfield Rd

## CORPORATE SURITY(IES) *(Continued)*

**NAMES AND ADDRESSES**

11. SELWIN. N. BAPTISTE
54 WATTS TR. MALABAR, ARIMA

12. CHAPMAN MOSELEY
33 MOHOSANY DRIVE MALABAR ARIMA

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

20. _____



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

## CORPORATE SURITY(IES) *(Continued)*

NAMES AND ADDRESSES

11.

12.

13.

14. M. Rohut    104 High St

15. P. Banes    64C North Cricket Rd
    NW1 7GT

16.

GEORGE WASHINGTON

CARLTON EDWARDS

18. JUNIOR BROWN
    57 HARLESDEN HIGH ST. LONDON N W 10 **4SJ JB**

19. A Brathwaite
    16 Pinewood rd, Kilburn, Nw10

20.
    64 Bernard Shaw House
    Knatch Bull Road
    NW10

# :NOTARY-VERIFICATION:

I CHAPMAN MOSELEY _____ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 15TH , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Creator, Trustee

Petitioner: x _Chapman Moseley_

I.D.1963111 0027
( Trinidad &
Tobago)

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____     My Commission ~~Expires~~ is for life .

POSTED REGISTERED Mail NO. **L.K. DOODNATH**
NOTARY PUBLIC
9, ANGLICAN ST. ARIMA
TRINIDAD, W.I.
667-2654 / 4231
email: lkdoodnath@hotmail.com



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

## ORPORATE SURITY(IES) *(Continued)*

**AMES AND ADDRESSES**

_[handwritten, illegible]_

Zama Brown
38 183 Holland RD NW10 6AX

_[handwritten, illegible]_
_Springfield_ _the_ Nw _off_

D GARTER
#2 Park Parade NW10 SEJ

Anne Marie Neblett
30ª Greenhill Rd Harlesden NW10 8UD

_[handwritten, illegible]_
_[handwritten, illegible]_
_[handwritten, illegible]_
_Harlesden_ _City_

Nelson O Cole
94ª Butns Rd N.W 10 N.Y

B King
7 Runney Road

B Smith
33 Alfred mews House

C Phillips
3 _[illegible]_ Park _[illegible]_ NW6 9RP



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

## CORPORATE SURITY(IES) (Continued)

NAMES AND ADDRESSES

11. 3 Fa _(illegible)_

12. Dam _(illegible)_ Ba _(illegible)_ Avenue
    _(illegible)_

13. ANDREA _(illegible)_

14. Shyna _(illegible)_
    2 _(illegible)_ Harlesden London

15. Sanchus Whittick
    55 JAMES DYDSON CL STONEBRIDGE

16. Shana-Kay Mitchell  65 SPENCER RD,
    WEALDSTONE HARROW

17. JACKEY SILKCOOT
    8 GROVE PARK RD TETTENHAM

18. _(illegible)_

19. NEIL VAUGHN
    113 _(illegible)_ GREEN AVENUE HARROW MIDDLESEX HA2 CAL

20. Noel Henry
    16 Shakespear Avenue Stonebridge London



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

## CORPORATE SURITY(IES) (Continued)

NAMES AND ADDRESSES

11. J McLeod
Kurchard Grove Edgware London

12. Gary McLeod
5 High Mead Crescent Wembley London

13. Sandra Taitt
90 Sudbury heights Ave, Greenford, UB6 0LY.

14. Paula S.
73 GROVE HILL ROAD, CAMBERWELL. SE5. 8DF.

15. [illegible]

16. Helly [illegible]

17. Stewart

18. 23 [illegible] old [illegible] Road
[illegible] NW10 [illegible]

19. Raoul Forbes
35 Carlton Ave West, Wembley, Middx, HA0 3RZ

20. Rohan Howe
12 Dorey Drive, Kenton. HA3 9JP

**CORPORATE SURITY(IES) (Continued)**

**NAMES AND ADDRESSES**

31. LESTER COOPER.
#4 DUKE ST
PORT-OF-SPAIN. TRINIDAD. W.I.

32. ARLEN LOVELL.
LP 22 CUTUCUPANO RD.
LA PASTORA SANTA. CRUZ. TRINIDAD. W.I.

33. ELIZABETH LOVELL
LP 22 CUTUCUPANO RD.
LA PASTORA SANTA. CRUZ. TRINIDAD. W.I.

34. LONELLA LOVELL.
LP 22 CUTUCUPANO RD.
LA PASTORA SANTA. CRUZ. TRINIDAD. W.T

35. WAYNE AMBROSE.
LP #58 UPPER WEEKS TR.
MISSION ROAD. SAN-JUAN. TRINIDAD. W.T

36. ANOLIA GRAEN.
#95 LA RETREATE ROAD.
ARIMA. TRINIDAD. W.I.

37. RAYHAAN JOSEPH.
#18, SALAMAT ALI ST.
MALABAR RD. ARIMA. TRINIDAD. W.T

38. BRENT JOSEPH.
#24, REID LANE.
ARIMA. TRINIDAD. W.T.

39. KAULE YATES.
E92 LA RETREATE ROAD.
ARIMA. TRINIDAD. W.T.

40. NICANOR AMRON.
PINTO ROAD.
ARIMA. TRINIDAD. W.I.

**CORPORATE SURITY(IES) (Continued)**

**NAMES AND ADDRESSES**

41. RYAN PRIETO.
A. LA ESTONCIA DR.
DIEGO MARTIN. TRINIDAD. W.I.

42. TARIF ABDULLAH MUHAMMAD.
951 FIRST AVENUE.
MOUNT LAMBERT. TRINIDAD. W.I.

43. FRANKIE LUKE.
2P17 LA HORQUETTE BRANCE ROAD.
POINT CUMANA. CARENAGE TRINIDAD W.I.

153

## CORPORATE SURITY(IES) *(Continued)*

### NAMES AND ADDRESSES

1. MARION ATWELL — _____
   # 59 MT MORIAH RD, SAN FERNANDO

2. STEPHEN BECKLES — _____
   #HC Chanka Avenue Friendship Village San-Fernando

3. PAUL JEFFERS — Paul Jeffers
   56 CORAL DRIVE, GULF VIEW, LA ROMAINE, SAN FERNANDO

4. LYNDON LEWIS _____
   #9E Naparima Mayaro Road Moi Ropes San Fernando

5. ANIKA ATWELL #Block3 APTS FLAMINGO
   CRESCENT PLEASANT VILLE _____

6. STOKLEY MARTIN #2 R. PLAZA
   Stokley Martin

7. KINGSLEY WARD / _____
   CANE ST VistBELLA SAN FDO.

8. LESTER COLLINS — _____
   Block 2 unit 6 Dove Land Pleasant ville TRINIDAD AND TOBAGO

9. TREVOR BUBB / J. BM
   # 8 Ammi STREET Coryan Villas SFDO TRINIDAD & TOBAGO

10. PHILIP CATO
    FYZABAD, TRINIDAD . W.T



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

## CORPORATE SURITY(IES) *(Continued)*

**NAMES AND ADDRESSES**

11. _Madison Brikken — Harlan Sherman_
    _305 Remington Hills Terrance — Terrace D_

12. _____
    _____

13. _____
    _____

14. _____
    _____

15. _____
    _____

16. _____
    _____

17. _____
    _____

18. _____
    _____

19. _____
    _____

20. _____
    _____

## CORPORATE SURITY(IES) *(Continued)*

**NAMES AND ADDRESSES**

1. BARRY CHARLES
#12 EL ROSARIO Tr POOLE LAZZARI RIO CLARO  TAND T WI

2. KESTER BEALE
Cedar Dr., P'ville, San F'do, Trinidad & Tobago WI

3. BERNARD COOPER
1 GOMEZ Tr ST MARY'S Vge PRINCES TOWN  Trinidad + Tobago

4. ONELIA COOPER   Onella Cooper
1 GOMEZ TR ST. MARY'S VILLAGE PRINCES TOWN T&T WI

5. MERY GRIMES BEALE
74 CEDAR DR, P'VILLE  SAN F'do  Trinidad & Tobago WI

6. Kivin Neptune   Kivin Neptune
Londonville RD Dept  Chaguanas

7. AMEN HETEP
Bagra Trace Chase Village Carapichaima Trinidad & WI

8. NICOLE COOPER   Nicole Cooper
#1 Gomez Tr. ST MARY'S VILL PRINCES TOWN  TRINIDAD & Tobago

9. Michael Springle   MICHAEL SPRINGLE
71 Pond ST La-romaine SAN Fernando Trinidad & Tobago

10. GISELLE COOPER   Giselle cooper
71 Pond St La-romaine San Fernando Trinidad & Tobago WI

**CORPORATE SURITY(IES)** *(Continued)*

NAMES AND ADDRESSES

11. Leaber    Stewart

#11 Esperance Village, Phillipine, San Fernando

12. Andy Orosco

#11 Esperance Village phillipine San fernando

13. Virgil SMITH    Virgil Smith

150 St JAMES st BAttoo AVE MARABELLA TRINIDAD

14. ROGER BARTHolomew

#5 SEUPERSAD AVENUE. ST MARGARET'S VILLAGE
CLAXTON - BAY. TRINIDAD  W.I

15. TERRY WALKER.

#22 BANDOO TRACE. ST MARGARET'S VILLAGE
CLAXTON - BAY  TRINIDAD  W.I

16. SHELDON - HOMER BAYLEY

LP#7 NECKLES DRIVE, CARENAGE. TRINIDAD. W.I

17. LYNDON CARIGWELL.

HAIG STREET. CARENAGE. TRINIDAD. W.I.

18. RICHARD FABIEN.

FITZALLEN STREET
PT. CUMANA. CARENAGE. TRINIDAD. W.I

19. CASSANDRA - E. WOODS.

#113, CARATAL ROAD GASPARILLO.
TRINIDAD. W.I.

20. FELIX POLLIDORE.

RODNEY ST. PT. CUMANA
CARENAGE. TRINIDAD. W.I.

**CORPORATE SURITY(IES) (Continued)**

**NAMES AND ADDRESSES**

21. BURTON JOHN
LA HORQUETTE VALLEY RD.
CAREWAGE. TRINIDAD. W.I.

22. DON RICHARDO BACCHUS.
ABBPOU3RD ST
CAREWAGE. TRINIDAD. W.I

23. JOSEPM CAMPBELL
30 CIERRY DOT DRIVE.
DIAMOND VALE. DIEGO MARTIN. TRINIDAD. W.I

24. PATRICK MASON
#12, REYES ROAD.
LA PASTORA. SANTA CRUZ. TRINIDAD. W.I

25. DAVID THOMAS.
LAVANTILLE EZT ROAD.
MORVANT. POLE 193. TRINIDAD. W.I.

26. CINDY ALEXANDER - MASON.
#12 GARDEN OF EDEN.
LA PASTORA UPPER. SANTA CRUZ. TRINIDAD. W.I.

27. VALENTINE ANDERSON.
#34. VISTA HEIGHTS.
TACARICHA. TRINIDAD. W.I.

28. ALIN SAMUEL.
FAUSTIN TRACE.
MORNE COCO. ROAD. MARAVAL. TRINIDAD. W.I.

29. ANGELA AGNES AMBROSE.
LP #58. UPPER WEEKS TRACE. MISSION ROAD. SAN-JUAN. TRINIDAD. W.I.

30. CHARLES. PHILLIP.
BAGATELLE ROAD.
DEIGO MARTIN. TRINIDAD. W.I.

158

# :NOTARY-VERIFICATION:

I, _AMIKA ATWELL_ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _10/10_ , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _[signature]_
_J97505 3 0015_

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _[signature]_   My Commission Expires _does not EKz_

EDWIN K. ROOPNARINE
POSTED REGISTERED MAIL NO. ...
9 A LORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
_10/10/08_

# :NOTARY-VERIFICATION:

I, KINGSLEY WARD _____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 10/10, 2008

RESPECTFULLY SUBMITTED,

Petitioner: _Kingsley Ward_

Authorized Representative, Living Principal, Grantor, Trustee

TO SPA 301 390 03

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _E/Roopnarine_          My Commission Expires _does not E/r_

**EDWIN K. ROOPNARINE**
POSTED BY REGISTERED Mail NO.
**9 A LORD STREET**
**SAN FERNANDO**
**TRINIDAD W.I.**
**NOTARY PUBLIC**
10/10/08



# :NOTARY-VERIFICATION:

I, _LESTER COLLINS_ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _10/10_, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Lester Collins_

1970032201S

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _Edwin_ _____

Lewred

My Commission Expires _8/12_ _____

**EDWIN K. ROOPNARINE**
POSTED REQUESTED by Mail NO.
9A LORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC



# :NOTARY-VERIFICATION:

I, LYNDON LEWIS **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 10/10, 2008

RESPECTFULLY SUBMITTED.

Petitioner: _____
Authorized Representative, Living Principal, Grantee, Trustee
1984 TO1 A013

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____     My Commission Expires *does not* ELC _____



EDWIN K. ROOPNARINE
POSTED REGISTERED MailNo.
9 A LORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
10/10/08

# :NOTARY-VERIFICATION:

I, *MARLON ATWELL* petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October *10/10*, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

# 1 9 7 1 0 2 1 5 0 6 0

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al"**

Notary: _____      My Commission Expires _____

EDWIN K. ROOPNARINE
POSTED REGISTERED Mail No.
9 A LORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
*18/10/08*



# :NOTARY-VERIFICATION:

I, _____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _13/10_, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: **Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____          My Commission Expires _____

**EDWIN K. ROOPNARINE**
POSTED REGISTERED MAIL NO.
**9A LORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC**



# :NOTARY-VERIFICATION:

I, _PHILIP  CATO_ **petitioner**, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal    government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _13/16_, 2008

RESPECTFULLY SUBMITTED,

Petitioner: _Philip  Cato_

Authorized Representative, Living Principal, Grantor, Trustee

_195-F-08-21-0-55_

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _E/Crossroads-aria_

EDWIN K. ROOPNARINE
POSTED REG# ... STREET
#4 LORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
_13/10/08_

My Commission Expires _does not Err_



# :NOTARY-VERIFICATION:

I, _PAUL ANDREW LUIS JEFFERS_ petitioner, Sui Juris, hereby verify,
under penalty of perjury, Under the International laws, including the united
States of America, without the "United States" (federal    government), that
the statement of facts and laws are true and correct, according to the best of
my current information, knowledge, and belief, so help me Creator
(Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace
and Friendship of 1786, 1938 Monrovia Treaty of Friendship,
Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES
CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES
OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF
PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,**
the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. §
1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with
all provisions of Title 28 U.S.C. Constitutional, International and Treaty
laws.

Dated October _10, 0_ , 2008

RESPECTFULLY SUBMITTED,

Petitioner: _Paul Jeffers_

Authorized Representative, Living Principal, Grantor, Trustee

ID# 197506050.33

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____   My Commission Expires _does not__ 8/13

EDWIN K. ROOPNARINE
POSTED REGISTERED NO. FORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC

# :NOTARY-VERIFICATION:

I, STEPHEN BECKLES ._____ **petitioner,** Sui Juris, hereby verify,
under penalty of perjury, Under the International laws, including the united
States of America, without the "United States" (federal    government), that
the statement of facts and laws are true and correct, according to the best of
my current information, knowledge, and belief, so help me Creator
(Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace
and Friendship of 1786, 1938 Monrovia Treaty of Friendship,
Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES
CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES
OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF
PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,**
the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. §
1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with
all provisions of Title 28 U.S.C. Constitutional, International and Treaty
laws.

Dated October _14_ / _10_ , 2008

RESPECTFULLY SUBMITTED,

Petitioner:    Authorized Representative, Living Principal, Grantor, Trustee

RO# 197112 3055 .

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____

EDWIN K. ROOPNARINE
POSTED REGISTERED Mail No. 9 A LORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
10/10/08

*does not*
My Commission Expires 1/12

# :NOTARY-VERIFICATION:

I, STOKLEY  NARINE  petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 16/10 , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner:  Stokley Narine

ID # 196 90115032

NOTARY

## CERTIFICATE OF SERVICE

**Offeror:** Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: E/R Roupnarine          does not
My Commission Expires E/R 2

EDWIN K. ROUPNARINE
POSTED REGISTERED MAIL,
...CORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
10/10/08



# :NOTARY-VERIFICATION:

I, STOKLEY NARINE petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 16/10, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: *Stokley Narine*

ID# 196 90115032

NOTARY

## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____   My Commission Expires *does not* ____



EDWIN K. ROUPNARINE
POSTED REGISTERED MAIL NO. ...
CONCORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
10/14/08

# :NOTARY-VERIFICATION:

I, _PAMELA AGNES AMBROSE_ **petitioner,** Sui Juris, hereby verify, under penalty of perjury. Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October ___9th___, 2008

RESPECTFULLY SUBMITTED.

Authorized Representative, Livine Principal, Grantor, Trustee

Petitioner: _Angela Ambrose_

NOTARY

CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____       **My Commission Expires** __N/A.__

POSTED REGISTERED Mail NO.

170

# :NOTARY-VERIFICATION:

I, _ANOLA GRAY_ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal  government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9th_ , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Anola Gray_

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _Quichooduala_          My Commission ~~Expires~~ 15-10-1 Life

POSTED REGISTERED Mail NO. :



L.K. DOODNATH
NOTARY PUBLIC

171

# :NOTARY-VERIFICATION:

I, _____AMEN NAS HETEP_____ . **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October __9th__ , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror:** Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____    **My Commission Expires** Does Not Expire

GARNET MUNGALSINGH

POSTED REGISTERED Mail NO:    NO.5 A Lord Street,
                              SAN FERNANDO.
                              REPUBLIC OF TRINIDAD AND TOBAGO

# :NOTARY-VERIFICATION:

I, ARLEY LOVELL **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October ____, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____ My Commission Expires upon my death

POSTED REGISTERED  Mail NO. :

**WINSTON A. THOMPSON, LLB**
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO

173

# :NOTARY-VERIFICATION:

I, ANDY S. OROSCO **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH (God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9th , 2008

RESPECTFULLY SUBMITTED,

Petitioner: _____

Authorized Representative, Living Principal, Grantor, Trustee

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____        **My Commission Expires** Does Not Expire.

GARNET MUNGAL SINGH

POSTED REGISTERED Mail NO. NO. ½A Lord Street,
SAN FERNANDO.
REPUBLIC OF TRINIDAD AND TOBAGO._____

# :NOTARY-VERIFICATION:

I, ALvin Adolphus Samuel _____ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _cq tt_, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Creator) Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____                My Commission Expires _N/A._ _____

POSTED REGISTERED Mail NO. :

# :NOTARY-VERIFICATION:

I,___ BARRY CHARLES _____ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October___ 9th ___, 2008

RESPECTFULLY SUBMITTED,

Petitioner:

Authorized Representative, Living Principal, Grantor, Trustee

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

**Notary:** _____     **My Commission Expires** Does Not Expire
GARNET MUNGAL SINGH

POSTED REGISTERED MAil NO.: No.5ALord Street,
San Fernando.
REPUBLIC OF TRINIDAD AND TOBAGO.

176

# :NOTARY-VERIFICATION:

I, _____ BERNARD COOPER _____ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October ___9th___ , 2008

RESPECTFULLY SUBMITTED,

Petitioner: _____

Authorized Representative, Living Principal, Grantor, Trustee

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____

GARNET MUNGALSINGH

**My Commission Expires** Does Not Expire

POSTED REGISTERED MAIL NO.: No.5 A Lord Street,
SAN FERNANDO.
REPUBLIC OF TRINIDAD AND TOBAGO.

177

# :NOTARY-VERIFICATION:

I, _BURTON    JOHN_____ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal    government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9 – 10 –_, 2008

RESPECTFULLY SUBMITTED,

Petitioner: _____
Authorized Representative, Living Principal, Grantor, Trustee

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____   **My Commission Expires** _N/A._

POSTED REGISTERED Mail NO. :

# :NOTARY-VERIFICATION:

I, _BRENT JOSEPH_ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9th_, 2008

RESPECTFULLY SUBMITTED.

Petitioner: <sub>Authorized Representative, Issuer Principal, Grantor, Trustee</sub> _Brent Joseph_

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**



Notary: _L.K. Doodnath_ 　　　　**My Commission Expires** _is for life_

POST REGISTERED Mail No: **L.K. DOODNATH**

# :NOTARY-VERIFICATION:

I, CINDY ALEXANDER - MASON **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal    government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October  9th , 2008

RESPECTFULLY SUBMITTED,

Petitioner: _____

Representative, Living Principal, Grantor, Trustee

NOTARY

## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____/ My Commission Expires  upon my death

POSTED REGISTERED  Mail NO. :



WINSTON A. THOMPSON, LLB
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO

# :NOTARY-VERIFICATION:

I, CHARLES PHILLIP **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9th, 2008

RESPECTFULLY SUBMITTED,

Petitioner: _____
Authorized Representative, Living Principal, Grantor, Trustee

## NOTARY

## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____ **My Commission Expires** upon my death

POSTED REGISTERED Mail NO. :

**WINSTON A. THOMPSON, LLB**
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO

181

# :NOTARY-VERIFICATION:

I, DAVID THOMAS **petitioner**, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER I960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9th, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____   My Commission Expires upon my death

POSTED REGISTERED Mail NO. :



WINSTON A. THOMPSON, LLB
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO

## :NOTARY-VERIFICATION:

I, ELIZABETH LOVELL petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9th , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

**NOTARY**

## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____   My Commission Expires upon my death

**POSTED REGISTERED Mail NO.**



**WINSTON A. THOMPSON, LLB**
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO

# :NOTARY-VERIFICATION:

**I,** ⟨illegible⟩ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October ___ , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____     **My Commission Expires** _N/A._

POSTED REGISTERED  Mail NO.



# :NOTARY-VERIFICATION:

I, *RYAN HAROLD PRIETO* **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October *4th*, 2008

RESPECTFULLY SUBMITTED,

Petitioner: _____
Authorized Representative, Living Principal, Grantor, Trustee

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary:_____     **My Commission Expires** *N/A*.

POSTED REGISTERED Mail NO. :

# :NOTARY-VERIFICATION:

I, KAWLE YEATES **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9th, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: Rawle Yeates

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____    **My Commission Expires** for life

POSTED REGISTERED Mail NO. :



**L.K. DOODNATH**
NOTARY PUBLIC
9 2ND, JANUARY ARMY
TRINIDAD
685-2652 4TH
email lkdoodnath@hotmail.com

# :NOTARY-VERIFICATION:

I, SHELDON - HOMER - BAYLEY **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal  government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October  9 ᵀᴴ ₓᵧ , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Sheldon - Home - Bay_

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror:** Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____     My Commission Expires____ N/A. _____

POSTED REGISTERED  Mail NO. :



# :NOTARY-VERIFICATION:

I, TARIF ABDULLAH MUHAMMAD **petitioner, Sui Juris,** hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _09th_, 2008

RESPECTFULLY SUBMITTED.

Petitioner: _T. Tarif M. Muhammad._

Authorized Representative, Living Principal, Grantor, Trustee

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____

My Commission Expires _____ N/A ____

POSTED REGISTERED Mail NO.

188

# :NOTARY-VERIFICATION:

I, _TERRY WALKER_ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9th_, 2008

RESPECTFULLY SUBMITTED,

Petitioner: _____
Authorized Representatory acting Principal, Grantor, Trustee

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____          **My Commission ~~Expires~~** _does not expire_

DIPNARINE RAMPERSAD

**POSTED REGISTERED Mail NO. :**

189

# :NOTARY-VERIFICATION:

I, VALENTINE ANDERSON **petitioner, Sui Juris,** hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October ____ 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Valentine Anderson_

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____   My Commission Expires _upon my death_

POSTED REGISTERED  Mail NO. :



WINSTON A. THOMPSON, LLB
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO

# :NOTARY-VERIFICATION:

I, _Virgil Smith_ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9th_, 2008

RESPECTFULLY SUBMITTED.

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Virgil Smith_

NOTARY
CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _Dhanpersad_

DIPNARINE RAMPERSAD

POSTED REGISTERED Mail NO.

**My Commission Expires** _does not expire_

# :NOTARY-VERIFICATION:

I, _WAYNE AMBROSE_ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9th_ , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Wayne Ambrose_

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: **Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____

My Commission Expires ___N/A.___

POSTED REGISTERED Mail NO. :

# :NOTARY-VERIFICATION:

I, TREVOR MCFARLANE **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786**, **1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER I960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _20_, 2008

RESPECTFULLY SUBMITTED,

Petitioner: _____
Authorized Representative, Living Principal, Grantor, Trustee

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror:** Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____

POSTED REGISTERED Mail NO. :

My Commission Expires **Marie Wafo Fonou**
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

**Law Office of Marie Wafo Fonou**
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0674,(416) 997-1908, Fax (416) 663-1908

# :NOTARY-VERIFICATION:

I, _Tovan Dang_ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER l960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October___20___, 2008

RESPECTFULLY SUBMITTED,

Petitioner: _____
Authorized Representative, Living Principal, Grantor, Trustee

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____    My Commission Expires

POSTED REGISTERED  Mail NO. :

Marie Wafo Fonou
Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor,

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

# :NOTARY-VERIFICATION:

I, _MAUREEN JEBBISON_ **petitioner,** Sui Juris, hereby verify, under penalty of perjury. Under the International laws, including the united States of America, without the "United States" (federal government). that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _20_ . 2008

RESPECTFULLY SUBMITTED,

Petitioner: _____
Authorized Representative, Living Principal, Grantor, Trustee

## NOTARY
### CERTIFICATE OF SERVICE

**Offeror:** Bureau Of Prisons, US **DISTRICT COURT,** USA /"et al "

Notary: _____     **My Commission Expires**_____

POSTED REGISTERED Mail NO. :

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

Marie Wafo Fonou
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicito

# :NOTARY-VERIFICATION:

I, Carinne Peau Gbeke_____ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER I960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 20____, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

NOTARY

## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary:_____

POSTED REGISTERED Mail NO. :

My Commission Expires

Marie Wafo Fonou
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909