# :NOTARY-VERIFICATION:

I, _ARTHUR CRUISE_ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October___20___, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Arthur Cruise_

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror:** Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____

POSTED REGISTERED Mail NO. :

**Marie Wafo Fonou**
A Notary Public in and for the Province of Ontario
My Commission Expires
My commission does not expire being a Barrister & a Solicitor.

**Law Office of Marie Wafo Fonou**
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

# :NOTARY-VERIFICATION:

I, Tracy Cruise _____ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _22C_, 2008

RESPECTFULLY SUBMITTED.

Petitioner: _Authorized Representative, Living Principal, Grantor, Trustee_

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____

POSTED REGISTERED Mail NO. :

My Commission Expires: **Marie Wafo Fonou**
A Notary Public in and for the Province of Ontario
My commission does not expire being a Barrister & a Solicitor,

**Law Office of Marie Wafo Fonou**
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

# Class Action Criminal Complaint
# In Matters of

### :Malachi Z. York/DWIGHT D. YORK

### vs.

## FEDERAL BUREAU OF PRISONS, US DEPARTMENT OF JUSTICE, AND THE USA

:  Case#1:07-cv-01297-EWM-KLM,
*1:06-cv-00807-ZLW, 5:07-cv-90001-CAR-GMF, 02-00027-CR-CAR-5-1,* 5:02-CR-27-CAR;

## NOTICE:
### AFFIDAVIT CRIMINAL COMPLAINT
### QUANTUM-CLAIM OF DAMAGES
### VESSEL-SALVAGE CLAIM
### A.  Pursuant to Title 42 USC § 1986:

1. Title 42 USC § 1983;
2. 27 CFR 72.11;
3. Title 11 USC Ch. 5 SUBCHAPTER 11 § 524, § 727, and § 944;
4. 12 CFR § 226.10;
5. PUBLIC LAW 73-10 ;
6. Title 1 § 1, 48 Stat;
7. Emergency Banking Relief Act of March 9th 1933;
8. ARTICLE 1 § 10 of the US Constitution;
9. Title 12 USC § 152;
10. UCC 1-207, UCC1-308, UCC3-603, UCC3-605;
11. 1965 No.5596 EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTEE OF PRIVATE INVESTMENTS (MONROVIA, 6 AND 12 September 1960);
12. THE JAY TREATY ARTICLE X;
13. 1814 TREATY OF GHENT TO END THE WAR OF 1812, ARTICLE III
14. MOROCCO: JUNE 28 AND JULY 15, 1786-TREATY OF PEACE AND FRIENDSHIP;
15. GAAS (GENERAL ACCEPTED AUDITING STANDARDS);
16. GAAP (GENERAL ACCEPTED ACCOUNTING PRINCIPLES);
17. Writ of Habeas, Writ of Assistance, and Writ of Fi.Fa.;
18. EMANCIPATION PROCLAMATION January 1, 1863;
19. ROMAN STATUTES;

**Greetings to all with this knowledge, Department of Justice Inspector General Glenn Fine, and Federal Bureau of Prisons Office of Internal Affairs Marty Vogel Of Colorado:**

Comes now with this Criminal Complaint is/are We the People, the United Nuwaubian Nation of Moors (*Muurs*)worldwide, the Yamassee Native American Moors (*Muurs*), The Notarial Administrative Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI QUE TRUST  with this Criminal Complaint Claim of Fraud/violations of Oaths of Offices, and of reserved rights by this knowledge as a first-hand witness with knowledge of the injustices that We the People, the United Nuwaubian Nation of Moors (*Muurs*) for the world, the Yamassee Native American Moors (*Muurs*), The Notarial Administrative Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI QUE TRUST has declared and witnessed through recorded improper procedures taken place at the UNITED STATES DISTRICT COURT(S), in the states of GEORGIA, ILLINOIS, and COLORADO from the dates of May 13, 2002 - **Current** by the following presiding Judges(s): HICKS, LAWSON, C.A. ROYAL, BIRCH, HULL, PASCO M. BOWMAN, NOTTINGHAM, KRISTEN MIX (sic).

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the Yamassee Native American Moors (*Muurs*), The Notarial Administrative Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI QUE TRUST due hereby report this knowledge of the nature of War Crimes

Pursuant to Title 42 USC § 1986, Title 42 USC §1983, Fair Debt Collections and Practices Act, GAAP (General Accepted Accounting Principles), GAAS (General Accepted Auditing Standards), 27 CFR 72.11, Roman Statutes Article 8(ii),(iii), Article 7 Crimes against humanity, (*Trading with the Enemy Act*) Fraud, Coercion, Collusion committed in this matter as witnesses to the facts of the Fraud within the said afore mentioned case file numbers, under penalties of perjury in the state / country:(*See Each Clamant*) / Internationally hereby; Criminal acts of violations of Jurisdiction is/are being committed against the Secured Party, Consul General Malachi York El:©™ in accordance with We the People, the United Nuwaubian Nation of Moors (*Muurs*)of the World, the Yamassee Native American Moors (*Muurs*), The Notarial Administrative Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI QUE TRUST, as a recognized Liberian citizen and Honorary Diplomatic Agent. The criminal violations of Public Officials regarding jurisdiction is/are currently being committed by the FEDERAL BUREAU OF PRISONS and other U.S. AGENTS, including the criminal acts of Kidnap and Fraud, in violation of the International Human Rights Treaties, and all Reserved Rights under UCC 1-308; *see* 2003 UCC (*prior to any alleged convictions*);

The Administrative Notarial Tribunal / Notarial Administrative Grand Jury Council witnessed and investigated the illegal/unlawful recorded Tort Acts and detainment of the secured party, Consul General Malachi York El:®:©™, assumed and presumed as an escrow Surety to the alleged statute violation (*see* 27 CFR 72.11),  in accordance with the knowledge of **Fraud** (*referencing the Treaty of* 1965 No.5596 **EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTEE OF PRIVATE INVESTMENTS, MONROVIA, 6 AND 12 September 1960);**

(*In accord to Discoveries*) observed during a Court Case proceeding committed against

:Malachi York El:®:©™ in the assumed, presumed, opinionated **charges** of ALL

LISTED CHARGES ON THE **INDICTMENT(S)** = **TRUE BILL**(*see* 27 CFR 72.11) .

Parties on behalf of the STATE OF GEORGIA, and the U.S. DISTRICT COURT

provided no proof of Charges/Claim(s) during the court case hearings.

In accordance, autograph's are provided below as verification knowledge of the

additional witnesses, who are also qualified competent-friends of the Court with

knowledge of the matter herein, do qualify this Class Action-Criminal-Complaint Claim

statement of the facts to establish knowledge of Fraud, Violations of Reserved rights by

the Practice of War Crimes/Crimes Against Humanity, by Coercion, Conspiracy,

Collusion, Espionage on the record for the record committed by the U.S. DISTRICT

COURT(S) (*see Court Transcripts*) Case Number: 1:07-cv-01297-EWM-KLM.......*etc.*

:Malachi York El: UCC Contract Trust Account# 442003002189 GA;  0442007044525

GA; 2007-2268538-33 KY; 2677041 KY; 2008-F015978 MA- *filed in Puerto Rico and*

*Colorado, and Washington State;*

All commercial tort claims (mortgage notes) made against the Secured Party :Malachi York El:®:©™ all city, state, federal agencies have been satisfied in full by the commercial presentments of a Bond/Promissory Note/Certified Funds in the subtotaled amount of $350,000,000.00 Three Hundred Fifty-Million United States Dollars and Zero Cents, filed in the Clerk of Court in the U.S. DISTRICT COURT DISTRICT OF COLORADO, as well as the Secretary of State Department of Colorado, **Payable on Demand** to the Department of the Treasury PO Box 4515 San Juan, Puerto Rico 00902, **Attention:** José G. Dávila Matos.

### :NOTARIAL  WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal  Notarial Grand Jury, and the EL MALACHI Z. YORK ,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: ___21st___ in the year 2008.

_____          _____
Witness                                          Witness

_____          _____
NOTARY PUBLIC                              Witness

My Commission ~~Expires~~ Does Not Expire
REPUBLIC OF TRINIDAD AND TOBAGO.

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21ˢᵗ  _October_  in the year 2008.       } *s.s.*

_____          _____
Witness  AMEN  HOTEP              Witness  CASSANDRA  WEEKS

_____          _____
NOTARY PUBLIC                     Witness  PHILIP  CATO

_____
My Commission Expires  N/A

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21 *st October* in the year 2008.

_____          _____
Witness  SAMIYLAH A MUHAMMAD          Witness  HIKMAH A. Muhammad

_____          _____
NOTARY PUBLIC                          Witness  ALVIN Samuel

_____
My Commission Expires  N/A.

## NOTARIAL WITNESS OATH

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

On the day: 21 st  *October*  in the year 2008.                      } *EK*.

Witness _MENKAIM ROBERTS_          Witness _PATRICK ALLEYNE_

NOTARY PUBLIC                                  Witness _JOSEPH HOSTEN_

My Commission Expires   _N/A._

## :NOTARIAL - WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal   Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21 st October, in the year 2008.

_____           _____
Witness MARSHA + FRANK WALKER       Witness TERRY WALKER

_____           _____
NOTARY PUBLIC                       Witness WAYNE AMBROSE

_____
My Commission Expires  N/A .

## NOTARIAL – WITNESS– OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

2 , ᵗ   On the day: _Octob_ in the year 2008.

_Brent Joseph_
Witness
TTP 138318
_tm_
NOTARY PUBLIC

_Chapman Moseley_
Witness     1963111002T
TTI
_Baptiste_
Witness   TT ID No 1956 10030

_Date The 21ST October 200 0_

My Commission Expires: _c 9s 4/c_

NATH PERSAD SHARMA
ATTORNEY AT LAW&
NOTARY PUBLIC
Corner Eastern Main Road &
Morton Street, Tunapuna
Trinidad W.I.

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

21ˢᵗ on the day: *[handwritten]* in the year 2008.

_____      _____
Witness *[handwritten]*                Witness *[handwritten]*

_____      _____
NOTARY PUBLIC                     Witness *[handwritten]*

_____

My Commission ~~Expires~~ *[handwritten]*

NATH PERSAD SHARMA
ATTORNEY -AT-LAW&
NOTARY PUBLIC
Corner Eastern Main Road &
Morton Street, Tunapuna
Trinidad W.I.

:NOTARIAL -WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

On the day: 22nd in the year 2008.

Witness  YASIN ALFRED MAJERS

NOTARY PUBLIC

My Commission Expires   N/A

Witness  NICANOR AMREN

Witness  MARLON B.DURHAM



## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day:22ⁿᵈ *October,* in the year 2008.

Witness SHELDON- HOMER- BAYLEY

Witness LYNDON .P CRAIGWELL

NOTARY PUBLIC

Witness TARIF A. MUHAMMAD

N/A.

My Commission Expires

## NOTARIAL WITNESS OATH

We the People, the United Nuwaubian Nation of Moors (*Maurs*), the Yamassee Native American Moors (*Maurs*), The Notarial Administrative Tribunal - Notarial Grand Jury, and the EL MALACHI Z. YORK CESTUI QUE TRUST in the presence of a Notarial Witness have reviewed this knowledge being true, correct, and complete with the best of our knowledge by this oath of office under the penalties of perjury in the month: October, on the day: __21st__ in the year 2008.

_____          _____
Witness                                          Witness

_____          _____
NOTARY PUBLIC                             Witness

My Commission ~~Expires~~ DOES NOT EXPIRE
REPUBLIC OF TRINIDAD AND TOBAGO.



## :NOTARIAL - WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Murs*), the

Yamassee Native American Moors (*Murs*), The Notarial Administrative

Tribunal - Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true. correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21st in the year 2008.

_Cinella Cooper_
Witness

_[signature]_
NOTARY PUBLIC

_Virgil Smith_
Witness

_[signature]_
Witness



My Commission Expires: Does Not Expire
REPUBLIC OF TRINIDAD AND TOBAGO

## NOTARIAL WITNESS OATH

We the People the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*) The Notarial Administrative

Tribunal   Notarial Grand Jury  and the EL MALACHI Z  YORK.CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day:  21st   in the year 2008.

Witness

Witness

NOTARY PUBLIC

Witness

My Commission ~~Expires~~ Does Not Expire
REPUBLIC OF TRINIDAD AND TOBAGO.



## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*). The Notarial Administrative

Tribunal – Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21st in the year 2008.


_____            _____
Witness                            Witness

_____            _____
NOTARY PUBLIC                      Witness


My Commission ~~Expires~~ Does Not Expire
REPUBLIC OF TRINIDAD AND TOBAGO



## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21st in the year 2008.

_____                      _____
Witness                                      Witness



_____                      _____
NOTARY PUBLIC                                Witness

_____
My Commission Expires Does Not Expire
REPUBLIC OF TRINIDAD AND TOBAGO.

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21ˢᵗ in the year 2008.

_____          _____
Witness                                                        Witness

_____          _____
NOTARY PUBLIC                                         Witness



My Commission ~~Expires~~ Does Not Expire
REPUBLIC OF TRINIDAD AND TOBAGO

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

**Yamassee** Native American Moors (*Muurs*), The Notarial Administrative

**Tribunal** / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

**QUE TRUST** in the presence of a Notarial Witness have reviewed this

**knowledge** being true, correct, and complete with the best of our knowledge

by **this** oath of office under the penalties of perjury in the month: October,

On the day: 2 1ˢᵗ   in the year 2008.

_____
Witness

_____
NOTARY PUBLIC

_____
My Commission Expires

_____
Witness

_____
Witness

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21 *st* October, in the year 2008.

_____          _____
Witness CHARLES PHILLIP          Witness CHERRY TRIBUCE

_____          _____
NOTARY PUBLIC                     Witness RESTON MAYERS } XM

_____
My Commission Expires N/A

# :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: __21st__ in the year 2008.



Witness

NOTARY PUBLIC

My Commission Expires



Witness

Witness

## NOTARIAL –WITNESS- OATE:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: _20_ in the year 2008.

_____
Witness

_____
NOTARY PUBLIC

_____
Witness

_____ Faride Molina
Witness

_____
My Commission Expires

**Marie Wafo Fonou**
**A Notary Public in and for the**
**Province of Ontario**
**My commission does not**
**expire being a Barrister & a Solicitor.**

**Law Office of Marie Wafo Fonou**
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

NOTARIAL ~WITNESS~ OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 20 in the year 2008.

_____
Witness

_____
NOTARY PUBLIC

_____
Witness

_____
Witness    Faride Molina

_____
My Commission Expires

**Marie Wafo Fonou
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.**

**Law Office of Marie Wafo Fonou**
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

## NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: _20_ in the year 2008.

_Sean Allen_ _____
Witness

_Paola Pareja-Garcia_ _____
Witness

_MASIMBA KADRIRANDE_ _____
Witness

NOTARY PUBLIC

My Commission Expires

**Marie Wafo Fonou**
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

**Law Office of Marie Wafo Fonou**
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel. (416) 663-0874,(416) 997-1908, Fax. (416) 663-1909

:NOTARIAL WITNESS OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: _____ in the year 2008.

_____          _____
Witness                             Witness

_____          _____
NOTARY PUBLIC                       Witness

_____
My Commission Expires

**Marie Wafo Fonou**
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

**Law Office of Marie Wafo Fonou**
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

### :NOTARIAL -WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: _20_ in the year 2008.


_____               _____
Witness                               Witness

_____               _____
NOTARY PUBLIC                         Witness


_____
My Commission Expires


**Marie Wafo Fonou**
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

**Law Office of Marie Wafo Fonou**
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: _20_ in the year 2008.

_____   _____
Witness                     Witness

_____   _____
NOTARY PUBLIC               Witness

_____
My Commission Expires

**Marie Wafo Fonou**
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

**Law Office of Marie Wafo Fonou**
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

## NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: _20_ in the year 2008.

Tovan Dang
Witness

_____
NOTARY PUBLIC

MAUREEN
Witness

TREVOR McFarlane
Witness

My Commission Expires
**Marie Wafo Fonou**
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

**Law Office of Marie Wafo Fonou**
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel. (416) 663-0874,(416) 997-1908, Fax: (416) 663-1908

NOTARIAL - WITNESS- OATH

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 20 in the year 2008.

Carinne Peggy Gheule _____   Tristen Coffey _____
Witness                                 Witness

                                        Enock Brobbey _____
NOTARY PUBLIC                           Witness

**Marie Wafo Fonou**
My Co. Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

**Law Office of Marie Wafo Fonou**
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel. (416) 663-9574, (416) 987-1908, Fax: (416) 663-1909

## :NOTARIAL -WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 20th in the year 2008.

Witness SAMUEL BROWNE

NOTARY PUBLIC

**Marie Wafo Fonou**
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

My Commission

Witness

LOUISETTE SAINTFORT

Witness

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel. (416) 663-0974. (416) 897-1908. Fax. (416) 663-1909

## NOTARIAL WITNESS OATH

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: __20__ in the year 2008.

*Millicent Small*
MILLICENT SMALL
Witness

*Jesse Small*
JESSE SMALL
Witness

NOTARY PUBLIC

*Marie Midene Doie*
Witness

**Marie Wafo Fonou**
A Notary Public in and for the
My Commission Expires
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

**Law Office of Marie Wafo Fonou**
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel. (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

232



Title 4 U.S.C. § 1-4, Title 28 U.S.C. §1333, §1337;
Title 50 U.S.C. Appendix Sections: 7(c), 7 (e), 9 and 12
Fed. Rules of Civ. Procedure Rules: 8,13 & 24;
1917 Trading with the Enemy Act;

## **KNOWLEDGE**
## LET THE COURT(S) TAKE JUDICIAL NOTICE
## PURSUANT TO:TITLE 8 § 1481:

"Principle III of the United Nations: Declaration of the Rights of The Child. "Every Child, shall at birth, have the right to a Name and a Nationality" ;
: U.S. SUPREME COURT-ACTS OF STATE (Cited on Pg. 2 NT/NCT No. 01-A);
UNITED STATES OF AMERICA CONSTITUTION-Article three(3), section two (2), Amendment five (5) (Liberty clause) and
Amendment nine (9) (Reservation of Rights of the People);
RESOLUTION NO. SEVENTY-FIVE (75). Dated April 17, 1933-(MOORISH AMERICAN SOCIETY OF PHILADELPHIA AND USE OF THEIR NAMES);

### NOTICE TO AGENT(S) IS NOTICE TO PRINCIPAL:
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT(S):
### NOTICE ON AGENT(S) IS NOTICE ON PRINCIPAL:
### NOTICE ON PRINCIPAL IS NOTICE ON AGENT(S):

## For the record, on the record:

## I <u>Malachi Z. York</u> am not a citizen of the UNITED STATES CORPORATION;

## I <u>Malachi Z. York</u> am a Native American Moor (*Muur*) by Nationality and birthright, and I <u>Malachi Z. York</u> am a Liberian citizen and Honorary Diplomatic Agent;

## I <u>Malachi Z. York</u> , the flesh and blood living soul am not a corporation;

Secured Party, Authorized Representative, Guarantor, Grantor, Executor, Beneficiary, Trustee:___Malachi York El:®:℗™_____
                                                                                          :Authorized Trustee's Autograph

## *AFFIDAVIT FOR VERIFICATION OF THE FACTS*

**TRACKING#s: EH 273416322 US(To the IRS), EH 273416353 US(To the Dept.:Treas.PR), EB 627576858 US(To the Dept.:Treas.PR), EH 273416336 US(To ATTORNEY GENERAL as Payee), EH 023384025 US(To Clerk of Court), EH 11999595 US(To Clerk of Court), EH 124942797 US(To Clerk of Court), EH 273416398 US(To US Treas.), EB 952728496 US(To US Treas.), EB 627576756 US(To the IRS), EB 6275768 US(To the IRS), EH 067526725 US(To the IRS), EH 124942823 US(To the BOP), EB 952728479 US(To the BOP), EH 119996007 US(To the BOP), EH 273416 US(To US SEC), EH 124939254 US(S.P. GA, Gov), etc.:**

On the  _30_ , day of  _November_ , **2008** A.D., a living Sovereign Man known as : **Secured Party, Trustee, as holder in due course,** swore out an Administrative Notice of Affidavit, denying the existence of all corporations that as notarized by myself and attached hereto. The notary record shows that no rebuttal of this affidavit was delivered back to me within the time allowed, and therefore, confession of judgment of the merits is warranted.

Further Affiant Saith Naught.

L.S. _____  _UCC s-402(b)_

{Seal} **Secured Party**

state of :Georgia                    )
ss county of: Fulton                 )

I _____ AMIR JAMES _____ , a notary public

State Of  _Georgia_  County,  _Clarke_ , certify

That  _Secured Party,_  personally appeared before me this day, and being duly sworn, stated that he/she knows the handwriting of

 _Secured Party_ , and that the signature of  _Secured Party_

as a subscribing witness to the foregoing instrument is the signature of

 _Secured Party_ .

Witness my hand and official seal, this the  _30_ th  day of  _November_ , **2008.**

**(Official Seal)**

_____
          Notary Public

My commission expires  _February 12, 2012_



Title 4 U.S.C. § 1-4, Title 28 U.S.C. §1333, §1337;
Title 50 U.S.C. Appendix Sections: 7(c), 7 (e), 9 and 12
Fed. Rules of Civ. Procedure Rules: 8,13 & 24;
1917 Trading with the Enemy Act;

# FINAL JUDGEMENT DECLARATION:

BY THE NOTARY TRIBUNAL, EL,MALACHI Z YORK,CESTUI QUE TRUST,
AND We the People: <u>PURSUANT TO 27 CFR 72.11, COMMERCIAL MAXIMS OF
LAW, BILL OF RIGHTS, GAAP- GENERAL ACCEPTED ACCOUNTING-
PRACTICES, TITLE 42 USC § 1986, TITLE 42 USC § 1983, TREATY OF
PEACE AND FRIENDSHIP, and UCC 3-402(b):</u>

(*See all Autographs/Thumb Prints received by MARCY E. COOK, Esq. RB 803 414 873 US*)
**CASE FILE#s 1:07-cv-01297-EWM-KLM**, 1:06-cv-00807-ZLW, 5:07-cv-90001-CAR-GMF,
02-00027-CR-CAR-5-1, AND **5:02-CR-27-CAR**:
USPS MAIL TRACKING# EB 875779330 US

c/o US DISTRICT OF COLORADO Court
Clerk's Office  Alfred A. Arraj United States CourtHouse Rm A105
901 19th Street
Denver, Colorado
80294-3589

## :POINTS OF INTEREST

5.  : RECORDED PROOF FOR THE <u>LACK OF JURISDICTION</u>: ( SEE IRS TAX FORMS);


6.  : ENCLOSED PAID IN FULL ACCOUNT KNOWLEDGE ( SEE TAX FORMS);


7.  : FINAL DECREE AND DECLARATION OF THE NOTARY TRIBUNAL
    ADMINISTRATIVE-JUDGEMENT:
    (*SEE ATTACHED DOCUMENTED COPY. INCLUDING ALL ASSOCIATED NOTARIES FOR THE STATE OF GEORGIA*)

8.  : PROOF AND CLAIM OF QUANTUM-DAMAGES / MISAPPROPRIATIONS
    BY US DISTRICT COURT AGENTS:

NOTICED PARTIES TO THIS MATTER:
c/o US DISTRICT COURT, DISTRICT OF COLORADO: EB 875779330 US, RB 803 414 873 US;
c/o COMMON WEALTH OF PUERTO RICO: EB 875779312 US, RR 059 445 490 US;
c/o INFORMATION AND EVIDENCE UNIT, THE HAGUE: EB 875779326 US, EB 540268540 US;
c/o US TREASURY DEPT. :RR 059 445 061 US;
c/o IRS SERVICE CENTER;
c/o UNITEDSTATES SECURITIES AND EXCHANGE COMMISSION: EB 875779309;

## :NOTICE OF ACCEPTANCE FOR CLOSURE BY THIS DECLARATION CLAIM OF THIS ADMINISTRATIVE-JUDGEMENT-CLAIM BY THE MALACHI Z. YORK PRIVATE TRUST ADMINISTRATIVE AGENCY AND INTERNAL TRIBUNAL:

DWIGHT YORK©™                    v.        ACCUSER/OFFERORS OF THE STATE OF GEORGIA

Creditor: Dwight York [Malachi Z. York]              Debtor(s): 3rd Party Agents, Agencies, Courts,& all Fiduciaries thereof

### :NOTICE TO PRINCIPAL IS NOTICE TO AGENT:

:Non-Negotiable Quantum-Notarial-Protest-Administrative-Judgement-Acceptance, For the Record:

:Notary Acceptor#1: _____  •  My Commission Expires: 2 / 2 /2012

:Notary Acceptor#2: _____  My Commission Expires: 02 / 1 / 20

:Notary Acceptor#3: _____  My Commission Expires: 02 / 12 /2012

:Notary Acceptor#4: _____  My Commission Expires: 02 / 12 /2012

:Notary Acceptor#5: _____  My Commission Expires 05 / 15 /2011

:Notary Acceptor#6: Nkem-O. Wilson ☞  My Commission Expires: 11 / 14 /2008

:Notary Acceptor#7: _____  My Commission Expires: 7 / 21 /2012

:Notary Acceptor#8: _____  My Commission Expires: 11 / 06 /2011

:Notary Acceptor#9: _____  My Commission Expires: 2 / 7 /2010

:Notary Acceptor#10: _____  My Commission Expires: 2 / 4 /2010

:Notary Acceptor#11: _____  My Commission Expires: 4 / 17 /2009

:Notary Acceptor#12: _____  My Commission Expires: 8 / 3 /2009

:Notary Acceptor#13: _____  My Commission Expires: 12 / 27 /2009

:Sui Juris-Foreign Notary Nationals

# 2008 Form 1040-V  Department of the Treasury
Internal Revenue Service

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2007 Form 1040. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

● Make your check or money order payable to the "United States Treasury." Do not send cash.

● Make sure your name and address appear on your check or money order.

● Enter "2007 Form 1040," your daytime phone number, and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return.

● To help process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX ").

## How To Send In Your 2007 Tax Return, Payment, and Form 1040-V

● Detach Form 1040-V along the dotted line.

● Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

● Mail your 2007 tax return, payment, and Form 1040-V in the envelope that came with your 2007 Form 1040 instruction booklet.

**Note.** If you do not have that envelope or you moved or used a paid preparer, mail your return, payment, and Form 1040-V to the address shown on the back that applies to you.

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For the estimated averages, see the instructions for your income tax return. If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Cat. No. 20975C

Form **1040-V** (2007)

---

▼ **Detach Here and Mail With Your Payment and Return** ▼

## Form **1040-V**

Department of the Treasury
Internal Revenue Service (99)

### Payment Voucher

► **Do not staple or attach this voucher to your payment or return.**

OMB No. 1545-0074

**2008**

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| 064   36   0272 | | 300.000.00 | | |

| 4 Your first name and initial | Last name |
|---|---|
| MALACHI   Z. | YORK EL |
| If a joint return, spouse's first name and initial | Last name |

Home address (number and street)

PO BOX 522

City, town or post office, state, and ZIP code. If a foreign address, enter city, province or state, postal code, and country.)

Decatur, Georgia state Near[30035] u.s.a.

Apt. no.

Print or type

Cat. No. 20975C

---

**11/29/2008**

**Each country that has members of the family that has signed
as sureties retains an attorney with the following requirements:**

**Knowledge of commercial law**
**Ability to practice law Internationally.**

**The purpose of retaining an attorney is an interest in the
Secured Party, Consul General Malachi York El:©™, Chief
Thunder Bird Black Eagle of the Bassa Tribe / Yamassee
Moors;  Whereas, the United States government has defaulted
on the transaction in which you are a partial surety of.  We are
filing compensatory and punitive damages against AGENTS of
the Internal Affairs of the Department of Justice, the Internal
Affairs of the Federal Bureau of Prisons, and Tom Cody.**

**C/O: Yamassee Consulate**
**P.O. BOX 522**
**Decatur, GA. 30031**