```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX014865
Cashier ID: sg
Transaction Date: 12/03/2008
Payer Name: MALACHI YORK
----------------------------------------
CIVIL FILING FEE
 For: MALACHI YORK
 Amount:        $350.00
----------------------------------------
MONEY ORDER
 Check/Money Order Num: 16159334703
 Amt Tendered: $350.00
----------------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

08-CV-2631

A fee of $45.00 will be assessed on
any returned check.
```