IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02631-BNB

MALACHI YORK, named as
MALACHI YORK EL:@™/DWIGHT YORK "et al," also known as
MALACHI Z. YORK, and as
DWIGHT YORK,

Plaintiff, named as Petitioner,

v.

USA,
FEDERAL BUREAU OF PRISONS, AND
AGENTS/HEIRS,

Defendants, named as Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 10 2008

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff, Malachi York, named as Malachi York El:@™/Dwight York "et al," also known as Malachi Z. York and as Dwight York, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. The caption of this order has been corrected to include Mr. York's aliases. Mr. York has filed *pro se* a 238-page complaint. He has paid the $350.00 filing fee for filing a civil action.

The Court must construe the complaint liberally because Mr. York is not represented by an attorney. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. York will be ordered to file an amended complaint.

The Court has reviewed Mr. York's complaint and finds that the complaint fails to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1), which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. York's complaint is prolix, the basis for the Court's jurisdiction is unclear, and his claims are unintelligible. He fails to set forth a short and plain statement of his claims showing that he is entitled to relief. In addition, he cites to another lawsuit in which he is represented by counsel that currently is pending before this Court. *See York v. Federal Bureau of Prisons*, No. 07-cv-01297-PAB-KLM (D. Colo. filed June

20, 2007). He also cites to other lawsuits not listed on this Court's docket. To the extent Mr. York seeks to assert claims concerning No. 07-cv-01297-PAB-KLM, he must do so in that action.

In his complaint's current form, Mr. Malachi apparently expects the Court and defendants to sift through all 238 pages to determine the basis for jurisdiction and the asserted claims, and to speculate how his rights have been violated. That is not a judicial function. It is Mr. York's responsibility to present his claims in a manageable format that allows the Court and the defendants to know the jurisdictional basis for his claims and what claims are being asserted, and to be able to respond to those claims. Mr. York must allege, simply and concisely, his specific claims for relief, including the specific rights that allegedly have been violated and the specific acts of each defendant that allegedly violated his rights.

The amended complaint Mr. York will be directed to file must comply with the pleading requirements of Fed. R. Civ. P. 8. To state a claim in federal court, Mr. York's amended complaint "must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).

Finally, Mr. York must provide sufficient copies of the amended complaint to serve each named defendant. The Court will not make the copies necessary for service. Therefore, Mr. York should review his claims carefully to ensure that each

named defendant personally participated in the asserted constitutional violations. Accordingly, it is

ORDERED that Plaintiff, Malachi York, named as Malachi York El:@™/Dwight York "et al," also known as Malachi Z. York and as Dwight York, file **within thirty (30) days from the date of this order** an original and sufficient service copies of an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. York, together with a copy of this order, two copies of the following form to be used in submitting the amended complaint: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. York fails to file an original and sufficient service copies of an amended complaint that comply with this order to the Court's satisfaction within the time allowed, the complaint and the action will be dismissed without further notice. It is

FURTHER ORDERED that the clerk of the Court shall add to the docketing records for this action Mr. York's aliases listed in the caption to this order.

DATED December 10, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02631-BNB

Malachi York
aka Dwight York
Reg. No. 17911-054
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on 12/10/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk