*08-cv-02631-BNB*

12/22/2008

# THIRTY (30) PIECE SILVER COINAGE VALIDATION, BY NOTARY VERIFICATION FOR THE USE AS CONSTITUTIONAL PAYMENT FOR SETTLEMENT AND CLOSURE KNOWLEDGE PURSUANT TO TITLE 1 § 1, 48 Stat, ARTICLE 1 § 10 OF THE UNITED STATES CONSTITUTION, THE COINAGE ACT OF 1792, & 12 USC § 152:

EH 519446076 US(US DISTRICT COURT PAYEE), EH 519446028 US(To IRS), EH 519446045 US(US Dept.:Treas.), EH 519446059 US(CO STATE ATTORNEY GEN.), and EH 519446031 US(Dept.:Treas. P.R.);

I _James Lumley_, A PUBLIC NOTARY FOR THE STATE OF _Colorado_,

DUE HEREBY ACKNOWLEDGE THAT _Charles Arull_, _James Amir Ali_,

AND _Jerome Amen_ APPEARED BEFORE ME ON THE _20th_ DAY,

IN THE MONTH: _December_ IN THE YEAR: _2008_, POSSESSING A TWO-PIECE

PACKAGE SECURED PRESENTMENT OF THIRTY PIECES OF SILVER COINAGE, REAL

CONSTITUTIONAL MONEY IN THEIR POSSESSION, FOR VALIDATION, BY THIS NOTARIAL

ACKNOWLEDGEMENT, UNDER PENALTIES OF PERJURY, WITHIN THE CITY: _Boulder_

IN THE STATE: _Colorado_.

## NOTARIAL ACKNOWLEDGEMENT

Notary Acceptor: _James Lumley_    My Commission Expires: _08/17/2011_

Witness: _Arull Charles_


JAMES H LUMLEY
Notary Public
State of Colorado

Witness: _Jerome R ..._

Witness:

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 24 2008

GREGORY C. LANGHAM
CLERK

## CERTIFICATION OF SILVER SURETY BOND

**KNOW ALL MEN, BY THESE PRESENTS** that: *DWIGHT YORK* /:Malachi York El: :®:©™ (*Authorized Representative*) **appeared before the undersigned Notary with 30 Silver Coins to establish this Silver Surety Bond.**

This Silver Surety Bond establishes: *DWIGHT YORK* /:Malachi York El:®:©™ as a Sui Juris with substance(not a pauper, not Bankrupt, not a vagabond)

Now I affix my hand in seal to this document to certify the above claim, establishing a Silver Surety Bond for :*DWIGHT YORK* / Malachi York El:®:©™

_____
The Trustee:*DWIGHT YORK* /:Malachi York El:®:©™, Living Principal, Surety, Guarantor

_____
**Witness**

_____
**Witness**

_____
**Witness**

_____
**Notary Public**

Registered Surety Act and Bond Number: <u>RR 059 445 061 US DY / MY</u>

Issued By:
The Trustee: *DWIGHT YORK* /:Malachi York El:®:©™,
Living Principal, Surety and Guarantor dolus
*DWIGHT YORK©™* / MALACHI YORK EL©™ dolus
only in my capacity as beneficiary
to the Original Jurisdiction

# DECLARATION FOR NOTICE WITH SURETY ACT AND BOND

§  The united States of America, the perpetual
§        union of sovereign states combined
§           to form a Constitutional Republic
§
§  on the soil of Georgia, a sovereign state
§        within the perpetual Union of States
§
§  at the sovereign county of ___Fulton___

   **The Trustee :*DWIGHT YORK©™* / :Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK©™* / MALACHI YORK EL©™**, live on the soil of Georgia a Republican form of Government. Acting in good faith and with clean hands, I declare that I am <u>not</u> a corporation or legal fiction. I am a man of age, competent for testifying, and have first-hand knowledge that the facts stated herein are true, correct, complete, certain and not misleading. I hereby and herein declare and proclaim the following:

   The Trustee: Malachi York El, Living Principal, Surety and Guarantor dolus DWIGHT YORK©™ / MALACHI YORK EL©™, am acting in good conscience of my own free will and accord, in my capacity as beneficiary to the **Original Jurisdiction, and hereby willingly, in the presence of my Creator, El Khaliqa / HuHe, undertake to act as surety, to pledge and provide private bond, in the amount of 30.00 dollar(s) in silver coinage, minted by the American Treasury of the united States of America, with said lawful coin dollars of the united States of America personally held by *DWIGHT YORK©™* / :Malachi York El:®:©™ (Authorized Representative).**

   **This Declaration for Notice with Surety Act and Bond is payment for the case of The Trustee *DWIGHT YORK©™* / :Malachi York El:®:©™ by my appellation, in my capacity as beneficiary to the Original-Jurisdiction, as a full faith guarantee to any lawful Bill of Redemption, duly presented under lawful specie money of account of the united States of America, Original Jurisdiction.**

   **The Bill of Redemption, (Surety Act and Bond) is a tender, as set-off for any alleged contract, agreement, consent or assent purportedly held, as an obligation or duty against The Trustee-*DWIGHT YORK©™* / :Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus DWIGHT YORK / MALACHI YORK EL©™, so as to cause an imputed disability or presumption against the capacity, rights and powers of *DWIGHT YORK©™* / :Malachi York El:®:©™ This Declaration for Notice with Surety Act and Bond under duly establishes, by my witness, in lawful specie money, of The Trustee *DWIGHT YORK©™* / :Malachi York El:®:©™ , Living Principal, Surety and Guarantor dolus *DWIGHT YORK©™* / :Malachi York El:®:©™**

I do make this surety, pledge and bond, as my full faith guarantee to any lawful Bill, duly presented to The Trustee :*DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™, in lawful specie money of account of the united States of America, in the matter of correct public judicial/corporate actions in the forum of Original Jurisdiction and Original Rules, for the benefit of The Trustee *DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™, and his heirs and assigns.

The specific intent of this Declaration for Notice with Surety Act and Bond is to establish, by my witness, in lawful specie dollars of the united States of America, in the sum certain amount of at least 30.00 dollar(s) in silver coinage, minted by the American Treasury of the united States of America and which carry no debt obligations worldwide, available to bond the actions of The Trustee, *DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™. *"AMERICAN BANK AND TRUST COMPANY, ET AL., PETITIONER vs. DALLAS COUNTY, ET AL.", No. 81-1717, a/k/a 463 U.S. 855, 77 L.ED.2D 1072, "No state shall make anything (assuming the name of any State) may take private property for public use without just compensation (AND NOT DEBT PAPER)". At Affidavit file #5325060, #3555, #2312-#2326 at Lee county, Florida state for the united states of America, et al.* Further, in reservation of rights under common law and customs of the united States of America, Original Jurisdiction and Original Rules, The Trustee :DWIGHT YORK©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™, cannot be bankrupt or be a vagrant or be a ward of the State, or be the *dolus* trust "*DWIGHT YORK*©™ / MALACHI YORK EL©™", a legal entity, and is not acting in *cessio bonorum.*

The Demand is hereby made for all city, state and federal fiduciaries operating in a corporate capacity, to present a Declaration for Notice with Surety Act and Bond, into evidence in the case of *DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™.
The life of this Declaration for Notice with Surety Act and Bond covers a period of life from the date of issue from the date of issue for the Secured Party Sovereign, Trustee *DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor. *DWIGHT YORK* /:Malachi York El:®:©™ herein confirm, attest, and affirm this Declaration for Notice with Surety Act and Bond. Any and all assumptions and/or presumptions are required to be proven in written form, and signed and sealed before three witnesses, in order to be a valid response.

Failure to, within three business days of receipt, (*Truth In Lending, Regulation Z*) respond to, request additional time for responding for, or refute the foregoing Declaration for Notice with Surety Act and Bond, point for point (see Commercial Maxims of Law), (UCC 1-204) is a default, and the adverse party is collaterally estopped from any further adversarial actions against The Trustee *DWIGHT YORK*©™ / Malachi York El:®:©™, Living Principal, Surety and Guarantor, and for good cause not limited to the laws of collateral estoppel, coercion, fraud and want of jurisdiction of the subject-matter, The Trustee *DWIGHT YORK* /:Malachi York El:®:©™, Living Principal, Surety and Guarantor, sovereign, demands that the cause(s) be vacated and dismissed, and that the accounts be immediately discharged with prejudice. It is hereby made plain and clear that the said failure of response or rebuttal, under penalties of perjury, clearly defines the adverse parties assent to the foregoing Declaration for Notice with Surety Act and Bond, and that a fault exists creating fraud UCC §1-201(16) through material misrepresentation that vitiates all forms, contracts, testimony, agreements, etc., both expressed or implied, from the beginning, (UCC §1-103) of which the adverse party is relying on, and that is no longer permission by consent or assent for any demand of payment being ordered or levied against The Trustee :*DWIGHT YORK*©™ / Malachi York El:®:©™, Living Principal, Surety and

Guarantor further demands that the record of the cause(s) be expunged. Failure to comply with the foregoing Declaration for Notice with Surety Act and Bond, within three business days of receipt, will negate the adverse party's remedies. Any third-parties serving on the cause(s) will be liable for civil and criminal prosecution.

**The Trustee :***DWIGHT YORK*©™ /:Malachi York El:®:©™ **Living Principal, Surety and Guarantor, hereby and herein explicitly reserve all of my rights without recourse, I hereby and herein claim my right to common law jurisdiction and refuse statutory jurisdiction and/or admiralty jurisdiction.**

Asserverated, signed and issued, in good faith and with clean hands, without, *dolus* on this ___ day of the ___ month in the year of our Lord, _____ , at the county of _____ .

*Teste Meipso*

The Trustee :*DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus DWIGHT YORK©™ / MALACHI YORK EL©™, UCC 1-207, UCC 1-308;

Witness/Trustee: _____

Witness/Trustee: _____

Witness/Trustee: _____

## Authentication

§   The united States of America, the perpetual
§           union of sovereign states combined
§           to form a Constitutional Republic
§
§   on the soil of Georgia, a sovereign state
§           within the perpetual Union of States
§
§   at the sovereign county of _____

Having witnessed the signing and sealing of the foregoing "Declaration for Notice with Surety Act and Bond", by the Trustee :*DWIGHT YORK*©™/:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus and seal hereon as an authentic act as a Public Notary, on this ___ day of the ___ month in the year of our Lord, _____ , at the county of _____

_____
Public Notary

Seal



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court





# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court



NEGOTIABLE                                                          NEGOTIABLE

# BONDED PROMISSORY NOTE

USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US
(To the Dept.:Treas.PR),EH 273416336 US (To ATTORNEY GEN. Payee),
EH 273416438 US (To US SEC), EH 273416398 US (To US Treas.)

## $300,000,000.00

### THREE HUNDRED MILLION UNITED STATES DOLLARS 00/100 CENTS

**To the Order of:**   INTERNAL REVENUE SERVICE, Henry M. Paulson, Jr. d/b/a HENRY M.
PAULSON JR., Secretary of the United States Treasury, José G. Dávila Matos d/b/a
JOSÉ G. DÁVILA MATOS, & STATE OF COLORADO (AGENTS/HEIRS):

Date of Re-Issuance: <u>12/19/2008</u>
Date of Expiration: <u>12/19/2038</u>

# EL,MALACHI Z. YORK,CESTUI QUE TRUST

**PRIVATE BOND № B 9 7 9 2 7 7 5 6**
UCC# 2007-2268538-33
**In the Amount of:** Three Hundred Million United States Dollars 00/100 Cents ($300,000,000.00) in USD;
**For:**   **Internal Revenue Service, STATE OF COLORADO (AGENTS / HEIRS);**
**Routing Through:**   Private Offset Bond No. RR 059 445 061 US, and RR 059 445 490 US to Secretary of
Treasury, Henry M. Paulson Jr. d/b/a HENRY M. PAULSON JR, Secretary of the
Department of Treasury, José G. Dávila Matos d/b/a JOSÉ G. DÁVILA MATOS ;

This negotiable instrument, tendered lawfully by Malachi Z. York El:®:©™ "Maker" in good faith
shall evidence as a debt to the Payee pursuant to the following terms:

1. This Note shall be posted **in full** dollar for dollar amount pursuant to the Credit order noted above and
   presented to the co-payee, Secretary of Treasury, M. Paulson Jr. d/b/a HENRY M. PAULSON JR
   Secretary of the Department of Treasury- José G. Dávila Matos d/b/a JOSÉ G. DÁVILA MATOS and

2. Payee shall, upon receipt of this instrument, charge the Pass-Through Account **064360272** for the
   purpose of terminating any past, present, or future liabilities express or implied attached to the above
   contract, and

3. Payee shall ledger this Note Negotiable, Assignable, Transferable, Divisible and Renewable for a
   period of Twelve (12) months according to the Uniform Commercial Code (UCC) commencing the
   five (365) days, at an interest rate of seven percent (7%) per annum, and

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees.
   Payment shall be ledgered against *Private Offset Bond No.* RR 059 445 061 US, and RR 059 445 490 US
   (USPS Registered Mail Tracking#s) held and secured by José G. Dávila Matos d/b/a
   JOSÉ G. DÁVILA MATOS, Secretary of the Department of Treasury, and Henry M. Paulson Jr., and the
   US Treasury.

<u>12/22/2008</u>          :   <u>WADJET TUM NEFER EL</u>                          :Authorized Representative
:Date                          :Surety
*************************************************************************

Malachi Z. York El:®:©™                    Henry M. Paulson Jr.,etc. Trustee              Department of the Treasury
c/o PO Box 522                             US / Department of Treasury                    INTERNAL REVENUE SERVICE CENTER
Decatur, Georgia                           1500 Pennsylvania Ave NW                       ATTN: FRANK SCOFIELD
Nonresident / Non-domestic                 Washington, D.C. 20220, and                    Austin, Texas 73301
                                           PO Box 4515 San Juan, Puerto Rico
                                           00902
EL,MALACHI Z. YORK, CESTUI QUE TRUST       STATE OF COLORADO                              DEPARTAMENTE DE HACIENDA
c/o PO Box 522                             1525 SHERMAN STREET 7TH FLOOR                   PO Box 4515 SAN JUAN, PUERTO RICO
DECATUR, GA 30031                          DENVER, COLORADO 80203                         00902

NEGOTIABLE                                                          NEGOTIABLE

FOR VALUE RECEIVED, _____ hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

(WITHOUT RECOURSE)

**064360272**

_____

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OF ASSIGNEE)

_____

_____

_____ Shares

of the capital / Preferred stock amount represented by the within Certificate, and do hereby irrevocably constitute and appoint

_____

## STATE OF COLORADO                                Attorney

to transfer the said stock on the books of the within named Company with full power of substitution in the premises.

Dated: __**12/22/2008**__ :

_____

NOTICE: THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S), AS WRITTEN
UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERNATION OR ENLARGEMENT
OR ANY CHANGE WHATEVER.

SIGNATURE(S) GUARANTEED:

THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION:

LEAD UNDERWRITER:

TRANSFER AGENT:

**USPO Tracking# EH 273416336 US**
**Bonded Registered Bill of Exchange Order-Certified & Private Accrual: RR 059 445 490 US (To the Dept.:Treas.PR) / RR 059 445 061 US (D.C.)**

**STATE CERTIFED**

**BOND**

*UCC 3-311,(a),(b)*

**TP12212008**

MALACHI Z. YORK EL
PO BOX 522
DECATUR, GA 30031
ACCOUNT NUMBER: 064360272

December 21, 2008

Bonded Registered Number: RR059445061US

PAY TO THE
ORDER OF: _____ STATE OF COLORADO _____

AMOUNT TENDERED $  ******* 300,000,000.00

EXACTLY: **THREE HUNDRED MILLION UNITED STATES DOLLARS AND 00/100**

Security features are included. Details on back.

PARTIAL RELEASE BY SECURED PARTY ~~...~~ STATEMENT ~~...~~ FILED WITH
NUMBER 2007-2268538-33 PARTIAL R~~...~~ COMMERCIAL CODE
PAYMENT OF DEBT. THIS TENDE~~...~~ KY 40601-1470
INSTRUMENT ONLY.

SIGNATURE: ~~...~~

*Signature without recourse*

THIS TENDER IS EXECUTED AND FILED PURSUANT TO UCC 9-405, UCC 1-201, (25), (27), (35) NOTICE UCC 1-104, 10-104  PRIVATE BETWEEN THE PARTY(IES) TRANSFERABLE
ISSUED PURSUANT TO PUBLIC LAW 73-10 (SEE TITLE 31 USC 5118 AND H.J.R. 192 DATED JUNE 5, 1933)

⑉ 10700092 ⑉  ⑉064360272⑉ ⑉97927756⑉ ⑉30000000000⑉

| PAYMENT DATE | PAYMENT NUMBER | PAYEE NAME | TOTAL AMOUNT | DISCOUNT | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| December 21, 2008 | 12212008 | STATE OF COLORADO | *******$300,000,000.00 | *******$0.00 | *******$300,000,000.00 |

| | |
|---|---|
| Bonded Registered Number: | RR059445061US, RR059445490US |
| Tender of Payment for: | Taxes |
| Tender of Payment in sum of: | *******$300,000,000.00 |
| Paid to: | STATE OF COLORADO |
| Date: | December 21, 2008 |
| Payable: | On Demand       (RE-ISSUED) |
| Memo: | Issued pursuant to PUBLIC LAW 73-10 (See Title 31 USC 5116 and H.J.R. 192 dated June 5, 1933) |

FOR VALUE RECEIVED, _____ hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE   (WITHOUT RECOURSE)

**064360272**

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OF ASSIGNEE)

_____ Shares

of the capital / Preferred stock amount represented by the within Certificate, and do hereby irrevocably constitute and appoint

**STATE OF COLORADO** _____ Attorney

to transfer the said stock on the books of the within named Company with full power of substitution in the premises.

Dated: **12/21/2008** :

NOTICE: THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S), AS WRITTEN
UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERNATION OR ENLARGEMENT
OR ANY CHANGE WHATEVER.

SIGNATURE(S) GUARANTEED:

THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION:

LEAD UNDERWRITER:

TRANSFER AGENT:

**USPO Tracking# EH 273416336 US**
Bonded Registered Bill of Exchange Order-Certified & Private Accrual: RR 059 445 490 US (To the Dept.:Treas.PR) / RR 059 445 061 US (D.C.)

PROMISSORY NOTE - PROMISSORY NOTE - PROMISSORY NOTE
DESTRUCTION, MUTILATION OR SURRENDER TO MAKER DISCHARGES LIABILITY HEREIN

**PN12212008**

MALACHI YORK EL
PO BOX 522
Decatur, GA 30031
TAXPAYER ID NUMBER: 064360272

December 21, 2008          Bonded Registered Number: RR059446420US

I unconditionally promise
to pay to the order of:

**STATE OF COLORADO**          $ ********** 300,000,000.00

THREE ~~HUNDRED~~ ~~MILLION UNITE~~D STATES DOLL~~ARS AN~~D          Security features are included. Details on back.

Memo
:

Payable on Demand for Notice: 12202008          By: _____          Authorized Representative

This is governed by the UCC Article 3 §3-103(a), §3-104, §3-106, §3-108, §3-109, §3-110, §3-112, §3-113, §3-114, §3-115, §3-118, §3-412, §3-501, §3-502, §3-603, and
GEORGIA GENERAL STATUES: §11-1-207, §§ 11 3 101, § 11-3-104(a), §11 3 605, §§ 10-12-4(a), §§ 10-12-4(i)(1), § 10-12-4(i)(3), § 10-12-4(j).
Issued pursuant to PUBLIC LAW 73-10 (See Title 31 USC 5118 and H.J.R. 192 dated June 5, 1933)

⑈ ⅃0 7000 9 29⑈          ⑉064 360 272⑈ ⑉97 9 27 756⑈          ⑈ 30000000000⑈

| NOTE DATE | NOTE NUMBER | PAYEE NAME | TOTAL AMOUNT | DISCOUNT | NOTE AMOUNT |
|-----------|-------------|------------|--------------|----------|-------------|
| December 21, 2008 | 12212008 | STATE OF COLORADO | *******$300,000,000.00 | *******$0.00 | *******$300,000,000.00 |
| | | | | | |

| | |
|---|---|
| Bonded Registered Number: | RR059445490US, and RR059445061US; |
| Promissory note for: | Taxes |
| Promissory Note in the sum of: | *******$300,000,000.00 |
| Paid to: | STATE OF COLORADO (Tracking# EH 273416336 US) |
| Date: | December 21, 2008 |
| Payable: | On Demand |
| Memo: | Issued pursuant to PUBLIC LAW 73-10 (See Title 31 USC 5116 and H.J.R. 192 dated June 5, 1933) |

FOR VALUE RECEIVED, _____ hereby sell, assign and transfer unto

(WITHOUT RECOURSE)

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

**064360272**

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OF ASSIGNEE)

_____

_____ Shares

of the capital / Preferred stock amount represented by the within Certificate, and do hereby irrevocably constitute and appoint

**STATE OF COLORADO** _____ Attorney

to transfer the said stock on the books of the within named Company with full power of substitution in the premises.

Dated: **12/21/2008** :

NOTICE: THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S), AS WRITTEN
UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERNATION OR ENLARGEMENT
OR ANY CHANGE WHATEVER.

SIGNATURE(S) GUARANTEED:

_____

THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION:

_____

LEAD UNDERWRITER:

_____

TRANSFER AGENT:

**USPO Tracking# EH 273416336 US**
**Bonded Registered Bill of Exchange Order-Certified & Private Accrual: RR 059 445 490 US (To the Dept.:Treas.PR) / RR 059 445 061 US (D.C.)**

Bonded Registered Bill of Exchange Order-Certified & Private Accrual :  **EH 273416336 US** (To Payee), **EH 273416322 US** (To Dept.:Treas.)

## CERTIFIED FUNDS
### Tender Of Payment

REGISTERED BOND NO. **RR 059 445 061 US**

For:  **STATUTE DEBT PAYOFF**

PAYABLE ON DEMAND THROUGH US TREASURY

UCC 3-311, (a), (b), 27 CFR § 72.11,  11 USC § 524, 12 CFR 226.10,UCC 3-603, & FDCP

ACCOUNT NO. **08-cv-02631("et al")**       RE-ISSUED DATE:**12/ 22 /2008**       CF **3-4** **310**       PRIVATE BOND № B97927756

PAY TO THE ORDER OF_____       **STATE OF COLORADO**       AMOUNT TENDERED       **$300,000,000.00**

EXACTLY_____      **THREE HUNDRED MILLION UNITED STATES DOLLARS AND 00/100**********************

PARTIAL RELEASE BY SECURED PARY OF RECORD       UCC 3 RELEASE OF SECURITY INTEREST
FINANCING STATEMENT NUMBER 2007-2268538-33       FILED WITH DEPARTMENT OF LICENSING
PARTIAL RELEASE OF INDEMNITY BOND FOR FULL PAYMENT OF DEBT.       UNIFORM COMMERCIAL CODE
THIS TENDER PAYABLE BY CLAIM IN SECURITY INSTRUMENT ONLY.
NCI — PREPAID EFT ONLY; FAILURE TO NEGOTIATE HONOR THIS INSTRUMENT IS
(A DISHONOR)  AND AN AGREEMENT BY PAYEE THAT PURPORTED DEBT IS
DISCHARGED IN ACCORDANCE WITH PUBLIC POLICY AND HJR 192 ,UCC § 3-603, 605.

SEAL       "Authorized Signature without recourse"
Void where prohibited by law

( THIS TENDER IS EXECUTED AND FILED PRISUANT TO UCC 9-405 )
UCC 1-201, (25), (27), (35) NOTICE, HJR-192 OF 6/5/1933, UCC 1-104, 10-104 PRIVATE BETWEEN THE
PARTY(IES)  TRANSFERABLE

⑈06436027⑈       B97927756⑈

## Statement of Account

| DATE | ACCOUNT NO. | AMOUNT | PREVIOUS BALANCE | CURRENT BALANCE |
|------|-------------|--------|------------------|-----------------|
| 12/22/08 | 08-cv-02631("et al") | $300,000,000.00 | $300,000,000.00 | ---$0.00--- |

**Fiduciary:** This is a noncash setoff item with an attached charging instrument that has been accepted for value by the principal. It is to be presented through electronic medium by FedWire to access a pre-established Private Treasury UCC 1 Contract Trust account used for this purpose. Post the uncollected funds into the asset column of the customer's account and charge the offer and acceptance for settlement, prepaid and exempt when entered to the post closing balance. The demand for setoff is hereby made so that the liability and asset book(s) remain in balance.

Return to original issue profile is priority exempt after acknowledgement from the principal, a prepaid exchange, a direct treasury accrual item, and a US bankruptcy proceeding remedy.

IMPORTANT NOTICE:

If you are not the current trustee or beneficiary of the subject deed of trust, notify the Notary immediately, or it will be presumed that you have accepted this preauthorized transfer, have sufficient authority to act, and have accepted responsibility as an agent for the duties of the office you formerly held. Retention of this document constitutes acceptance and intent to perform pursuant to the defeasance clause of said contract.

FOR VALUE RECEIVED, _(signature)_ hereby sell, assign and transfer unto

**(WITHOUT RECOURSE)**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

**064360272**

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OF ASSIGNEE)

_____Shares

of the capital / Preferred  stock  amount  represented  by  the  within  Certificate,  and  do  hereby  irrevocably  constitute  and  appoint

## STATE OF COLORADO _____ Attorney

to  transfer  the  said  stock  on  the  books  of  the  within  named  Company  with  full  power  of  substitution  in  the  premises.

Dated**:** _____**12/20/2008**_____ **:**

_(signature)_

NOTICE:  THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S), AS WRITTEN
UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERNATION OR ENLARGEMENT
OR ANY CHANGE WHATEVER.

SIGNATURE(S) GUARANTEED:

_____

THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION:

_____

LEAD UNDERWRITER:

_____

TRANSFER AGENT:

**\*\*USPO Tracking#** EH 273416336 US
**Bonded Registered Bill of Exchange Order–Certified & Private Accrual:** RR 059 445 490 US (To the Dept.:Treas.PR) / RR 059 445 061 US (D.C.)

## PRIVATE DISCHARGE AND INDEMNITY BOND  Number: DY/MZY- 12222008-0003

USPS REGISTERED MAIL TRACKING NO. RR059445490US(PR), RR059445061US(D.C.), RR803414873US (ATTORNEY'S#)
AND THE CURRENT USPO MAIL TRACKING NO.  EH 273416367 US(To IRS), EH 273416557 US(To IRS), EH 273416353 US (To Treas.P.R.) ,
EH 273416398 US(To Treas. D.C.), EH 273416336 US(To ATTORNEY GENERAL):

### Value: $300,000,000.00 Three Hundred Million United States Dollars 00/100

Routing Number: GUARANTY BK TR 1020-0096-6

Date of Re-Issuance: 12/22/2008
Date of Expiration: 12/22/2038

To:  **Henry M. Paulson Jr. and Anna Escobedo Cabral**   hereinafter "Fiduciary"
Secretary of the US Treasury,
and the Current Treasurer of the US Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

**José G. Dávila Matos**
Secretary of the
DEPARTAMENTO DE HACIENDA
P.O. Box 9024140, San Juan, P.R. 00902-4140

For:  **Dwight D. York / Malachi Z. York:®:©™;**                          Account Holder
YORK, DWIGHT, CESTUI QUE TRUST;                             Account Holder
EL, MALACHI Z.YORK, CESTUI QUE TRUST;                        Account Holder
STATE OF GEORGIA AND ALL ELECTED FIDUCIARIES/CIVIL SERVANTS;  Account Holder
STATE OF GEORGIA BAR ASSOCIATION;                           Account Holder
U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA;     Account Holder
U.S. DISTRICT COURT, DISTRICT OF COLORADO;                  Account Holder
U.S. COURT OF APPEALS ELEVENTH CIRCUIT;                     Account Holder
PUTNAM COUNTY SHERIFF'S DEPARTMENT;                         Account Holder
DISTRICT DEPUTY COMPTROLLER-ARCHIE L. BRANDFORDS. EASTERN DISTRICT,   Account Holder
MARQUISE TOWER;
EDWARD T GARLAND BAR# 28400-DBA ATTORNEY AT LAW, MANIBUR S. ARORA;   Account Holder
CHILD SUPPORT ENFORCEMENT-DOUGLAS NEWSOME;                  Account Holder
SHERIFF HOWARD RICHARD SILLS, ESQ.;                         Account Holder
DEPARTAMENTO DE HACIENDA, SECRETARY OF TREASURY- José G. Dávila Matos;   Account Holder
MAXWELL WOODS, RICHARD S. MOULTRIE, ASST. US ATTORNEY;      Account Holder
SONNY PURDUE, GOVENOR OF ATLANTA, GA. 30303;               Account Holder
DEPARPTMENT OF TREASURY IN SAN JUAN, PUERTO RICO;          Account Holder
US DISTRICT JUDGE HUGH LAWSON;                              Account Holder
ATTORNEY FRANK RUBINO;                                      Account Holder
FREDRICK D. BRIGHT;                                         Account Holder
HARRY E. BRUNO / FOREPERSON OF THE GRAND JURY               Account Holder
STEPHANIE D. THACKER                                        Account Holder
ATTORNEY BENJAMIN A. DAVIS, II, ESQ.                        Account Holder
DAWN BASK;                                                  Account Holder
MORGAN COUNTY COURTHOUSE, GA 306350;                        Account Holder
SUPERIOR COURT OF PUTNAM COUNTY, GA 31024;                  Account Holder
*JUDGE* HUGH LAWSON, MACON, GA 31202;                       Account Holder
*JUDGE* C. ASHLEY ROYAL, MACON, GA 31202;                   Account Holder
ATTORNEY MALIK SHABAZZ, ESQ.                                Account Holder
ATTORNEY Matthew McGavock Robinson, Robinson & Brandt, P.S.C.;   Account Holder
*JUDGE* ZITA L. WEINSHIENK;                                 Account Holder
CHIEF *JUDGE* EDWARD W. NOTTINGHAM;                         Account Holder
KRISTEN L. MIX;                                             Account Holder
ATTORNEY MARCY ELIZABETH COOK, ESQ.;                        Account Holder
ATTORNEY LETA RUTH HOLDEN, ESQ.;                            Account Holder
HOLDEN LAW OFFICES;                                         Account Holder
ewnsec;                                                     Account Holder
FLORENCE ADMAX U.S. PENITENTIARY;                           Account Holder
FEDERAL BUREAU OF PRISONS;                                  Account Holder
ATTONEY EKAETTE PATTY, ESQ.;                                Account Holder

ATTORNEY ANNE EDDINGS —FOUNTAIN;                            Account Holder
ATTORNEY EKAETTA EDDINGS-FOUNTAIN;                          Account Holder
MAGISTRATE JUDGE BOYD N. BOLAND;                            Account Holder
DR. WILLIAM THOMPSON M.D;                                   Account Holder
G. MALLON FAIRCLOTH, REFERRAL;                              Account Holder

| | |
|---|---|
| U.S. MAG. JUDGE G. MALLON FAIRCLOTH; | Account Holder |
| U.S.A.; | Account Holder |
| MAYOR SHIRLEY FRANKLYN | Account Holder |
| **GEORGIA COURTS/DIVISIONS**, ATHENS, | Account Holder |
| ALBANY DIVISION, | Account Holder |
| COLUMBUS DIVISION, | Account Holder |
| VALDOSTA DIVISION, | Account Holder |
| PACER SERVICE CENTER, SAN ANTONIO, TX 78278-0549, | Account Holder |
| U.S.A. COURT FLAG DEFINITIONS; | Account Holder |
| U.S. GOVERNMENT DEFENDANT(S); | Account Holder |
| ATTORNEY ADRIAN PATRICK; | Account Holder |
| PAYNE WEBBER GROUP, INC. / USB FINANCIAL SERVICES | Account Holder |
| *JUDGE* BIRCH; | Account Holder |
| *JUDGE* HULL; | Account Holder |
| *JUDGE* PASCO M. BOWMAN; | Account Holder |
| **ACCOUNT NUMBERS**, | **Account Holders** |
| 202-CR-229-10, | Account Holder |
| 5:02-CR-27-CAR, | Account Holder |
| 1:06-cv-00807-ZLW, | Account Holder |
| 5:07-cv-90001-CAR-GMF, | Account Holder |
| 02-00027-CR-27-CAR-5-1, | Account Holder |
| 1:07-cv-01297-EWN-KLM, | Account Holder |
| 08-cv-02631 "et al" | Account Holder |
| CORRECTIONS CORPORATION OF AMERICA, BOARD OF TRUSTEES | Account Holders |
| PUTNAM COUNTY BOARD OF TRUSTEES | Account Holder |
| HOME LAND SECURITY MICHAEL CHERTOFF | Account Holder |
| ATTORNEY GENERAL THURBERT BAKER | Account Holder |
| US ATTORNEY GENERAL JANET RENO | Account Holder |
| US ATTORNEY GENERAL ROBERTO GONZALEZ | Account Holder |
| US SECRETARY OF DEFENSE COLON POWELL | Account Holder |
| COLORADO STATE, INCLUDING ALL ELECTED OFFICERS, FIDUCIARIES,/CIVIL SERVANTS ; | Account Holder |
| COLORADO STATE BAR, AND THE STATE OF COLRADO BAR ASSOCIATION; | Account Holder |
| COLORADO STATE COUNTIES/AGENTS; | Account Holder |
| ADAMS, ALAMOSA, ARAPAHOE, ARCHULETA, BACA, BENT, BOULDER, BROOMFIELD, | |
| CHAFFEE, CHEYENNE, CLEAR CREEK, CONEJOS, COSTILLA, CROWLEY, CUSTER, DELTA, | |
| DENVER, DELORES, DOUGLAS, EAGLE, EL PASO, FREMONT, GARFIELD, GILPIN, GRAND, | |
| GUNNISON, HINSDALE, HUERFANO, JACKSON, JEFFERSON, KIOWA, KIT CARSON, LA PLATA, | |
| LAKE, LARIMER, LARIMER, LAS ANIMAS, LINCOLN, LOGAN, MESA, MINERAL, MOFFAT, MONTEZUMA, | |
| MONTROSE, MORGAN, OTERO, OURAY, PARK, PHILLIPS, PITKIN, PROWERS, PUEBLO, RIO BLANCO, | |
| RIO BLANCO, RIO GRANDE, ROUTT, SAGUACHE, SAN JUAN, SAN MIGUEL, SEDGWICK, SUMMIT, TELLER, | |
| WASHINGTON, WELD, AND YUMA COUNY; | |
| COLORADO STATE JURY COMMISSIONERS- DEBBIE TIFFANY, JENNIE HEERSINK, CYNTHIA DALY, | |
| DEBBIE TULLY, VICKIE MCENDREE, VICKI LEFFERDINK, PAT WITTREICH, KIMBERLY TROUDT, | |
| KAREN PROSSER, VICKI ALLEN, PAT WITTREICH, KIMBERLY TROUDT, KAREN PROSSER, VICKI ALLEN, | |
| KIMBERLEE HILL, JENNIE HEERSINK, DAWN STALLSWORTH, LINDA URWILLER, PENNY WAGNER, | |
| MARILYN ORTIZ, JENNIFER WEDDLE, DEBORA KELLIHER, DIANE CROW, SHARLENE MILLS, LESLIE DAVIS, | |
| BRENDA KNOLL, LORI JOHNSON, GARY VIGIL, KIMERLY GRAHAM, DIANA KAUFMAN, ROSE ANNE KELLEY, | |
| JENNIE HEERSINK, DIANA MEYER, AMELIA L. "AMY" HARRIS, DESIREE LIPE, PENNY WAGNER, | |
| CATHLENE MARSHALL, PENNY WAGNER, DEBRA MCLIMANS, JOY STRACK, CAROLYN JEMISON, | |
| BARBARA MCDANIEL, LILA MEARS, KAREN MURPHY, SOLVEIG OLSON, JENNIE HEERSINK, LESLIE DAVIS, | |
| PENNY WAGNER, SUSAN KINNISON, JAN REED, SHERI PORTER, GLORIA HILLIER, LANELLE COBLE- | |
| MCEACHRON, BETTY WILSON; | Account Holder |
| INCLUDING TITLES AND POSITIONS, SUCH AS; | |
| JURY COMMISSIONER(S), CLERK(S) OF COURT(S), BENT COUNTY JURY COMMISSIONER(S), CHAFFEE COUNTY | |
| JURY, CROWLEY COUNTY JURY COMMISSIONER(S), DELTA COUNTY JURY COMMISSIONER(S), | |
| DOUGLAS COUNTY JURY COMMISSIONER(S), FREEMONT COUNTY JURY COMMISSIONER(S), | |
| GARFIELD COUNTY JURY COMMISSIONER(S), GILPIN COUNTY JURY COMMISSIONER(S), | |
| GUNNISON COUNTY JURY COMMISSIONER(S), HINSDALE COUNTY JURY COMMISSIONER(S), | |
| HUERFANO COUNTY JURY COMMISSIONER(S), JACKSON COUNTY JURY COMMISSIONER(S), | |
| JEFFERSON COUNTY JURY COMMISSIONER(S), KIT CARSON COUNTY JURY COMMISSIONER(S), | |
| LARIMER COUNTY JURY COMMISSIONER(S), LAS ANIMAS COUNTY JURY COMMISSIONER(S), | |
| LOGAN COUNTY JURY COMMISSIONER(S), MESA COUNTY JURY COMMISSIONER(S), MONTROSE COUNTY – | |
| JURY COMMISSIONER(S), PHILLIPS COUNTY JURY COMMISSIONER(S), PITKIN COUNTY JURY COMMISSIONER(S), | |
| PUEBLO COUNTY JURY COMMISSIONER(S), RANGLY COUNTY JURY COMMISSIONER(S), | |
| MEEKER COUNTY JURY COMMISSIONER, SAN MIGUEL JURY COMMISSIONER(S), TELLER COUNTY JURY- | |
| COMMISSIONER(S); | Account Holder |
| STATE COURTS OF COLORADO, COURT ADMINISTRATOR(S) / FIDUCIARIES | Account Holder |
| INTERNATIONAL ATTORNEY GALOWALLO | Account Holder |
| COLORADO STATE ATTORNEY GENERAL--JOHN W. SUTHERS | Account Holder |
| US ATTORNEY GENERAL-JOHN ASHCROFT | Account Holder |

| | |
|---|---|
| US ATTORNEY GENERAL-ALBERTO GONZALES | Account Holder |
| US ATTORNEY GENERAL-MICHAEL B. MUKASEY | Account Holder |
| US PROVOST MARSHAL GALE HAYNES | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF GEORGIA | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF COLORADO | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF WISCONSIN | Account Holder |
| UNITED STATES MARSHAL GEORGE BREFFNI WALSH | Account Holder |
| STATE OF COLORADO ATTORNEY GENERAL, JOHN SUTHERS | Account Holder |
| AUSTIN TEXAS, DEPARTMENT OF THE TREASURY-FRANK SCOFIELD | Account Holder |
| STATE OF COLORADO, COMPTROLLER OF THE CURRENCY – DAVID MCDERMOTT | Account Holder |
| COLORADO STATE, DEPARTMENT OF THE TREASURY | Account Holder |
| GEORGIA STATE COMPTROLLER OF THE CURRENCY | Account Holder |
| CITI CORP TRUST BANK, CITI GROUP | Account Holder |
| WAL-MART | Account Holder |
| BANK OF INTERNATIONAL SETTLEMENTS | Account Holder |
| UNITED BANK OF SWITZERLAND | Account Holder |
| JP MORGAN CHASE BANK | Account Holder |
| PZN / PRISON REALTY TRUST INCORPORATION | Account Holder |
| MERYLL LYNCH | Account Holder |
| WELLS FARGO | Account Holder |
| WACHOVIA | Account Holder |
| DUETSCHE BANK GROUP | Account Holder |
| BNP PARIBAS / BANQUE NATIONALE DE PARIS | Account Holder |
| BANK OF TOKYO MITSUBISHI LTD | Account Holder |
| SUMITOMO BANK LTD | Account Holder |
| BAYERISCHE HYPO-UND VEREINS BANK AG MUNICH, GERMANY | Account Holder |
| BANK OF AMERICA CHARLOTTE USA | Account Holder |
| US DEPARTMENT OF TREASURY | Account Holder |
| HENRY M. PAULSON JR. | Account Holder |
| GEORGE W. BUSH JR | Account Holder |
| Internal Revenue Service Account No. 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; | Account |
| Social Security No. 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 | each severally. |

By/On/Through: *Dwight D. York* / Malachi Z. York:®:©™     Principal        Private Offset Account No. RR059445061US
hereinafter "Creditors"                                                      First Surety     Private Offset Account No. RR059445061US
                                                                                          Second Surety  Private Offset Account No. RR059445075US
                                                                                          Third Surety   Private Offset Account No. RB842713256US

*KNOW ALL MEN BY THESE PRESENTS.* **WHEREAS,** only fiat money exists in circulation for the discharge of debt:
NOW, THEREFORE, the undersigned Creditors being of sound mind and honorable intentions, for the purposes of
protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-
named Account Holders and Accounts, do hereby necessarily issue this *Private Discharging and Indemnity Bond* to wit.  In our
rightful *Sui Juris* status, the Creditors do hereby knowingly and with full disclosure hold, bind and obligate ourselves jointly
and severally by this instrument as voluntary sureties for Account Holders: *Dwight D. York* / Malachi Z. York:®:©™ and  Account
No.064360272, each severally, for any amount up to and including **Three Hundred Million USD-**
**($300,000,000.00),** insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and
all pre-existing, current    and future losses, costs, debt taxes, encumbrances, deficits, deficiencies, liens, judgements, True
Bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist
during the term of this Bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar for dollar
all such obligations until the sum or the term of this Bond is exhausted.  The Fiduciary shall have thirty (30) days from
presentment to dishonor the Bond by returning it to the Principal by certified mail at the location below-noted.  Failure to return
will stipulate acceptance and honor.

## BOND ORDER

1.    The Fiduciary shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for,
against and on behalf of the Account Holders: *Dwight D. York* / Malachi Z. York:®:©™ and Social Security Account
No.064360272 dollar for dollar through the above-noted Private Offset Accounts up to and including the full Face Value
amount of this Bond.

2.    Each of the above-noted Account Holders and Accounts shall be severally insured, underwritten and indemnified
against    any and all future Liabilities as may come to exist, discharging and vacating all such obligations dollar without
exception    through the above-noted Private Offset accounts up to and including the full Face Value amount of this Bond.

3.    The Fiduciary shall have thirty (30) days from Date of Delivery specified on United States Postal Service Form No.
3811 to dishonor this Bond by returning it to the principal with all associated transactions annexed thereto by United States
Certified Mail at the mailing location identified hereunder.  The Fiduciary's failure to return the Bond as indicated will
stipulate the Fiduciary's acceptance

and honoring of this instrument and all terms and provisions herein as an operation of law.

4.   All communication shall be sent by United States Certified Mail directly to the Principal at the location noted hereunder exactly as shown, Service in any other manner will be defective.  The Principal will accept post at the said postal location only.

5.   This Bond shall be ledgered as an asset to the benefit of the United States Department of the Treasury.

6.   This Bond expires at 3:29:59 PM, 12/22 /2038

Executed by the undersigned on this the 22nd day of December in the Year of Our Lord, 2008.

**:Ibrahiim Abdullah Al Mahdi:**
:First Surety
Private Offset Account No.RR059445061US
c/o :3535 Peachtree Road Suite#520
Atlanta, Georgia state
Nonresident/Non-Domestic

**:Jaame Amun Re:El:**
: Second Surety
Private Offset Account No.RR059445075US
c/o:PO BOX 391182
Snellville, Georgia state
Nonresident/Non-Domestic

**:Dwight York / Malachi Z. York:**
: Principal
Private Offset Account No.RR059445061US
c/o:3535 Peachtree Road Suite#520
Atlanta, Georgia
Nonresident/Non-Domestic

**:Wajdet Tum Nefer El:**
:Third Surety
Private Offset Account No. RB842713256US
c/o:620 Ponce De Leon Avenue #522
Decatur, Georgia state
Nonresident/Non-Domestic



NOTARY-ACCEPTOR

NOTARY-ACCEPTOR

Issued by the authority of the undersigned sovereign man, and executed on the soil within the organic, geographic boundaries of The State of Georgia, a sovereign State within the perpetual union of confederated, sovereign States, on this the 22nd day of December, in the year of our Lord, two-thousand, eight, at the county of Fulton.   All Rights and Remedies Reserved.    Contract #RR059445061US / RR059445490US.   Aval.

By:

_____ Seal
Malachi York El:®:©™, family of York, a man, Principal, Beneficiary, Creditor

Exemption Account: 064360272

Proper mailing location: U. S. P. O. Postmaster,
     P.O. Box 522 ,

     for delivery to Malachi York El:®:©™
     Decatur, Georgia Near[30031]

Witness: By: _____

Witness: By: _____

http://apps.sos.ky.gov/business/ucc/(3oace255gwb2d3450xskdg55)/ucconlineuccbyid.aspx?ack=ack&id=5



**BUSINESS SERVICES**
KENTUCKY SECRETARY OF STATE
Trey Grayson

Online UCC Services Home | Administrative Services | Business Services | Elections |
Executive | Kentucky Land Office | Secretary's Desk

Kentucky Secretary of State > UCC Online Services

Printable version

# Revised Article 9 UCC Acknowledgement

## File Number: 2007-2268538-33

## Filing date: 9/7/2007 4:30:00 PM

## Lapse date: None

File an amendment to this UCC

### COLLATERAL DESCRIPTION

### Date Filed

## 9/9/2008

## 10:20:44 PM

### Collateral Description

Know all men by these Instruments, that the Secured Party of record do herein make this Assignment and for the Release of Interest in Bond and collateral, Partial Assignment/ Release in the Amount of the Promissory Note, State Bond, and Certified Funds ( = 3 Tendered Registered Instruments): $300,000,000.00 Three Hundred Million United States Dollars, and Zero Cents (Each), For The Associated Account Number(s): 07-cv-01297,1:07-cv-01297-EWM-KLW, 1:06-cv-00807-ZLW,5:07-cv-90001-CAR-GMF,02-00027-CR-CAR-5-1, 5:02-CR-27-CAR:for use as the Full Set off and Set-off of the Payment, For Closure and Settlement see USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US (To the Dept.:Treas.PR),EH 273416336 US (To ATTORNEY GEN. Payee),EH 273416438 US (To US SEC), EH 273416398 US (To US Treas.), and IRS Tax Forms, pursuant to International Laws, House Joint Resolution 192 of June 5, 1933, and UCC 1-104, 10-104 Reserved Herein. My Initial Financing Statement File No: 2008-239-2968-1,(Taking for Value, UCC 3 303, UCC 3 605, and 3 305):

SEE ATTACHED OPTIONAL FORMS 90, 91, IRS FORMS 56, 1099OID, 1096, f1040, INCLUDING APOSTILLE NOTARY VERIFICATION CONTRACT AGREEMENTMENT KNOWLEDGE, AND INDEMNITY BOND:
Assignment :
Assignor:

EL,MALACHI Z. YORK,CESTUI QUE TRUST (AUTHORIZED AGENT)
Care of PO BOX 522
Decatur, Georgia state
Near [30031]

Assignees:

STATE OF COLORADO (AND AGENTS)
121 STATE CAPITOL
DENVER, COLORADO 80203
USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US
(To the Dept.:Treas.PR), EH 273416336 US (To ATTORNEY GEN. Payee), EH 273416438 US (To US SEC),
EH 273416398 US (To US Treas.):

The Secretary of State's office has determined that images containing individual social security numbers on UCC filings will not be provided to the public. This filing contains images which may contain social security numbers. These filings appear in the list above without links. In many cases, a version of the image with the SSNs redacted is available for viewing, and is listed above. If such an image is not available, contact the Secretary of State UCC Branch to have one made.