IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02631-ZLW

MALACHI YORK, named as
MALACHI YORK EL:@™/DWIGHT YORK "et al," also known as
MALACHI Z. YORK, and as
DWIGHT YORK,

Plaintiff, named as Petitioner,

v.

USA,
FEDERAL BUREAU OF PRISONS, AND
AGENTS/HEIRS,

Defendants, named as Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 29 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff, Malachi York, named as Malachi York El:@™/Dwight York "et al," also known as Malachi Z. York and as Dwight York, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. On January 16, 2009, Mr. York filed *pro se* a "Motion for Reconsideration to Alter Judgment." Mr. York asks the Court to reconsider and vacate the Order of Dismissal and the Judgment entered in this action on January 13, 2009.

The Court must construe the motion to reconsider liberally because Mr. York is not represented by an attorney. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). The Judgment in this action was entered on January 13, 2009. Mr. York filed the motion to reconsider within ten days after the Judgment was entered. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court dismissed the amended complaint and the instant action without prejudice for failure to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The Court determined that Mr. York's amended complaint, which was filed in response to an order directing him to file an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8, still failed to meet the minimum pleading requirements. In particular, the Court determined that Mr. York failed to provide a short and plain statement of his claims showing that he is entitled to relief. In his motion to reconsider, Mr. York fails to address the reasons for dismissal of the instant action.

The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. York fails to demonstrate some

reason why the Court should reconsider and vacate the order to dismiss this action.

Mr. York does not allege the existence of any new law or evidence and he fails to convince the Court of the need to correct clear error or prevent manifest injustice. Most importantly, Mr. York does not argue that the amended complaint he filed in this action actually satisfies the pleading requirements of Fed. R. Civ. P. 8. The Court is not persuaded that Mr. York lacks the ability to present the factual basis for his claims to the Court in a clear and concise manner, which is all that Rule 8 requires. Mr. York was given specific instructions regarding the requirements of Rule 8 in the order directing him to file an amended complaint. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the "Motion for Reconsideration to Alter Judgment" that Plaintiff, Malachi York, named as Malachi York El:@™/Dwight York "et al," also known as Malachi Z. York and as Dwight York, filed on January 16, 2009, and which the Court has treated as a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e), is denied.

DATED at Denver, Colorado, this 29 day of Jan. , 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02631-BNB

Malachi York
aka Dwight York
Reg. No. 17911-054
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/29/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk