IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02631-ZLW

MALACHI YORK, named as
MALACHI YORK EL:@™/DWIGHT YORK "et al," also known as
MALACHI Z. YORK, and as
DWIGHT YORK,

    Plaintiff, named as Petitioner,

v.

USA,
FEDERAL BUREAU OF PRISONS, and
AGENTS/HEIRS,

    Defendants, named as Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2009

GREGORY C. LANGHAM
                CLERK

---

ORDER TO STRIKE THIRD MOTION TO RECONSIDER

---

Plaintiff, Malachi York, named as Malachi York El:@™/Dwight York "et al," also known as Malachi Z. York and as Dwight York, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. On January 16, 2009, Mr. York filed *pro se* a "Motion for Reconsideration to Alter Judgment" in which he asked the Court to reconsider and vacate the Order of Dismissal and the Judgment entered in this action on January 13, 2009. On January 29, 2009, the Court entered an order treating the motion as a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e), and denied the motion.

On February 4, 2009, Mr. York filed a second motion titled "Motion to Amend Judgement [sic]," in which he again asked the Court to reconsider and vacate the Order

of Dismissal and the Judgment entered in this action on January 13, 2009. On February 11, 2009, the Court entered an order treating the motion as a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b), and denied the motion. In the February 11 order, the Court also ordered that any additional motions to reconsider that Mr. York filed in this action be stricken.

On February 13, 2009, Mr. York filed a third motion titled "Motion for Relief From Judgement [sic] or Order," in which he again asks the Court to reconsider and vacate the Order of Dismissal and the Judgment entered in this action on January 13, 2009. Pursuant to the directives in the February 11, 2009, order that any additional motions to reconsider that Mr. York files in this action be stricken, the February 13 motion will be stricken. Accordingly, it is

ORDERED that the clerk of the Court is directed to strike the motion titled "Motion for Relief From Judgement [sic] or Order" that Plaintiff, Malachi York, named as Malachi York El:@™/Dwight York "et al," also known as Malachi Z. York and as Dwight York, filed on February 13, 2009, pursuant to the directives in the February 11, 2009, order that any additional motions to reconsider that Mr. York files in this action be stricken. It is

FURTHER ORDERED that the motions titled "Motion for Knowledge" and "Motion Acceptance for Closure" that Plaintiff filed on February 12 and 13, 2009, respectively, are denied as moot because this case is closed. It is

FURTHER ORDERED that any other pending motions are denied as moot because this case is closed. It is

FURTHER ORDERED that the clerk of the Court is directed to strike any additional motions to reconsider that Plaintiff files in this action.

DATED at Denver, Colorado, this 26 day of Feb, 2009.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02631-ZLW

Malachi York
aka Dwight York
Reg. No. 17911-054
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/26/09 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk